# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA   v.   SECURITY AVIATION, INC. 

THE HONORABLE JOHN D. ROBERTS

Deputy Clerk                                         CASE NO.  3:06-cr-00022-02-JWS 

 Pam Richter 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 23, 2006

**ARRAIGNMENT** on Indictment in the above-captioned case is hereby set for Tuesday, March 7, 2006, at 11:00 a.m., before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

[]{ARRAIGNR.WPD*Rev.3/97}