DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.barkeley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:06-cr-022-JWS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF ATTORNEY |
| ) | APPEARANCE |
| ROBERT F. KANE, ) | |
| a/k/a "COMMANDER KANE," and ) | |
| SECURITY AVIATION, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

COMES NOW the United States of America, by and through Deborah M. Smith, Acting United States Attorney for the District of Alaska, and hereby files with the court this notice that Assistant U.S. Attorney James Barkeley will also be appearing as counsel for the government in the above-captioned case. In addition to serving pleadings in this case on Assistant U.S. Attorney Steven

Skrocki, the government requests that all pleadings in this matter also be served on:

> JAMES BARKELEY
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 West Seventh Avenue, Room 253, #9
> Anchorage, Alaska 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: james.barkeley@usdoj.gov

RESPECTFULLY SUBMITTED this 28th day of February, 2006 at

Anchorage, Alaska

> DEBORAH M. SMITH
> Acting United States Attorney
>
> S/ James Barkeley
> Assistant U. S. Attorney
> Federal Building & U.S. Courthouse
> 222 W. 7th Avenue, #9, Rm. C-253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> Email: james.barkeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2006,
a copy of the foregoing Opposition of the United
States to Defendant Kane's Motion to Unseal
Search Warrant Affidavits was served
electronically on:

Kevin Fitzgerald
James Kee
Michael Spann
Paul Stockler

s/ James Barkeley