Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>      Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**ENTRY OF APPEARANCE** |

Robert C. Bundy and Allen F. Clendaniel of Dorsey & Whitney LLP, hereby enter an appearance on behalf of defendant, Security Aviation, Inc., in the above-captioned matter. All pleadings, correspondence and other writings should be served as follows:

Robert C. Bundy
Allen F. Clendaniel
Dorsey & Whitney LLP
1031 W. Fourth Avenue, Ste. 600
Anchorage, Alaska 99501
Phone: (907)257-7853 or (907)257-7846
Fax: (907)276-4152

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ENTRY OF APPEARANCE                                    UNITED STATES OF AMERICA V.
                                                       ROBERT F. KANE and SECURITY AVIATION
Page 1 of 2                                            Case No 3:06-CR-00022-JWS-JDR-2

DATED this 6th day of March, 2006, at Anchorage, Alaska.

               DORSEY & WHITNEY LLP


               By: Allen F. Clendaniel
                 Robert C. Bundy, ABA #7206021
                 Allen F. Clendaniel, ABA #0411084
                 DORSEY & WHITNEY LLP
                 1031 West Fourth Avenue, Suite 600
                 Anchorage, AK 99501-5907
                 (907) 276-4557
                 bundy.robert@dorsey.com
                 clendaniel.allen@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 6th day of March, 2006, a true and correct
copy of this document was served on:

| | |
|---|---|
| James N. Barkeley | Paul D. Stockler |
| Steven Skrocki | 1309 W. 16th Avenue |
| Assistant United States Attorney | Anchorage, Alaska  99501 |
| Federal Building  U.S. Courthouse | |
| 222 W. 7th  Ave. #9, Rm 253 | |
| Anchorage, Alaska  99513-7567 | |
| | |
| Kevin Fitzgerald | James L. Kee |
| Ingaldson, Maassen & Fitzgerald | Kee, Archer & Herberger, P.A. |
| 813 West 3rd Avenue | 1102 Maple Street |
| Anchorage, Alaska  99501 | Duncan, Oklahoma  73533 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


 By: Allen F. Clendaniel
    Allen F. Clendaniel, ABA #0411084
    Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ENTRY OF APPEARANCE            UNITED STATES OF AMERICA V.
                       ROBERT F. KANE and SECURITY AVIATION
Page 2 of 2                       Case No 3:06-CR-00022-JWS-JDR-2