MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>SECURITY AVIATION, INC.</u>   CASE NO. <u>3:06-cr-00022-02-JWS</u>
Defendant: <u>X</u> Present <u>X</u> On Summons

BEFORE THE HONORABLE: <u>         JOHN D. ROBERTS                          </u>

DEPUTY CLERK/RECORDER: <u>         APRIL KARPER                             </u>

UNITED STATES ATTORNEY: <u>        STEVEN STROCKI AND JAMES BARKELEY        </u>

DEFENDANT'S ATTORNEY: <u>          ROBERT C. BUNDY                          </u>

U.S.P.O.: <u>                      CHRIS LIEDIKE                            </u>

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD MARCH 7, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:30 p.m. court convened.

<u>X</u> Copy of Indictment given to defendant: waived reading.

<u>X</u> Defendant advised of general rights. <u>X</u> Waived full advisement
                                                     of rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant stated true name:<u> Same as above.                        </u>

<u>X</u> PLEAS: Not guilty to counts <u>2, 3, and 4 of the Indictment.      </u>

<u>X</u> Order Setting Conditions of Release **FILED.**

<u>X</u> Pretrial motions due **March 24, 2006**        ; Order for the
   Progression of a Criminal Case with Trial by Jury & Final
   Pretrial Date **FILED.**

<u>X</u> Counsel advised of trial date:<u> **May 3, 2006 at 9:00 a.m.** before
   U.S. District Judge John W. Sedwick.                                </u>

<u>X</u> OTHER:<u> Mary Avery present on behalf of Security Aviation, Inc.
Court heard; parties to meet and confer by the close of business
on **March 10, 2006.**                                                  </u>

At 2:39 p.m. court adjourned.


DATE: <u>     March 7, 2006          </u>   DEPUTY CLERK'S INITIALS: <u>  ak  </u>