Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:  (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>　　　　　Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**UNOPPOSED MOTION ON SHORTENED TIME FOR STIPULATED ORDER PERMITTING INSPECTION OF L-39 AIRCRAFT** |

　　　Security Aviation, Inc., by and through the undersigned counsel, moves this Court pursuant to Fed. R. Crim. Proc. 16 for a Stipulated Order permitting Security Aviation and Robert F. Kane to inspect and photograph the L-39 aircraft seized by the government currently stored in the FAA hangar at the Anchorage International Airport. The undersigned counsel for Security Aviation has spoken with James Barkeley, Assistant United States Attorney, and Paul Stockler, counsel for Robert F. Kane regarding the motion and stipulated order. See accompanying Affidavit of Allen F. Clendaniel. The

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Unopposed Motion on Shortened Time for Stipulated
Order Permitting Inspection of L-39 Aircraft
Page 1 of 4

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

undersigned counsel hereby certifies that the government and Robert Kane do not oppose the motion and that the parties have stipulated to the proposed order below. Id.

The stipulated proposed order requires the parties to confer and agree on a time and date to inspect and photograph and/or videotape the aircraft. The agreed upon inspection date must be on or before Wednesday, March 15, 2006. The stipulated order permits Security Aviation and Robert Kane, as part of the inspection, to take the following steps:

1. Remove and inspect stores control panel in the cockpit.

2. Open nose doors and inspect components therein.

3. Remove certain fuselage or wing panels to inspect components of the store delivery system.

4. Remove pylon panels to inspect certain components of the store delivery system.

The inspection is non destructive and will not change or alter the aircraft in any matter.

The stipulated proposed order permits the following persons to be present from Security Aviation: Mark Avery, Joe Griffith, a Security Aviation mechanic, Robert Bundy, Allen Clendaniel and a photographer and videographer. Robert Kane is also permitted to be present along with his attorneys Paul Stockler and Kevin Fitzgerald and his third party custodian.

By moving for this stipulated order, Security Aviation does not waive its or Robert Kane's rights to a subsequent inspection to conduct non destructive electrical testing. Nor does Security Aviation waive its or Robert Kane's rights to have a subsequently

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Unopposed Motion on Shortened Time for Stipulated
Order Permitting Inspection of L-39 Aircraft
Page 2 of 4

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

retained expert inspect the aircraft at a later time.  Obviously, if Security Aviation or Robert Kane retains an expert on issues related to whether the aircraft and pods are components of a destructive device or could be used to transport a destructive devise, that expert will also need to inspect the aircraft at a later time.

DATED this 8th day of March, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP


By:   /s/  Allen F. Clendaniel
　　　Robert C. Bundy, ABA #7206021
　　　Allen F. Clendaniel, ABA #0411084
　　　DORSEY & WHITNEY LLP
　　　1031 West Fourth Avenue, Suite 600
　　　Anchorage, AK 99501-5907
　　　(907) 276-4557
　　　bundy.robert@dorsey.com
　　　clendaniel.allen@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Unopposed Motion on Shortened Time for Stipulated Order Permitting Inspection of L-39 Aircraft
Page 3 of 4

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 8th day of March, 2006, a true and correct
copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th  Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

By: /s/ Allen F. Clendaniel
     Robert C. Bundy, ABA #7206021
     Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Unopposed Motion on Shortened Time for Stipulated
Order Permitting Inspection of L-39 Aircraft
Page 4 of 4

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION

Case No 3:06-CR-00022-JWS-JDR-2