Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>      Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**STIPULATED ORDER GRANTING MOTION FOR ORDER PERMITTING INSPECTION OF L-39 AIRCRAFT (PROPOSED)** |

      This Court having considered Security Aviation, Inc.'s Unopposed Motion for an Order permitting inspection of the L-39 aircraft under the control of the government, finding good cause, and that the motion is unopposed, grants the motion.

      IT IS HEREBY ORDERED that Security Aviation and Robert Kane are permitted to inspect the L-39 aircraft currently stored in the FAA hanger at the Anchorage International Airport. The parties are ordered to confer and mutually agree on a time and

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Stipulated Order Granting Motion for Order Permitting
Inspection of L-39 Aircraft (Proposed)
Page 1 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

date to inspect and photograph and/or videotape the aircraft. The agreed upon inspection date must be on or before Wednesday, March 15, 2006.

Security Aviation and Robert Kane are permitted to photograph and/or videotape the inspection. The inspection shall be non destructive. As part of its inspection, Security Aviation and Robert Kane are permitted to take the following steps:

1. Remove and inspect stores control panel in the cockpit.

2. Open nose doors and inspect components therein.

3. Remove certain fuselage or wing panels to inspect components of the store delivery system.

4. Remove pylon panels to inspect certain components of the store delivery system.

The following persons may be present from Security Aviation: Mark Avery, Joe Griffith, a Security Aviation mechanic, Robert Bundy, Allen Clendaniel and a photographer and videographer. Robert Kane is also permitted to be present along with his attorneys Paul Stockler and Kevin Fitzgerald and his third party custodian.

This order does not limit or preclude Security Aviation and Robert Kane from subsequently inspecting the aircraft to conduct non destructive electrical testing or from having a subsequently retained expert conduct an inspection at a later time.

DATED:_____

John D. Roberts
United States Magistrate

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Stipulated Order Granting Motion for Order Permitting Inspection of L-39 Aircraft (Proposed)
Page 2 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION

Case No 3:06-CR-00022-JWS-JDR-2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 8th day of March, 2006, a true and correct
copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th  Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

By:    /s/ Allen F. Clendaniel
       Allen F. Clendaniel, ABA #0411084
       Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

Stipulated Order Granting Motion for Order Permitting
Inspection of L-39 Aircraft (Proposed)
Page 3 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION

Case No 3:06-CR-00022-JWS-JDR-2

4811-3200-9728\1\479855\00003