Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:  (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a<br>"COMMANDER KANE," and<br>SECURITY AVIATION, INC.,<br><br>            Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**AFFIDAVIT OF ALLEN F.<br>CLENDANIEL** |

STATE OF ALASKA        )
                       ) ss.:
THIRD JUDICIAL DISTRICT )

Allen F. Clendaniel, upon first being duly sworn, testifies as follows:

1. Shortened time is needed in consideration of the Unopposed Motion on Shortened Time for Stipulated Order Permitting Inspection of L-39 Aircraft to ensure that Security Aviation, Inc. and Robert F. Kane are able, pursuant to Fed. R. Crim. Proc. 16, to inspect as soon as possible the L-39 aircraft seized by the government and currently stored in the FAA hangar at the Anchorage International Airport.

2.   I have spoken with James Barkeley, Assistant United States Attorney, and Paul Stockler, counsel for Robert F. Kane, regarding the motion and proposed stipulated order. They have informed me that the government and Robert Kane do not oppose the motion and that the government and Robert Kane agree to the proposed stipulated order.

3.   The Unopposed Motion on Shortened Time for Stipulated Order Permitting Inspection of L-39 Aircraft needs to be considered as soon as possible as the United States Marshals will not permit Security Aviation or Robert Kane to inspect the L-39 aircraft without a court order.

_____
Allen F. Clendaniel

SUBSCRIBED AND SWORN to before me this 8th day of March, 2006.

_____
Notary Public in and for Alaska
My Commission expires: 9/15/08

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Affidavit of Allen F. Clendaniel
Page 2 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

4841-5800-3712\1\479855\00003

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 8th day of March, 2006, a true and correct
copy of this document was served on:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building U.S. Courthouse
222 W. 7th Ave. #9, Rm 253
Anchorage, Alaska 99513-7567

Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, Alaska 99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma 73533

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

By: /s/ Allen F. Clendaniel
    Allen F. Clendaniel, ABA #0411084
    Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Affidavit of Allen F. Clendaniel

Page 3 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2