UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br>vs.<br><br>ROBERT F. KANE, a/k/a,<br>"COMMANDER KANE," and<br>SECURITY AVIATION, INC.,<br><br>        Defendants. | 3-06-cr-00022-02-JWS-JDR<br><br>**ORDER<br>REGARDING<br>MOTION PERMITTING<br>INSPECTION OF EIGHT<br>L-39 AIRCRAFT**<br><br>(Docket No. 46) |

      This Court having considered Security Aviation, Inc.'s Unopposed Motion for an Order permitting inspection of the L-39 aircraft under the control of the government, finding good cause, and that the motion is granted in part.

      IT IS HEREBY ORDERED that Security Aviation and Robert Kane are

permitted to inspect the eight seized L-39 aircraft currently stored in the FAA hanger at the Anchorage International Airport. The parties are ordered to confer and mutually agree on a time and date suitable to the U.S. Marshal to inspect and photograph and/or videotape the aircraft. The agreed upon inspection(s) must be completed on or before Friday, March 17, 2006.

Security Aviation and Robert Kane are permitted to photograph and/or videotape the inspection. The inspection shall be non destructive. As part of its inspection, Security Aviation and Robert Kane are permitted to take the following steps:

1. Remove and inspect stores control panel in the cockpit.

2. Open nose doors and inspect components therein.

3. Remove certain fuselage or wing panels to inspect components of the store delivery system.

4. Remove pylon panels to inspect certain components of the store delivery system.

The following persons may be present from Security Aviation: Mark Avery, Joe Griffith, a Security Aviation mechanic, Robert Bundy, Allen Clendaniel and a photographer and videographer. Robert Kane is also permitted to be present along with his attorneys Paul Stockler and Kevin Fitzgerald and his third party custodian.

This order does not limit or preclude Security Aviation and Robert Kane from subsequently seeking another order allowing inspection of the aircraft to conduct non destructive electrical testing or from having a subsequently retained expert conduct an inspection at a later time.

DATED this 8th day of March, 2006, at Anchorage, Alaska.


/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge