Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**ORDER GRANTING MOTION TO COMPEL DISCOVERY** |

Security Aviation, Inc. has moved this Court for an order directing the government to provide discovery and setting deadlines for production. The Court having considered that motion and any objection thereto,

IT IS ORDERED that the government provide defendants discovery as follows:

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER GRANTING MOTION TO
COMPEL DISCOVERY
Page 1 of 4

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

1. Provide all information and documents relating to any statement made by anyone the government believes is legally able to bind Security Aviation or purports to be evidence of knowledge or scienter of Security Aviation (FRCrP 16(a)(1)(C););

2. All documents material to the preparation of Security Aviation's defense, including all documents in the possession of any government agency, including BATF, U.S. Customs, ICE, FAA or any other government agency relating in any way to the L-39 aircraft and rocket pods seized by the government (FRCrP 16(a)(1)(E));

3. All documents seized by the government from the premises of Security Aviation or its affiliated entities Regional protective Services and Avery & Associates (FRCrP16(a)(1)(E));

4. Reports from all experts the government intends to call at trial, or whose opinion the government has relied on or referred to in any hearing (such as co-defendant Robert Kane's preliminary detention and bail review hearings) or in affidavits in support of the search warrants and arrest warrant issued in this case; each report must state the expert's qualification and the expert's opinion in detail, including the exact protocols of tests and experiment performed by the expert or anyone working under his/her supervision or advice (FRCrP 16(a)(1)(F) and (G));

Reports from each expert who has rendered an opinion that is different or inconsistent in any way from the opinions of experts the government intends to call at trial (*Bray v. Maryland*, 373 U.S. § 83);

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER GRANTING MOTION TO
COMPEL DISCOVERY
Page 2 of 4

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

6. All impeachment information concerning the witnesses to be called by the government, including without limitation, statements, memorialized or not, that are inconsistent with each other, the witnesses expected testimony, or the expected testimony or statements of any other witness the government expects to call at trial (U.S. v. Bagley, 473 U.S. § 667 (1985));

7. All impeachment information concerning motive, bias of any potential government witness, including without limitation, any experts or implied promise of favorable treatment by any agency of the government in an actual or potential criminal, civil or administrative proceeding, the witness's fear of adverse consequences in any potential civil, criminal or administrative proceeding and the witness's expression of dislike of Rob Kane or Security Aviation or any of its agents or employees, including actual or potential employment actions.

8. All materials required to be produced shall be produced no later than March 31, 2006.

9. Failure to provide timely discovery as ordered by the Court could subject the government to preclusion of use of the evidence and will allow defendants to make pretrial motion relying on such discovery at any time within a reasonable time after such materials are disclosed by the government.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER GRANTING MOTION TO
COMPEL DISCOVERY
Page 3 of 4

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

DATED this ____ day of _____, 2006, at Anchorage, Alaska.

By: _____
    The Honorable John W. Sedwick

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the ___ day of March, 2006, a true and correct
copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th Ave. #9, Rm 253<br>Anchorage, Alaska 99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska 99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska 99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma 73533 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

By:   /s/ Robert C. Bundy
    Robert C. Bundy, ABA #7206021
    DORSEY & WHITNEY LLP
    1031 West Fourth Avenue, Suite 600
    Anchorage, AK 99501-5907
    (907) 276-4557
    bundy.robert@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER GRANTING MOTION TO                    UNITED STATES OF AMERICA V.
COMPEL DISCOVERY                            ROBERT F. KANE and SECURITY AVIATION
Page 4 of 4                                                        Case No 3:06-CR-00022-JWS-JDR-2