Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>　　　　Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL DISCOVERY** |

STATE OF ALASKA         )
                        ) §§
THIRD JUDICIAL DISTRICT )

Robert Bundy, being first duly sworn, deposes and states as follows:

1.     I am the attorney of record for Security Aviation, Inc., in the above-captioned matter.

AFFIDAVIT IN SUPPORT OF
MOTION TO COMPEL DISCOVERY
Page 1 of 4

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

2. Attached as Exhibit A to this affidavit is a true and correct copy of a letter dated March 6, 2006, in which counsel for Security Aviation summarized the results of the meeting of Friday, March 3, 2006 among counsel for Mr. Kane, counsel for Security Aviation, and the government.

3. Attached as Exhibit B to this affidavit is a true and correct copy of a March 10, 2006 letter from the government in which they responded.

4. Attached as Exhibit C to this affidavit is a true and correct copy of the March 10, 2006, letter from counsel for Security Aviation objecting to the delay and failure to make immediate discovery of the many items in the possession of the government or easily and quickly attainable by the government.

5. Attached as Exhibit D to this affidavit is a true and correct copy of the March 17, 2006 letter from counsel for Security Aviation again requesting discovery, however this time stating that a motion would be filed to compel discovery if none were forthcoming.

6. Attached as Exhibit E to this affidavit is a true and correct copy of the March 18, 2006 letter from the government in response.

7. Attached as Exhibit F to this affidavit is a true and correct copy of the March 20, 2006 letter from counsel for Security Aviation confirming arrangements for discovery and requesting discovery.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT IN SUPPORT OF
MOTION TO COMPEL DISCOVERY
Page 2 of 4

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

8. On March 21, 2006, counsel for Security Aviation and Robert Kane went to the United States Attorney's office to begin reviewing documents. We were required to sit in a room separate from the room in which the documents were kept and a staff person brought us one inventoried batch of documents at a time to review. We were allowed to look at one document at a time. Only after the document had been reviewed by counsel or paralegal from each defendant were we allowed to see another document. That process is continuing, but because of the government's arrangements, painfully and unnecessarily slowly. (A few minutes before this filing, the government agreed to explore changing this arrangement, but no change has yet been made.)

No access was provided to any documents or items of evidence required to be disclosed under FRCrP 16(a)(1) other than items seized from the defendants. Other than described above, no other discovery has been made by the government.

DATED this 22 day of March, 2006, at Anchorage, Alaska.

By: /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021

Subscribed and sworn to before me this 22nd day of March, 2006.

/s/ Cathy L. Mock

AFFIDAVIT IN SUPPORT OF
MOTION TO COMPEL DISCOVERY
Page 3 of 4

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Notary Public in and for Alaska
My Commission Expires: 1/20/08

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 22nd day of March, 2006, a true and correct
copy of this document was served on:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building U.S. Courthouse
222 W. 7th Ave. #9, Rm 253
Anchorage, Alaska 99513-7567

Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, Alaska 99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma 73533

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

By: /s/ Robert C. Bundy
    Robert C. Bundy, ABA #7206021
    DORSEY & WHITNEY LLP
    1031 West Fourth Avenue, Suite 600
    Anchorage, AK 99501-5907
    (907) 276-4557
    bundy.robert@dorsey.com

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT IN SUPPORT OF
MOTION TO COMPEL DISCOVERY
Page 4 of 4

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

4850-2327-5776\1\479855\00003