**U.S. Department of Justice**

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-1500

March 10, 2006

Robert Bundy
Dorsey & Whitney
1031 W. 4th Ave., Suite 600
Anchorage, AK 99501
Fax: 276-4152

Re: *United States v. Security Aviation*
3:06-cr-00022 JWS

Dear Mr. Bundy:

I am writing in reply to your letter of March 6, 2006.

1. Document Scanning
   Agreed. You should begin receiving the initial batch of scanned materials next week. As you know, Jodi Bradison ext. 4270, should be your point of contact. The only exception I take to this portion of your letter is your suggestion that we allow you to review the seized items, mark those of interest and have us copy them for you. We are scanning documents into a searchable database and providing them to you. Of course, if you have any particular documents of interest that you would like to access, please contact Jodi and she will make every effort to accommodate you-as she has done with regard to documents pertaining to Mrs. Avery, for example. If you are concerned about the March 24, 2006 motions deadline, perhaps we can discuss submitting a joint motion to allow more time.

2. Electronic Evidence
   The FBI is actively seeking additional resources in order to accelerate review of computer evidence. Your letter states that you can "see no reason" why you cannot have access to the data within ten days; I have passed that information on to the FBI and every effort will be made to accommodate you as soon as possible. Please bear in mind that taint review is occurring with these records.

3. Inspection of L-39 Aircraft and Rocket Pods
   My understanding that these inspections have already been approved by the Court and will take place today and next week.

Exhibit B
Page 1 of 2

4. <u>Aircraft Logs</u>
As suggested by your letter, this can be discussed after your inspection.

5. <u>Expert Reports and Brady, Bagley and Giglio Materials</u>
These will be provided to you at the earliest appropriate date.

Finally, as you know, the United States has today filed a related civil forfeiture action. While there is some degree of discovery overlap, the government will likely move to stay discovery in the civil case pending resolution of the criminal case. I have prepared a brief opposition to your motion seeking reconsideration of the seizure warrant for the L-39 aircraft. If you contemplate additional motion practice in the civil case before March 27, 2006, please be advised that I am the lead attorney in the civil forfeiture action, and I will be unavailable until that time.

Sincerely,

DEBORAH M. SMITH
Acting United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney

cc: Steven E. Skrocki, AUSA
Jodi Bradison, USAO
Katie Voke, USAO Asset Forfeiture

B
Page 2 of 2