

ROBERT C. BUNDY
(907) 257-7853
FAX (907) 276-4152
bundy.robert@dorsey.com


March 17, 2006


<u>VIA FACSIMILE</u>

Steven E. Skrocki                        James N. Barkeley
Assistant United States Attorney         Assistant United States Attorney
United States Attorney's Office          United States Attorney's Office
222 W. 7th Avenue, #9                    222 W. 7th Avenue, #9
Anchorage, Alaska  99513-7567            Anchorage, Alaska  99513-7567


        Re:    *United States vs. Security Aviation*

Gentlemen:

        This is to follow up my letter to Mr. Barkeley of March 10, 2006, concerning discovery in the above matter.

        Thank you for providing the documents relating to Mary C. Avery.  We also acknowledge receipt of six boxes of documents you seized from Security Aviation that you have deemed irrelevant to your investigation.  We performed a cursory inspection of the rocket pods on March 10, 2006 and the aircraft on March 15, 2006.  We, of course, reserve the right to further inspection at the direction of an expert sometime within the next 30 days.

        Other than documents which you have deemed are irrelevant to your investigation and the cursory inspections of the pods and aircraft, we have yet to receive any discovery from the government.  You have not responded to my letter of March 10, 2006.  Please call when you receive this letter so that we may discuss immediately your intentions with regard to complying with the government's discovery obligations.  I will assume if I do not hear from you by close of business that you believe a discussion would not be productive.  If I do not hear from you, I will file a motion on Monday, March 20, 2006.  We will seek expedited consideration of the motion.


                                Very truly yours,


                                Robert C. Bundy


cc:    Mark Avery
       Paul Stockler
       Kevin Fitzgerald


DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 907.276.4557 • F 907.276.4152
1031 WEST FOURTH AVENUE • SUITE 600 • ANCHORAGE, ALASKA 99501-5907
USA  CANADA  EUROPE  ASIA