Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 3:06-CR-00022-JWS-JDR-2 |
| ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC., | **AFFIDAVIT IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION** |
| Defendants. | |

STATE OF ALASKA         )
                        ) §§
THIRD JUDICIAL DISTRICT )

Robert Bundy, being first duly sworn, deposes and states as follows:

1. I am the attorney of record for Security Aviation, Inc., in the above-captioned matter.

AFFIDAVIT IN SUPPORT OF MOTION FOR
EXPEDITED CONSIDERATION
Page 1 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

2.  Expedited consideration of the Motion to Compel Discovery is necessary because trial in this case is set for May 3, 2006 and it is imperative that this discovery be ordered at the earliest possible time to ensure it can effectively be explored and used to prepare a defense.

3.  I have contacted Steven Skrocki, counsel for the government to inform him that Security Aviation is requesting expedited consideration of its motion to compel discovery.

DATED this 22 day of March, 2006, at Anchorage, Alaska.

By: /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com
clendaniel.allen@dorsey.com

Subscribed and sworn to before me this 22 day of March, 2006.

/s/ Cathy L. Mock
Notary Public in and for Alaska
My Commission Expires: 1/20/08

AFFIDAVIT IN SUPPORT OF MOTION FOR
EXPEDITED CONSIDERATION
Page 2 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 22nd day of March, 2006, a true and correct
copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building U.S. Courthouse<br>222 W. 7th Ave. #9, Rm 253<br>Anchorage, Alaska 99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska 99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska 99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma 73533 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

By:    /s/ Robert C. Bundy
       Robert C. Bundy, ABA #7206021
       Allen F. Clendaniel, ABA #0411084
       DORSEY & WHITNEY LLP
       1031 West Fourth Avenue, Suite 600
       Anchorage, AK 99501-5907
       (907) 276-4557
       bundy.robert@dorsey.com
       clendaniel.allen@dorsey.com

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT IN SUPPORT OF MOTION FOR
EXPEDITED CONSIDERATION
Page 3 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2