Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:     (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>          Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**REQUEST FOR ORAL ARGUMENT ON MOTION TO COMPEL DISCOVERY** |

  Security Aviation, Inc., requests that this Court schedule oral argument on

Security Aviation's Motion to Compel Discovery at the earliest time after the

government's response is due.  Security Aviation has requested that the Motion to

Compel be considered on an expedited basis such that the government's response is due

March 27, 2006

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

REQUEST FOR ORAL ARGUMENT           UNITED STATES OF AMERICA V.
                                     ROBERT F. KANE and SECURITY AVIATION
Page 1 of 2                                   Case No 3:06-CR-00022-JWS-JDR-2

DATED this 22nd day of March, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP


By:  /s/ Robert C. Bundy
   Robert C. Bundy, ABA #7206021
   Allen F. Clendaniel, ABA #0411084
   DORSEY & WHITNEY LLP
   1031 West Fourth Avenue, Suite 600
   Anchorage, AK 99501-5907
   (907) 276-4557
   bundy.robert@dorsey.com
   clendaniel.allen@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 22nd day of March, 2006, a true and correct
copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th  Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


By:  /s/ Robert C. Bundy
   Robert C. Bundy, ABA #7206021
   Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

REQUEST FOR ORAL ARGUMENT

Page 2 of 2

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2