Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>　　　　Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION** |

Security Aviation, Inc. has moved this Court for an order expediting consideration of its motion to compel discovery. The Court, having considered that motion and any objection thereto,

IT IS ORDERED that expedited consideration is granted. The government's response is due March 27, 2006.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER GRANTING EXPEDITED CONSIDERATION
Page 1 of 2

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

DATED this ____ day of _____, 2006, at Anchorage, Alaska.

By: _____
The Honorable John W. Sedwick

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 22nd day of March, 2006, a true and correct
copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th  Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

By:    /s/ Robert C. Bundy
    Robert C. Bundy, ABA #7206021
    DORSEY & WHITNEY LLP
    1031 West Fourth Avenue, Suite 600
    Anchorage, AK 99501-5907
    (907) 276-4557
    bundy.robert@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER GRANTING EXPEDITED                                     UNITED STATES OF AMERICA V.
CONSIDERATION                                                ROBERT F. KANE and SECURITY AVIATION
Page 2 of 2                                                  Case No 3:06-CR-00022-JWS-JDR-2