Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>　　　　Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**ORDER SETTING ORAL ARGUMENT ON MOTION TO COMPEL DISCOVERY** |

　　　Upon request of Security Aviation, Inc., for oral argument regarding its Motion to

Compel Discovery,

　　　IT IS HEREBY ORDERED that oral argument will take place on _____,

2006, at _____ a.m./p.m.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER SETTING ORAL ARGUMENT                              UNITED STATES OF AMERICA V.
                                                          ROBERT F. KANE and SECURITY AVIATION
Page 1 of 2                                              Case No 3:06-CR-00022-JWS-JDR-2

DATED this ____ day of _____, 2006, at Anchorage, Alaska.

By: _____
The Honorable John W. Sedwick

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on
the 22nd day of March, 2006, a true and correct
copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th  Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

By:     /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER SETTING ORAL ARGUMENT                                    UNITED STATES OF AMERICA V.
                                                               ROBERT F. KANE and SECURITY AVIATION
Page 2 of 2                                                    Case No 3:06-CR-00022-JWS-JDR-2