Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>        Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**MOTION AND MEMORANDUM TO SUPPRESS ALL EVIDENCE SEIZED PURSUANT TO A FINDING OF PROBABLE CAUSE THAT A VIOLATION OF 18 U.S.C. § 1343 OCCURRED** |

Defendant Security Aviation moves to suppress all evidence seized pursuant to a finding of probable cause that a violation of 18 U.S.C. § 1343 (wire fraud) occurred in search warrants 3:06-mj-00016-JDR and 3:06-mj-00018-JDR. On the face of the affidavit supporting the application for these warrants there is not probable cause to believe that wire fraud occurred.

**I.   Factual Basis**

On February 1, 2006, Matthew Campe, Special Agent for the Federal Bureau of Investigation ("Campe"), filed applications and affidavits for three search warrants. The applications were sought to search the Security Aviation, Inc. ("Security Aviation")

aircraft hangar at the Palmer Airport in Palmer, Alaska, the Security Aviation hangar with a physical address of 6121 South Airpark Place, Anchorage, Alaska, and the building at 3230 "C" Street, which houses offices of Security Aviation. The search warrant for the building at 3230 "C" Street was issued at 5:38p.m.. The search warrant for the Palmer Security Aviation hangar was issued at 6:07p.m.. The third search warrant for the Anchorage Security Aviation hangar was issued at 6:12p.m..

These three search warrants were served at each location on February 2, 2006 and the government seized a tremendous amount of property at each location, including physical objects, documents, records, and computers and computer drives.

Campe also filed additional applications and affidavits for search warrants of the South Airpark hangar and the building at 3230 "C" Street on February 3, 2006. The applications sought authorization to search additional locations and seize additional materials. The search warrant for the South Airpark hangar was issued at 8:15 p.m. on February 3, 2006. The search warrant for the C Street building was issued at 8:23p.m. on February 3, 2006. Additional material was authorized to be seized relating to the May and Stanley Charitable Trust. Search Warrant 3:06-mj-00018 authorized additional materials to be seized in paragraphs 10-12 and 14 of Attachment B. Search Warrant 3:06-mj-00016 authorized additional materials in paragraphs 10 and 11 of Attachment B. This additional authorization is based on Campe's assertion that there was probable cause to believe a wire fraud had occurred in violation of 18 U.S.C. § 1343.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

MOTION AND MEMORANDUM TO SUPPRESS ALL EVIDENCE SEIZED PURSUANT TO A FINDING OF PROBABLE CAUSE OF 18 U.S.C. § 1343

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION

Page 2 of 6                                                    Case No 3:06-CR-00022-JWS-JDR-2

## II.    Legal Standard

In order for an warrant to issue authorizing the search for and seizure of evidence relating to wire fraud there has to be probable cause to believe that wire fraud occurred. *See United States*. v. *Carneiro*  861 F.2d 1171, 1179 (9th Cir. 1988) (stating that "[t]he fourth amendment requires that the government show that it has probable cause to believe that a specific crime has been or is being committed before it may invade constitutionally protected areas").  There must be "a substantial basis' for concluding probable cause existed based on the totality of the circumstances."  *United States. v. Mendonsa*  989 F.2d 366, 368 (9th Cir. 1993).

## III.    Argument

The affidavit in Warrant 3:06-mj-00016-JDR  and Warrant 3:06mj-00018-JDR does not warrant a finding of probable cause that wire fraud occurred.  Wire fraud requires a scheme or artifice to defraud.  18 U.S.C. § 1343.  There is nothing in the affidavits of Campe that shows that there was any scheme or artifice to defraud the May and Stanley Charitable Trust or any other entity.

The allegations in the affidavit regarding the May and Stanley Charitable Trust ("the Trust") are sparse and do not constitute probable cause that any wire fraud violation occurred.

The affidavit makes several innocuous statements regarding the Trust located in paragraphs 6-27 of Affidavit to Search Warrant 3:06-mj-00016-JDR (paragraphs 6-25 in Search Warrant 3:06mj-00018).  The affidavit states that the May and Stanley Charitable

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

MOTION AND MEMORANDUM TO SUPPRESS ALL EVIDENCE SEIZED PURSUANT TO A FINDING OF PROBABLE CAUSE OF 18 U.S.C. § 1343
Page 3 of 6

<u>UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION</u>

Case No 3:06-CR-00022-JWS-JDR-2

Trust exists and that Mark Avery ("Avery") is currently a trustee for the trust and is paid for that work. The affidavit also alleges that Avery, Kane, and Hopper may have assisted in moving May Wong Smith from Europe to the Bahamas and that Avery has arranged to have two former law enforcement members take care of May Wong Smith in the Bahamas. The affidavit also alleges that May Wong Smith may have Alzheimer's. It also states that Robert F. Kane's wife, Karen Gamalinda stated that she was aware of an "old lady" in the Bahamas and that she heard her husband, Mark Avery, Matt Avery discussing a $50 million dollar loan and the loan came from a trust that Mark Avery was in charge of.[1]

Finally, the affidavit alleges that Mark Avery made wire transfers and that $7.3 million was deposited into Security Aviation's Wells Fargo Account in September and October of 2005.

This is the extent of the affidavit's allegations. From these allegations, Campe concludes "there is probable cause to believe that the funds utilized by Kane and Avery were illicitly obtained and fraudulently obtained from the May and Stanley Smith Charitable Trust and were unlawfully wired into the Avery accounts in violation of 18 U.S.C. § 1343.

On the face of the affidavit, there is not probable cause to believe that wire fraud occurred. The affidavit makes no reference to any money that was fraudulently obtained.

---

[1] This statement cannot support a finding of probable cause because it occurred as a result of unlawful detention and coercion. This is more extensively analyzed in Robert Kane's Motion to Supress Fruits of Unconstitutional Search of Robert Kane's Private Residence and Vehicle on February 2, 2006. That motion is incorporated here by reference.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

MOTION AND MEMORANDUM TO SUPPRESS ALL EVIDENCE SEIZED PURSUANT TO A FINDING OF PROBABLE CAUSE OF 18 U.S.C. § 1343

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION

Page 4 of 6                                    Case No 3:06-CR-00022-JWS-JDR-2

The affidavit does not identify at any scheme or artifice to defraud.  There is absolutely no evidence that a single penny was ever fraudulently or illicitly obtained from anyone.  The affidavit therefore fails to establish that there was any scheme or artifice to defraud the Trust or anyone else.  Accordingly, there is not probable cause to believe there was a violation of 18 U.S.C. § 1343.

**IV.    Conclusion**

Because there was no probable cause to believe that there had been a violation of 18 U.S.C. § 1343, all evidenced seized relating to wire fraud must be suppressed.  Therefore all evidence relating to the May and Smith Stanley Charitable Trust must be suppressed as the only justification for the seizure of such evidence was a finding of probable cause of wire fraud.

DATED this ____ day of March, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:/s/ Allen Clendaniel
  Robert C. Bundy, ABA #7206021
  Allen F. Clendaniel, ABA #0411084
  DORSEY & WHITNEY LLP
  1031 West Fourth Avenue, Suite 600
  Anchorage, AK 99501-5907
  (907) 276-4557
  bundy.robert@dorsey.com
  clendaniel.allen@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

MOTION AND MEMORANDUM TO SUPPRESS ALL EVIDENCE SEIZED PURSUANT TO A FINDING OF PROBABLE CAUSE OF 18 U.S.C. § 1343
Page 5 of 6

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of March, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley | Paul D. Stockler |
| Steven Skrocki | 1309 W. 16th Avenue |
| Assistant United States Attorney | Anchorage, Alaska 99501 |
| Federal Building U.S. Courthouse | |
| 222 W. 7th Ave. #9, Rm 253 | |
| Anchorage, Alaska 99513-7567 | |
| | |
| Kevin Fitzgerald | James L. Kee |
| Ingaldson, Maassen & Fitzgerald | Kee, Archer & Herberger, P.A. |
| 813 West 3rd Avenue | 1102 Maple Street |
| Anchorage, Alaska 99501 | Duncan, Oklahoma 73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:   /s/ Allen Clendaniel
      Robert C. Bundy, ABA #7206021
      Allen F. Clendaniel, ABA #0411084
      Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

MOTION AND MEMORANDUM TO SUPPRESS ALL EVIDENCE SEIZED PURSUANT TO A FINDING OF PROBABLE CAUSE OF 18 U.S.C. § 1343

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION

Page 6 of 6                                                Case No 3:06-CR-00022-JWS-JDR-2

4844-9662-8736\1 3/24/2006 5:48 PM