Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>   Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**ORDER GRATING MOTION TO SUPPRESS ALL EVIDENCE SEIZED PURSUANT TO A FINDING OF PROBABLE CAUSE THAT A VIOLATION OF 18 U.S.C. § 1343 OCCURRED** |

Having considered the parties' pleadings and all arguments related thereto, Motion to Suppress All Evidence Seized Pursuant to a Finding of Probable Cause that a violation of 18 U.S.C. § 1343 occurred is hereby GRANTED.

DATED this _____ day of March, 2006, at Anchorage, Alaska.

                _____
                The Honorable John D. Roberts
                U.S. Magistrate Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ___ day of March, 2006, a true and correct copy of this document was served on:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building  U.S. Courthouse
222 W. 7th Ave. #9, Rm 253
Anchorage, Alaska  99513-7567

Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, Alaska  99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma  73533

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:  /s/ Allen F. Clendaniel
     Robert C. Bundy, ABA #7206021
     Allen F. Clendaniel, ABA #0411084
     Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER GRANTING MOTION TO SUPPRESS
ALL EVIDENCE SEIZED PURSUANT TO A
FINDING OF PROBABLE CAUSE OF 18 U.S.C.
§ 1343
Page 2 of 2

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION

Case No 3:06-CR-00022-JWS-JDR-2

4828-3751-9360\1 3/24/2006 5:49 PM