Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:  (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>　　　　Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**AFFIDAVIT OF JOHN WILLIE SPENCER** |

STATE OF ALASKA　　　　)
　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　)

　　John Willie Spencer, being duly sworn, states:

　　1.　I am an employee of Security Aviation, Inc. I am the Aircraft Maintenance Supervisor at the Palmer Hangar.

　　2.　I became Bob Anthony's supervisor on January 2, 2005. I was Bob Anthony's supervisor on January 21, 2005.

AFFIDAVIT OF JOHN "WILLY" SPENCER

Page 1 of 3

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

Exhibit A
Page 1 of 3

3. Bob Anthony did not have the authority to let anyone into the Palmer Hangar on January 21, 2006.

4. Bob Anthony had been informed that non Security Aviation personnel were not permitted in the Palmer hangar without the approval of Gary Cost, who is responsible for access to the Palmer facilities.

_____
John Willie Spencer

SUBSCRIBED AND SWORN to before me this _24_ day of March, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: _2-14-09_

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ___ day of March, 2006, a true and correct copy of this document was served on:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building U.S. Courthouse
222 W. 7th Ave. #9, Rm 253
Anchorage, Alaska 99513-7567

Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, Alaska 99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma 73533

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF JOHN "WILLY" SPENCER

Page 2 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

Exhibit A
Page 2 of 3

By: _____
    Robert C. Bundy, ABA #7206021
    Allen F. Clendaniel, ABA #0411084
    Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF JOHN "WILLY" SPENCER

Page 3 of 3

4819-1451-0336\1 3/24/2006 10:53 AM

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

Exhibit A
Page 3 of 3