Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:  (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>　　　　Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**AFFIDAVIT OF GARRET ALAN COST** |

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

　　　　Garret Alan Cost, being duly sworn, states:

　　　　1.　　I am an employee of Security Aviation, Inc. I am the Assistant Director of Operations for Rotor Wing at the Palmer Hangar. As part of my duties, I am also responsible for access to the Palmer facilities.

　　　　2.　　I started my employment at Security Aviation, Inc. in September 2005.

　　　　3.　　I informed Bob Anthony that non Security Aviation personnel were not permitted into the Palmer hangar without the approval of Gary Cost, the Base Manager

for the Palmer Hangar. John Berens was also so informed when he was an employee at Security Aviation.

4. I did not approve Bob Anthony to allow any non Security Aviation personnel into the hangar on January 21, 2006. I did not approve the entrance of any non Security Aviation personnel into the Palmer Hangar on January 21, 2006.

_____
Garret Alan Cost

SUBSCRIBED AND SWORN to before me this 24th day of March, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: 2-14-09

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF GARRET ALAN COST

Page 2 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

Exhibit B
Page 2 of 3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ___ day of March, 2006, a true and correct copy of this document was served on:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building U.S. Courthouse
222 W. 7th Ave. #9, Rm 253
Anchorage, Alaska 99513-7567

Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, Alaska 99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma 73533

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By: _____
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF GARRET ALAN COST

Page 3 of 3

4850-1849-1904\1 3/24/2006 10:54 AM

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2