Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>       Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**ORDER GRATING MOTION TO SUPPRESS THE FRUIT OF THE UNCONSTITUTIONAL JANUARY 21, 2006 SEARCH OF SECURITY AVIATION'S PALMER HANGAR AND REQUEST FOR EVIDENTIARY HEARING** |

Having considered the parties' pleadings and all arguments related thereto, Motion to Suppress The Fruit Of The Unconstitutional January 21, 2006 Search Of Security Aviation's Palmer Hangar And Request For Evidentiary Hearing is hereby GRANTED.

IT IS HEREBY ORDERED that the Evidentiary Hearing will take place on

_____, 2006, at _____ a.m./p.m.

DATED this _____ day of March, 2006, at Anchorage, Alaska.

_____
The Honorable John D. Roberts
Magistrate Judge

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of March, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th  Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:     /s/ Allen Clendaniel
        Robert C. Bundy, ABA #7206021
        Allen F. Clendaniel, ABA #0411084
        Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER GRANTING MOTION TO SUPPRESS                UNITED STATES OF AMERICA V.
                                                 ROBERT F. KANE and SECURITY AVIATION
Page 2 of 2                                      Case No 3:06-CR-00022-JWS-JDR-2
4812-9414-6560\1 3/24/2006