Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**AFFIDAVIT OF JOSEPH J. KOCIENDA** |

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

Joseph J. Kocienda, being duly sworn, states:

1. I was employed from December 15 2004 to November 21, 2005 by Wells Fargo Bank as a Senior Relationship Manager within the main office of Wells Fargo at 301 Northern Lights Blvd, Anchorage Alaska 99503. My immediate responsibilities were to maintain a portfolio of commercial client accounts including deposit and loans for each client. I was also responsible to provide support for the Business Development Associate, Joe Crosson in bringing new accounts to the bank.



DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

2. I became familiar with Security Aviation during the beginning of 2005. At that time Security Aviation was considered a very good prospective customer by Wells Fargo and this was communicated to me by my immediate manager, Larry Cooper, Business Development Associate, Joe Crosson, and Regional Commercial Banking Manager, James Cloud. Joe Crosson set up an introductory meeting with Joe Kapper, president of Security Aviation in the spring of 2005. The purpose of the meeting was to provide analysis of the current and historical financials of Security Aviation in order to provide a second opinion on the valuation and to assess a possible loan structure to buy the company from the Estate of Mike O'Neill. I performed the analysis and provided a rough value of the company. I also expressed an interest in Wells Fargo providing financing in the range of $1million to Security Aviation to assist with the buyout. There was no formal agreement regarding the financing. Joe Kapper expressed an interest to proceed, but needed time to discuss details of sale with the Estate.

3. In July of 2005, I learned from Joe Kapper that Mark Avery had purchased Security Aviation. Joe Kapper informed me that Mark Avery was not happy with Wells Fargo and would not likely require any financial services. Joe Crosson persisted in pursuing the business relationship with Security Aviation, however, and arranged a meeting for me with Joe Kapper, Rob Kane, and Mark Avery. At this meeting, I made a pitch and stated that I would be Security Aviation's advocate within the bank to address all of their banking needs and requirements. At the meeting, Mark expressed his displeasure with Wells Fargo, but instructed me to work with Rob Kane and Joe Kapper in furthering the business relationship. He remained apprehensive about doing business with Wells Fargo.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

4. I met with Rob and Kane and Joe Kapper the next day. Rob Kane and Joe Kapper, indicated they would deposit $750,000.00 (if I remember correctly) in a general operating account and that they wanted a $500,000.00 unsecured Line of Credit to assist with Accounts Receivable issues with one of their Medevac contracts. I asked for a series of documentation for processing the loan and told them that I would put through a cash collateralized loan temporarily until I get the documentation in order to process the unsecured Line of Credit. They agreed and I processed the cash collateralized loan within a few days. I met with Mark Avery, Rob, and Joe Kapper for Mark to sign the documents and explain the structure of the loan. I also collected tax returns and company financials so I could start the processing of the unsecured line of credit.

5. Within a week or two I processed the Unsecured Line of Credit for $500,000. As part of the processing, I submitted a Credit Approval Presentation. In this credit approval presentation, I believe I made the statement cited in paragraph 57 of Special Agent Mathew Campe's affidavit in support of the application for several search warrants in this case that "Borrower has had significant growth since last FYE. Growth is attributed primarily due to a large $30MM DOD Contract. The new owner is Mark Avery. Mark is well known to the bank and the industry." By this statement I meant to say that growth was attributed in preparation of potential new government contracts. I did not intend to say that there was an *existing* $30MM DOD contract. Joe Kapper and Rob Kane made it perfectly clear that all future contracts were still in negotiations, but expected to come to fruition by Spring 2006. No one ever told me that Security Aviation had an existing $30MM DOD contract.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

6. My management did not approve the loan without a personal guarantee. Mark Avery had told me that he was unwilling to provide Tax Returns and Financial Statements in order to process the Personal Guarantee. In a meeting to discuss the loan with Senior Credit Officer Jim Brenner, Jim Brenner recommended that we ask for a self prepared financial statement and a personal guarantee from Mark Avery for the loan. I met with Mark Avery a couple of days later and filled out the Personal Financial Statement where I asked the questions and filled in the blanks. Mark reviewed the final Personal Financial Statement and signed. Mark was very reluctant in providing a Personal Guarantee, but agreed due to the size of the loan as it related to the asset coverage provided by the company. I processed the unsecured line and released the cash collateral on the secured line of credit within 24-48 hours.

7. I believe I made the statement cited in paragraph 59 of Special Agent Mathew Campe's affidavit in support of the application for several search warrants in this case that "Security has aquired (sic) over $15mm in Aircraft (assets) over the past 90 days under new ownership and has aquired (sic) over $150mm in new governmental contracts for Medevac and Training." No one ever told me that Security Aviation currently had over new $150 million in new government contracts for Medevac and Training. I intended to say that Security was in negotiations for potential new government contracts for Medevac and Training in addition to its existing government contracts and Medevac clients. Joe Kapper and Rob Kane made it perfectly clear that all future contracts were still in negotiations. Mark Avery never made any statements regarding Security Aviation existing or potential contract to me or any bank employee to the best of my knowledge.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

8. It was my opinion that the loan for $500,000 was a relatively low risk loan given the successful history of the company (for 20 years), demonstrated good positive cash flow, strong net worth ($20mm) in relation to the debt ($500m), extremely low debt service coverage, and a good future business plan for growth.

9. No agent of the government has contacted me regarding these loans.

Joseph J. Kocienda

SUBSCRIBED AND SWORN to before me this 24th day of March, 2006.




Notary Public in and for Alaska
My Commission Expires: 2-14-09

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ___ day of March, 2006, a true and correct copy of this document was served on:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building U.S. Courthouse
222 W. 7th Ave. #9, Rm 253
Anchorage, Alaska 99513-7567

Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, Alaska 99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma 73533

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By: ______________________________
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557