Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:     (907) 276-4557
Facsimile:     (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a<br>"COMMANDER KANE," and<br>SECURITY AVIATION, INC.,<br><br>　　　　　　　　　Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**AFFIDAVIT OF MARK J. AVERY** |

STATE OF ALASKA　　　　　　)
　　　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　　)

　　　Mark J. Avery, being duly sworn, states:

　　　1.　　　I am the sole stockholder of Security Aviation, Inc.  I am also the Chairman
and President and Secretary of Security Aviation, Inc.

　　　2.　　　I purchased 100% of the stock of Security Aviation from the Estate of
Michael R. O'Neil.  The stock was transferred on July 9, 2005.

　　　3.　　　I am a trustee of the May and Stanley Smith Charitable Trust.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Exhibit C
Page 1 of 2

4.      In December 2005, the IRS completed a full audit of the May and Stanley

Smith Charitable Trust.

_____
Mark J. Avery

SUBSCRIBED AND SWORN to before me this 24th day of March, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: 2-14-09

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the ___ day of March, 2006, a true and correct copy of this document was served on:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building  U.S. Courthouse
222 W. 7th Ave. #9, Rm 253
Anchorage, Alaska  99513-7567

Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, Alaska  99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma  73533

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By: _____
        Robert C. Bundy, ABA #7206021
        Allen F. Clendaniel, ABA #0411084
        Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

AFFIDAVIT OF MARK J. AVERY

Page 2 of 2
4814-7895-8080\1 3/24/2006 3:12 PM

<u>UNITED STATES OF AMERICA V.</u>
<u>ROBERT F. KANE and SECURITY AVIATION</u>

Case No 3:06-CR-00022-JWS-JDR-2

Exhibit C
Page 2 of 2