Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT F. KANE, a/k/a
"COMMANDER KANE," and
SECURITY AVIATION, INC.,

        Defendants.

Case No. 3:06-CR-00022-JWS-JDR-2

**AFFIDAVIT OF EVAN J. ("Joe") GRIFFITH**

STATE OF ALASKA     )
                     ) ss.
THIRD JUDICIAL DISTRICT    )

Evan J. ("Joe") Griffith, being duly sworn, states:

1.    I spent 24 years in the United States Air Force before retiring in June, 1984.

2.    I served as the Commander of the 21st Tactical Fighter Wing for two years at Elmendorf Air Force Base, Alaska, from 1982 to 1984.

3.    After retirement I served as the CFO for Chugach Electric Association from 1989 to 2002.  From 2002 to 2005 I was CEO of Chugach Electric.

4.    I currently work as a consultant and provide services for Security Aviation.

*DORSEY & WHITNEY LLP*
*1031 West 4th Avenue,*
*Suite 600*
*Anchorage, AK 99501*
*(907) 276-4557*

5.      I consult as a flight training instructor and advisor, a flight operations manager, and aircraft maintenance manager, among other duties.

6.      I also am a licensed pilot and fly the L-39 jets.

7.      I am knowledgeable in munitions, having three tours in Viet Nam, and teaching for two years at the Air Force Fighter Weapons School. I also am a graduate of that school. I have flown many combat missions carrying rockets and have fired rockets on numerous occasions. I am familiar with virtually all air-employed munitions.

8.      On December 31, 2005, about 9:00 a.m. I observed John Berens loading all his equipment and tools into a large U-Haul van type truck. As John was the lead L-39 mechanic for Security Aviation and he had just had his equipment shipped to Alaska, I was stunned to see this action on his part. I asked John what he was doing. His reply was that he was leaving because Robert Kane was not running a good business and was not who he said he was. I did not pursue the conversation further, but merely watched to see that none of Security Aviation's equipment was inadvertently included in the moved items. I believe John left Security Aviation as a disgruntled employee.

9.      I am familiar with the purchase of a number of Czechoslovakian-made Albatross L-39s by Security Aviation from Air USA. I am also familiar with the taking of four L-39s by Air USA personnel from the Security Aviation hangar in Palmer on or about January 21, 2006. For a variety of reasons, I do not believe these jets were airworthy at the time they were taken. Further, I was unaware of any ferry permits issued which would have allowed the planes to be ferried out of state. Oddly, an FAA ferry-permit was apparently issued from an out-of-state Flight Standards District Office.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF EVAN J. ("Joe") GRIFFITH

Page 2 of 4

Exhibit D
Page 2 of 4

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION

Case No 3:06-CR-00022-JWS-JDR-2

10.    I also understand that Robert Anthony did not have authority to allow unauthorized personnel, much less personnel from rival companies, access to the Palmer hangar. Anthony certainly did not have authority to allow Air USA personnel to take four of the jets. I am aware that Anthony signed an affidavit following the taking, denying he had granted Air USA personnel access to the hangar, only to state otherwise when speaking with law enforcement about the incident after Security Aviation reported the taking. Anthony was fired immediately after this incident.

11.    I am also familiar with the Aero Vodochody L-39ZAs and L-39Cs seized by the government. As one might imagine, there was extensive governmental oversight concerning the purchase, possession, transport, and flight of these aircraft. For instance, the jets had been registered with the FAA. Some of the jets had also received airworthiness certification from the FAA. Finally, during the time Security Aviation possessed the jets there was significant communication with the FAA concerning the jets. Moreover, the jets were always intended to be used for a legitimate and peaceful purpose.

12.    I observed the two rocket pods described in the affidavit of Special Agent Matthew Campe when the pods arrived in crates. I have seen similar pods actually affixed to aircraft in other parts of the United States.

Evan J. Griffith

SUBSCRIBED AND SWORN to before me this 24th day of March, 2006.

Notary Public in and for Alaska
My Commission Expires: 2-14-09

AFFIDAVIT OF EVAN J. ("Joe") GRIFFITH

Page 3 of 4

Exhibit D
Page 3 of 4

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the ___ day of March, 2006, a true and correct copy of this document was served on:

James N. Barkeley                                      Paul D. Stockler
Steven Skrocki                                           1309 W. 16th Avenue
Assistant United States Attorney               Anchorage, Alaska  99501
Federal Building  U.S. Courthouse
222 W. 7th  Ave. #9, Rm 253
Anchorage, Alaska  99513-7567


Kevin Fitzgerald                                        James L. Kee
Ingaldson, Maassen & Fitzgerald            Kee, Archer & Herberger, P.A.
813 West 3rd Avenue                               1102 Maple Street
Anchorage, Alaska  99501                       Duncan, Oklahoma  73533


by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.


By: _____
          Robert C. Bundy, ABA #7206021
          Allen F. Clendaniel, ABA #0411084
          Dorsey & Whitney, LLP

AFFIDAVIT OF EVAN J. ("Joe") GRIFFITH

Page 4 of 4
4831-0634-8032\1 3/24/2006 3:53 PM

Exhibit D
Page 4 of 4

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2