Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>       Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**ORDER GRANTING MOTION TO SUPPRESS EVIDENCE AND REQUEST FOR A FRANKS HEARING** |
|---|---|

Having considered the parties' pleadings and all arguments related thereto, Security Aviation, Inc.'s Motion to Suppress Evidence and Request for a Franks Hearing is GRANTED.

IT IS HEREBY ORDERED that the Franks Hearing will take place on

_____, 2006, at _____ a.m./p.m.

DATED this _____ day of March, 2006, at Anchorage, Alaska.

_____
The Honorable John D. Roberts
Magistrate Judge

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of March, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th  Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:      /s/ Allen F. Clendaniel
      Robert C. Bundy, ABA #7206021
      Allen F. Clendaniel, ABA #0411084
      Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER GRANTING REQUEST FOR FRANKS HEARING
Page 2 of 2
4842-8049-1008\1 3/24/2006 6:17 PM

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2