Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>        Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**REQUEST FOR EVIDENTIARY HEARING** |

Defendant Security Aviation, Inc. ("Security Aviation") hereby requests that the Court conduct an evidentiary hearing on Security Aviation's Motion and Memorandum to Suppress the Fruit of the Unconstitutional January 21, 2006 Search of Security Aviation's Palmer Hangar filed on March 24, 2006.

DATED this 28th day of March, 2006, at Anchorage, Alaska.

          DORSEY & WHITNEY LLP


          By:/s/ Allen Clendaniel
             Robert C. Bundy, ABA #7206021
             Allen F. Clendaniel, ABA #0411084
             DORSEY & WHITNEY LLP
             1031 West Fourth Avenue, Suite 600
             Anchorage, AK 99501-5907
             (907) 276-4557
             bundy.robert@dorsey.com
             clendaniel.allen@dorsey.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 28th day of March, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.


By:    /s/ Allen Clendaniel
      Robert C. Bundy, ABA #7206021
      Allen F. Clendaniel, ABA #0411084
      Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

REQUEST FOR EVIDENTIARY HEARING        <u>UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION</u>
Page 2 of 2        Case No 3:06-CR-00022-JWS-JDR-2
4846-3864-5248\1 3/28/2006