Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>         Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**ERRATA TO REQUEST FOR EVIDENTIARY HEARING** |

Defendant Security Aviation, Inc. ("Security Aviation") hereby files this errata to its Request for Evidentiary Hearing filed at Docket #75. The proposed Order was inadvertently missing from the Request and is attached hereto.

DATED this 28th day of March, 2006, at Anchorage, Alaska.

          DORSEY & WHITNEY LLP


          By:/s/ Allen Clendaniel
           Robert C. Bundy, ABA #7206021
           Allen F. Clendaniel, ABA #0411084
           DORSEY & WHITNEY LLP
           1031 West Fourth Avenue, Suite 600
           Anchorage, AK 99501-5907
           (907) 276-4557
           bundy.robert@dorsey.com
           clendaniel.allen@dorsey.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of March, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.


By: /s/ Allen Clendaniel
  Robert C. Bundy, ABA #7206021
  Allen F. Clendaniel, ABA #0411084
  Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ERRATA TO REQUEST FOR EVIDENTIARY HEARING    UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION
Page 2 of 2    Case No 3:06-CR-00022-JWS-JDR-2
4827-5979-3664\1 3/28/2006

Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>       Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**ORDER FOR EVIDENTIARY HEARING** |

IT IS HEREBY ORDERED that an evidentiary hearing on Security Aviation's

Motion and Memorandum to Suppress the Fruit of the Unconstitutional January 21, 2006

Search of Security Aviation's Palmer Hangar will take place on

_____, 2006, at _____ a.m./p.m.

DATED this _____ day of March, 2006, at Anchorage, Alaska.

                                                                                    
The Honorable John D. Roberts
Magistrate Judge

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of March, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

 By:     /s/ Allen F. Clendaniel
        Robert C. Bundy, ABA #7206021
        Allen F. Clendaniel, ABA #0411084
        Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER FOR EVIDENTIARY HEARING                    UNITED STATES OF AMERICA V.
                                                  ROBERT F. KANE and SECURITY AVIATION
Page 2 of 2                                       Case No 3:06-CR-00022-JWS-JDR-2
4851-7551-6160\1 3/28/2006