IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ROBERT F. KANE,<br>a/k/a "COMMANDER KANE," and<br>SECURITY AVIATION, INC.,<br><br>      Defendant. | No. **3:06-cr-00022-JWS**<br><br>ORDER REGARDING<br>GOVERNMENT'S MOTION<br>TO UNSEAL SEARCH<br>WARRANTS |

Having considered the non-opposed motion filed by the United States to un seal search warrants 3:06-mj-008-JDR, 3:06-mj-009-JDR, 3:06-mj-010-JDR, 3:06-mj-016-JDR, 3:06-mj-017-JDR, 3:06-mj-018-JDR, 3:06-mj-019-JDR, and 3:06-mj-021, IT IS HEREBY ORDERED that the above-stated search warrants be unsealed.

IT IS SO ORDERED.

DATED this 29th day of March, 2006, at Anchorage, Alaska.

                                       /s/ John D. Roberts
                                       JOHN D. ROBERTS
                                       United States Magistrate Judge