Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>　　　　　Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**NOTICE OF INTENT TO FILE OPPOSITION TO GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANTS** |

　　　Defendant Security Aviation hereby gives notice of its intent to file an opposition to the government's motion to unseal search warrants 3:06-mj-008-JDR, 3:06-mj-009-JDR, 3:06-mj-010-JDR, 3:06-mj-016-JDR, 3:06-mj-017-JDR, 3:06-mj-018-JDR, 3:06-mj-019-JDR, and 3:06-mj-021-JDR.  The government's motion stated that it was opposed by defense counsel.  This Court's order, however, stated that the Court "considered the non-opposed motion filed by the United States to unseal."  Defendant Security Aviation believes that this Court's order unsealing the warrants was issued under the mistaken impression that the motion was unopposed.  Defendant Security Aviation will file an

opposition to the government's motion to unseal, unless the Court does not wish to entertain such an opposition.

DATED this 29th day of March, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:/s/ Allen F. Clendaniel
 Robert C. Bundy, ABA #7206021
 Allen F. Clendaniel, ABA #0411084
 DORSEY & WHITNEY LLP
 1031 West Fourth Avenue, Suite 600
 Anchorage, AK 99501-5907
 (907) 276-4557
 bundy.robert@dorsey.com
 clendaniel.allen@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of March, 2006, a true and correct copy of this document was served on:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building  U.S. Courthouse
222 W. 7th  Ave. #9, Rm 253
Anchorage, Alaska  99513-7567

Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, Alaska  99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma  73533

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

NOTICE OF INTENT TO FILE OPPOSITION TO
GOVERNMENT'S MOTION TO UNSEAL
WARRANTS

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION

Page 2 of 3                                            Case No 3:06-CR-00022-JWS-JDR-2

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By: /s/ Allen F. Clendaniel
    Robert C. Bundy, ABA #7206021
    Allen F. Clendaniel, ABA #0411084
    Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF INTENT TO FILE OPPOSITION TO GOVERNMENT'S MOTION TO UNSEAL WARRANTS

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION

Page 3 of 3                                                                 Case No 3:06-CR-00022-JWS-JDR-2
4830-4795-5456\1 3/29/2006 6:32 PM