Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:     (907) 276-4557
Facsimile:      (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a<br>"COMMANDER KANE," and<br>SECURITY AVIATION, INC.,<br><br>          Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**AFFIDAVIT OF MILTON R. CROSS IN SUPPORT OF OPPOSITION TO MOTION OF THE UNITED STATES TO CONTINUE TRIAL DUE TO COMPLEXITY CAUSED BY CLASSIFIED INFORMATION** |

STATE OF ALASKA                    )
                                                   )  ss.
THIRD JUDICIAL DISTRICT    )

Milton R. Cross, being duly sworn, states:

1.      I am Director of Operations of Security Aviation, Inc.

2.      Security Aviation employs around 100 people.

3.      The existence of the pending criminal proceedings against Security Aviation is damaging Security Aviation's business. The pending proceedings are severely limiting Security Aviation's ability to do business. Security Aviation has lost customers as a result of the pending proceeding.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

EXHIBIT A
Page  1  of  2

4.     The pendency of the proceedings has left Security Aviation's employees' continued employment in limbo.

5.     Security Aviation needs its day in court as soon as possible.  Every day of delay increasingly impairs Security Aviation's ability to vindicate itself, return to its business and repair its business reputation, and secure its employees' continued employment.

6.     Any further delay of the trial will unfairly prejudice Security Aviation and its employees.

_____
Milton R. Cross

SUBSCRIBED AND SWORN to before me this 30ᵗʰ day of March, 2006.



_____
Notary Public in and for Alaska
My Commission Expires: 2-14-09

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

AFFIDAVIT OF MILTON R. CROSS  IN
SUPPORT OF OPPOSITION TO MOTION OF
THE UNITED STATES TO CONTINUE TRIAL
DUE TO COMPLEXITY CAUSED BY
CLASSIFIED INFORMATION

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION

Page 2 of 2

Case No 3:06-CR-00022-JWS-JDR-2

4848-0910-4384\1  3/29/2006 4:29 PM

EXHIBIT A
Page 2 of 2