

ALLEN CLENDANIEL
(907) 257-7846
clendaniel.allen@dorsey.com

March 30, 2006

**VIA FACSIMILE ONLY**

Steven E. Skrocki
Assistant United States Attorney
United States Attorney's Office
222 W. 7th Avenue, #9
Anchorage, Alaska 99513-7567

Re:   *United States vs. Security Aviation and Kane*

Dear Mr. Skrocki:

This letter responds to your March 29, 2006 letter. In regards to your inquiry regarding the documents of the Mary C. Avery Trust, we are at a loss to understand how the Mary C. Avery Trust or other records relating to Mrs. Avery are relevant in any way to your investigations. We will nonetheless preserve the records as we would in any case in the ordinary course of handling issues relevant to Mrs. Avery's estate.

In a March 10, 2006 letter, we requested "[a]ll documents relating to Rob Kane's work as a employee, contractor, informant or provider of services to any government agency, including but not limited to the FBI, CIA, and NSA." This request was based on the government's broad allegations regarding Kane's background at the detention hearings which led us to believe that the government was asserting that Kane's past and the existence or nonexistence of Kane's relationship with government intelligence agencies was relevant to the charges asserted against Security Aviation. We requested the information based on this belief. Given the subsequent developments in the government's assertions regarding Kane's past, and the nature of the specific charges against Security Aviation, we do not now see how the information can be relevant to this case. Our request is only for exculpatory Brady information. We no longer seek information relating to Kane's work for any government agency, as we do not believe it can relate to Security Aviation's defense or contain exculpatory material.

Very truly yours,

Allen Clendaniel

EXHIBIT B
Page 1 of 1