Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>          Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**OPPOSITION TO THE GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANTS** |

Defendant Security Aviation, Inc. ("Security Aviation") hereby opposes the government's motion to unseal search warrants 3:06-mj-008-JDR, 3:06-mj-009-JDR, 3:06-mj-010-JDR, 3:06-mj-016-JDR, 3:06-mj-017-JDR, 3:06-mj-018-JDR, 3:06-mj-019-JDR, and 3:06-mj-021-JDR.

The affidavits supporting the above mentioned search warrants contain numerous disparaging and inaccurate statements regarding Security Aviation by anonymous witnesses that are entirely irrelevant to the indicted charges. The majority of the supporting affidavits are entirely irrelevant to the charges in this case. Security Aviation has previously identified the false statements and omissions that were material to a finding of probable cause in its Motion for a *Franks* Hearing. Unfortunately, those

portions identified by Security Aviation were but a small portion of the misleading and disparaging statements in the affidavits. If the affidavits are unsealed, potential jurors will likely draw false conclusions about Security Aviation and the charges against Security Aviation. The affidavits contain numerous statements of anonymous witnesses that could unnecessarily inflame or bias the potential jury pool. Unsealing the search warrants would therefore unnecessarily risk violation Security Aviation's due process right to a fair trial because of false and misleading pretrial publicity. *See United States v. Polizzi*, 500 F.2d 856, 879 (9th Cir. 1974) ("An accused has an unquestioned right to have jurors decide his guilt or innocence who are not biased by what has appeared in the media.").

Security Aviation has not sought to use the continued seal of the affidavits as both a sword and a shield as the government contends. In its suppression motions, Security Aviation made limited references to the portions of the affidavits that were relevant to this Court's findings of probable cause. The affidavits contain numerous additional misleading inaccuracies and omissions that are totally irrelevant to any finding of probable cause. Security Aviation did not reference these sections of the affidavit in its pleadings. Because Security Aviation's references to the sealed affidavits were limited, the government's ability to respond to Security Aviation's motions should not be hampered by the continuing seal.[1]

---

[1] To the extent that the Court finds that the warrants continuing under seal unfairly limits the government's ability to respond, Security Aviation does not oppose the government's pleadings being filed under seal, the scheduled evidentiary hearings being held under seal and the retroactive sealing of Security Aviation's suppression motions.

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

OPPOSITION TO THE GOVERNMENT'S
MOTION TO UNSEAL SEARCH WARRANTS

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION

Page 2 of 4                                    Case No 3:06-CR-00022-JWS-JDR-2

Finally, because of the presence of unreliable and inflammatory statements of anonymous third party witnesses, the affidavits should remain under to seal to protect the reputations and privacy of individuals and entities that are referenced in the affidavits. *See Times Mirror Company v. United States*, 873 F.2d 1210, 1216 (9th Cir. 1989) (holding that privacy is a factor weighing against public access to warrant materials). The affidavits refer to individuals and entities that have not been indicted and their privacy and reputations would be unfairly harmed if the search warrants are unsealed.

For these reasons, the government's motion to unseal the search warrants should be denied.

DATED this 30th day of March, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP


By: /s/ Allen F. Clendaniel
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com
Clendaniel.allen@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

OPPOSITION TO THE GOVERNMENT'S                    UNITED STATES OF AMERICA V.
MOTION TO UNSEAL SEARCH WARRANTS                  ROBERT F. KANE and SECURITY AVIATION

Page 3 of 4                                       Case No 3:06-CR-00022-JWS-JDR-2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of March, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley | Paul D. Stockler |
| Steven Skrocki | 1309 W. 16th Avenue |
| Assistant United States Attorney | Anchorage, Alaska  99501 |
| Federal Building  U.S. Courthouse | |
| 222 W. 7th  Ave. #9, Rm 253 | |
| Anchorage, Alaska  99513-7567 | |
| | |
| Kevin Fitzgerald | James L. Kee |
| Ingaldson, Maassen & Fitzgerald | Kee, Archer & Herberger, P.A. |
| 813 West 3rd Avenue | 1102 Maple Street |
| Anchorage, Alaska  99501 | Duncan, Oklahoma  73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:     /s/ Allen F. Clendaniel
          Allen F. Clendaniel, ABA #0411084,  Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

OPPOSITION TO THE GOVERNMENT'S
MOTION TO UNSEAL SEARCH WARRANTS

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION

Page 4 of 4                                                                                               Case No 3:06-CR-00022-JWS-JDR-2

4844-6241-9200\1  3/30/2006