FD-597 (Rev 8-11-94)                                                                                                  Page _____ of _____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 3/~~6~~7/06 _____                item(s) listed below were:
           Koni                                                                                                    ☐ Received From
        ~~Connie~~ ELLSWORTH                                                                    ☒ Returned To
(Name) Robert Bundy -276-4557                                                                 ☐ Released To
(Street Address) 1031 W. 4th Ave                                                              ☐ Seized
(City) Anch

Description of Item(s): _____

3230 C St.-Item 39-MCA Trust on "06" records; MCA Trust #1; MCA Accounts Payable E-2004

Exhibit 3

Received By: _Koni Ellsworth_ 3/13/06         Received From: _____ USAO
            (Signature)                                                                                   (Signature)