FD-597 (Rev 8-11-94)                                                                                    Page  1  of  1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 3/18/06

(Name) ~~Connie~~ Koni Ellsworth Robert Bundy - 276-4557

(Street Address) 1031 W 4th Ave

(City) Anch.

item(s) listed below were:
☐ Received From
☒ Returned To
☒ Released To
☐ Seized

Description of Item(s):

South Airpark Place-Item 19-LDR Engineering Services Inc. consulting agreements and resume•
South Airpark Place-Item 14-Buisness Records pertaining to FS Air•
South Airpark Place- Item 151-2004 Payroll•
South Airpark Place-*Item* 153-Paid Invoices Security Aviation 6-12 of 2004•
South Airpark Place-*Item* 158-Security Aviation Invoices•
South Airpark Place-*Item* 150-Paid Invoices of Security Aviation 1-6 of 2005•
South Airpark Place-*Item* 152-Security Aviation Paid Payables through 7/05•
South Airpark Place-*Item* 159-Flight Logs Copies 2000-end 2004•

JKB

Exhibit  4

Received By: Koni Ellsworth 3/13/06                 Received From: SA Nally J. Stuart FBI
            (Signature)                                            (Signature)