Page _____ of _____

17 (Rev 8-11-94)

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # _272D-AV-14342_

On (date) _3·24·06_

item(s) listed below were:
☐ Received From
☒ Returned To
☐ Released To
☐ Seized

Name) Karla Dodge    (REPRESENTATIVE OF ROBERT F. KANE)

Street Address) _____

City) _____

Description of Item(s): 1) ALL OF THE FOLLOWING ITEMS WERE SEIZED FROM
6212 MALLVIEW DRIVE, EAGLE RIVER, AK ON 02/02/2006 PURSUANT
TO A FEDERAL SEARCH WARRANT. THE FOLLOWING ARE RETURNED:
1) EVIDENCE ITEM 49 (1B112) - APPLE POWERBOOK COMPUTER;
2) EVIDENCE ITEM 51 (1B114) - SONY VAIO COMPUTER;
3) EVIDENCE ITEM 48 (1B111) - APPLE IBOOK COMPUTER;
4) EVIDENCE ITEM 50 (1B113) - SONY VAIO COMPUTER;
5) EVIDENCE ITEM 44 (1B107) - HP PAVILION 700 COMPUTER;
6) EVIDENCE ITEM 46 (1B109) - DELL DCTR COMPUTER;
7) EVIDENCE ITEM 53 (1B116) - FLYBOOK COMPUTER W/CABLES;
8) EVIDENCE ITEM 57 (1B120) - FLASH MEMORY CARDS (3X);
9) EVIDENCE ITEM 55 (1B118) - SONY C+55 W/7 MEMORY STICKS;
10) EVIDENCE ITEM 54 (1B117) SEAGATE 100 GB HARD DRIVE;
THE FOLLOWING ITEM WAS SEIZED FROM CHEVROLET TAHOE (AK-ESS-586)
PARKED AT THE ABOVE RESIDENCE ON 02/02/06 PURSUANT TO A FEDERAL
SEARCH WARRANT;
1) EVIDENCE ITEM 5 (1B63) - SONY LAPTOP COMPUTER. †

END.

Exhibit _5_

Received By: _Karla Dodge_
(Signature)

Received From: _____
(Signature)