-597 (Rev 8-11-94)　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 272D-AN-14342

On (date) 3/27/06

item(s) listed below were:
- ☐ Received From
- ☒ Returned To
- ☐ Released To
- ☐ Seized

(Name) MICHELE DROEGE (REPRESENTATIVE OF SECURITY AVIATION, INC./R.P.S.)
(Street Address) DORSEY & WHITNEY　　OR AVERY + ASSOCIATES.
(City) _____

Description of Item(s): THE FOLLOWING ITEMS WERE SEIZED FROM 3230 C. ST., ANCHORAGE, AK, ON 02/02-04/2006 PURSUANT TO A FEDERAL SEARCH WARRANT AND ARE RETURNED:
1) EVIDENCE ITEM 100 (1B218) - SANDISK THUMB DRIVE;
2) EVIDENCE ITEM 158 (1B276) - SONY VAIO COMPUTER;
3) EVIDENCE ITEM 93 (1B211) - D2 POCKET PC;
4) EVIDENCE ITEM 105 (1B223) - RIM BLACKBERRY;
5) EVIDENCE ITEM 207 (1B324) - DELL DIMENSION XPS COMPUTER;

THE FOLLOWING ITEM WAS SEIZED FROM 6121 SOUTH AIRPARK PLACE, ANCHORAGE, AK, ON 02/02/2006 PURSUANT TO A FEDERAL SEARCH WARRANT AND IS RETURNED:
1) ITEM # 110 (1B460) - FLYBOOK COMPUTER;

end.

Exhibit 6

Received By: _Michele Droege_ (Signature)　　Received From: _____ (Signature)