```
** TX STATUS REPORT **           AS OF  MAR 29 2006 10:44   PAGE.01

     DATE  TIME      TO/FROM         MODE   MIN/SEC  PGS   JOB#  STATUS
30   03/29 10:43     9072588751 EC--S  00'22"  001   187   OK
31   03/29 10:44     907 272 4877 EC--S 00'08"  001   187   OK
```



**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*           Commercial: (907) 271-5071
*Anchorage, Alaska 99513-7567*                Fax Number: (907) 271-1500

March 29, 2006                                     **SENT VIA FASCIMILE**

Kevin T. Fitzgerald, Esq.
813 W. 3rd Avenue
Anchorage, AK 99501-2001
Fax: (907) 258-8751

Paul Stockler, Esq.
1309 W. 16th Ave
Anchorage, AK 99501
Fax: (907) 272-4877

Re:  United States v. Robert F. Kane
     3:06-cr-022-JWS

Gentlemen,

    We have copied and provided discovery in this case consisting of 1 CD labeled "smoker97603 Email snapshots". This items are free of charge, but we require that whomever picks up this discovery provide our office with 1 blank CD as a replacement at the time this material is picked up.

    If you have any questions, please do not hesitate to call me at 271-5071.

                          Very truly yours,

                          DEBORAH M. SMITH
                        Acting United States Attorney

                        CHRISSY SHERMAN
                        Legal Assistant for
                        STEVEN E. SKROCKI
                        Assistant U.S. Attorney

Exhibit __7__

RECEIVED BY: _____ DATE _____

```
** TX STATUS REPORT **                    AS OF  MAR 28 2006 13:07   PAGE.01


     DATE  TIME       TO/FROM        MODE   MIN/SEC   PGS   JOB#   STATUS
  25 03/28 13:06      9072588751  EC--S     00'21"    001   182    OK
  26 03/28 13:07      907 272 4877 EC--S    00'10"    001   182    OK
```



U.S. Department of Justice

*United States Attorney*
*District of Alaska*

OSAO Copy

*Federal Building & U.S. Courthouse*  *Commercial: (907) 271-5071*
*222 West 7th Avenue, #9, Room 253*
*Anchorage, Alaska 99513-7567*        *Fax Number: (907) 271-1500*

March 28, 2006                                **SENT VIA FASCIMILE**

Kevin T. Fitzgerald, Esq.
813 W. 3rd Avenue
Anchorage, AK 99501-2001
Fax: (907) 258-8751

Paul Stockler, Esq.
1309 W. 16th Ave
Anchorage, AK 99501
Fax: (907) 272-4877

Re:   United States v. Robert F. Kane
      3:06-cr-022-JWS

Gentlemen,

    We have copied and provided discovery in this case consisting of 1 CD labeled L-39s PODs Photos and Bates numbered pages PODS000000001-PODS000000 These items are free of charge, but we require that whomever picks up this discovery provide our office with 1 blank CD as a replacement at the time this material is picked up.

    If you have any questions, please do not hesitate to call me at 271-5071.

Very truly yours,

DEBORAH M. SMITH
Acting United States Attorney

*Chrissy Sherman*
CHRISSY SHERMAN
Legal Assistant for
STEVEN E. SKROCKI
Assistant U.S. Attorney

RECEIVED BY: _____ DATE _____





**U.S. Department of Justice**

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-1500

March 24, 2006

**SENT VIA FASCIMILE**

Kevin T. Fitzgerald, Esq.
813 W. 3rd Avenue
Anchorage, AK 99501-2001
Fax: (907) 258-8751

Paul Stockler, Esq.
1309 W. 16th Ave
Anchorage, AK 99501
Fax: (907) 272-4877

Re:  United States v. Robert F. Kane
     3:06-cr-022-JWS

Gentlemen

We have copied and provided discovery in this case consisting of 1 CD labeled: Magnaview. These items are free of charge, but we require that whomever picks up this discovery provide our office with 1 blank CD as a replacement at the time this material is picked up.

If you have any questions, please do not hesitate to call me at 271-5071.

Very truly yours,

DEBORAH M. SMITH
Acting United States Attorney

CHRISSY SHERMAN
Legal Assistant for
STEVEN E. SKROCKI
Assistant U.S. Attorney

RECEIVED BY: _____  DATE 3/24/06

DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | RECEIPT FOR COPIES OF |
| | ) | DISCOVERY |
| vs. | ) | |
| | ) | |
| ROBERT F. KANE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Paul Stockler, on behalf of defendant in the above-captioned action, do hereby acknowledge receipt of the following materials disclosed pursuant to Rule 16, Fed. R. Crim. P., hand-delivered to me on March 23, 2006 consisting of CDs labeled:

FAA CD 001-020.

***ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE***
RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND
****IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA****

Date: 3/24/06

PAUL STOCKLER
Attorney for Defendant

OSAO copy



**U.S. Department of Justice**

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-1500

March 28, 2006

SENT VIA FASCIMILE

Kevin T. Fitzgerald, Esq.
813 W. 3rd Avenue
Anchorage, AK 99501-2001
Fax: (907) 258-8751

Paul Stockler, Esq.
1309 W. 16th Ave
Anchorage, AK 99501
Fax: (907) 272-4877

Re:   United States v. Robert F. Kane
      3:06-cr-022-JWS

Gentlemen,

We have copied and provided discovery in this case consisting of 1 CD labeled L-39s PODs Photos and Bates numbered pages PODS000000001-PODS000000  These items are free of charge, but we require that whomever picks up this discovery provide our office with 1 blank CD as a replacement at the time this material is picked up.

If you have any questions, please do not hesitate to call me at 271-5071.

Very truly yours,

DEBORAH M. SMITH
Acting United States Attorney

*Chrissy Sherman*

CHRISSY SHERMAN
Legal Assistant for
STEVEN E. SKROCKI
Assistant U.S. Attorney

RECEIVED BY: _____   DATE 3-30-06


**U.S. Department of Justice**

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-1500

March 29, 2006

**SENT VIA FASCIMILE**

Kevin T. Fitzgerald, Esq.
813 W. 3rd Avenue
Anchorage, AK 99501-2001
Fax: (907) 258-8751

Paul Stockler, Esq.
1309 W. 16th Ave
Anchorage, AK 99501
Fax: (907) 272-4877

Re:  United States v. Robert F. Kane
     3:06-cr-022-JWS

Gentlemen,

We have copied and provided discovery in this case consisting of 1 CD labeled "smoker97603 Email snapshots". This items are free of charge, but we require that whomever picks up this discovery provide our office with 1 blank CD as a replacement at the time this material is picked up.

If you have any questions, please do not hesitate to call me at 271-5071.

Very truly yours,

DEBORAH M. SMITH
Acting United States Attorney

*Chrissy Sherman*

CHRISSY SHERMAN
Legal Assistant for
STEVEN E. SKROCKI
Assistant U.S. Attorney

RECEIVED BY: _____   DATE  3-30-06





**U.S. Department of Justice**



*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*   *Commercial: (907) 271-5071*
*Anchorage, Alaska 99513-7567*   *Fax Number: (907) 271-1500*

March 30, 2006

**SENT VIA FACSIMILE**

Kevin T. Fitzgerald, Esq.
813 W. 3rd Avenue
Anchorage, AK 99501-2001
Fax: (907) 258-8751

Paul Stockler, Esq.
1309 W. 16th Ave
Anchorage, AK 99501
Fax: (907) 272-4877

Re:   United States v. Robert F. Kane
      3:06-cr-022-JWS

Gentlemen,

We have copied discovery in this case consisting of 2 folders of documents one labeled "Allen H. Smith - Docs provided in 02/21/06 Interview" and the other labeled "James Mendenhall - Docs provided at 3/14/06 Interview". These items are free of charge and available for pickup at the front desk..

If you have any questions, please do not hesitate to call me at 271-5071.

Very truly yours,

DEBORAH M. SMITH
Acting United States Attorney

*Chrissy Sherman*

CHRISSY SHERMAN
Legal Assistant for
STEVEN E. SKROCKI
Assistant U.S. Attorney

RECEIVED BY: _____   DATE 3-30-06