

U.S. Department of Justice

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253   Commercial: (907) 271-5071
Anchorage, Alaska 99513-7567   Fax Number: (907) 271-1500

March 29, 2006

**HAND DELIVERED**

Robert C. Bundy
Allen Glendaniel
Dorsey & Whitney, LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501

Re:  United States v. Security Aviation
     3:06-cr-022-JWS

Dear Mr. Bundy,

We have copied and provided discovery in this case consisting of 1 CD labeled "smoker97603 Email snapshots". This items are free of charge, but we require that whomever picks up this discovery provide our office with 1 blank CD as a replacement at the time this material is picked up.

If you have any questions, please do not hesitate to call me at 271-5071.

Very truly yours,

DEBORAH M. SMITH
Acting United States Attorney

*Chrissy Sherman*

CHRISSY SHERMAN
Legal Assistant for
STEVEN E. SKROCKI
Assistant U.S. Attorney

Exhibit  8

RECEIVED BY: _____  DATE  3/29/06

**U.S. Department of Justice**

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-1500

March 28, 2006

**HAND DELIVERED**

Robert C. Bundy
Allen Glendaniel
Dorsey & Whitney, LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501

Re: United States v. Security Aviation
3:06-cr-022-JWS

Dear Mr. Bundy,

We have copied and provided discovery in this case consisting of 1 CD labeled L-39s PODs Photos and Bates numbered pages PODS000000001-PODS000000177. These items are free of charge, but we require that whomever picks up this discovery provide our office with 1 blank CD as a replacement at your earliest convinence

If you have any questions, please do not hesitate to call me at 271-5071.

Very truly yours,

DEBORAH M. SMITH
Acting United States Attorney

CHRISSY SHERMAN
Legal Assistant for
STEVEN E. SKROCKI
Assistant U.S. Attorney

RECEIVED BY: _____  DATE 3/28/06

DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN REGARDS TO RECORDS OBTAINED IN SEARCH WARRANT 3:06-MJ-010 & 3:06-MJ-018 AS REQUESTED AS OF MARCH 23, 2006 | RECEIPT FOR COPIES OF DISCOVERY |

I, Koni Ellsworth, on behalf of Avery & Associates, do hereby acknowledge receipt of the following materials hand delivered to me on March 27, 2006.

Copies of Wells Fargo Check Log for Mary C. Avery

***ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE***
**RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND**
****IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA****

Date: 3/27/06

KONI ELLSWORTH



U.S. Department of Justice

United States Attorney
District of Alaska

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*    *Commercial: (907) 271-5071*
*Anchorage, Alaska 99513-7567*    *Fax Number: (907) 271-1500*

March 24, 2006

**HAND DELIVERED**

Robert C. Bundy
Allen Glendaniel
Dorsey & Whitney, LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501

Re:   United States v. Security Aviation
      3:06-cr-022-JWS

Dear Mr. Bundy,

We have copied and provided discovery in this case consisting Item 21, documents seized from Search at South Airpark Place. These items will be hand-delivered.

If you have any questions, please do not hesitate to call me at 271-5071.

Very truly yours,

DEBORAH M. SMITH
Acting United States Attorney

*Chrissy Sherman*
CHRISSY SHERMAN
Legal Assistant for
STEVEN E. SKROCKI
Assistant U.S. Attorney

RECEIVED BY: _____ DATE 3/24/06



U.S. Department of Justice

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-1500

March 24, 2006

**HAND DELIVERED**

Robert C. Bundy
Allen Glendaniel
Dorsey & Whitney, LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501

Re: United States v. Security Aviation
    3:06-cr-022-JWS

Dear Mr. Bundy,

We have copied and provided discovery in this case consisting of 1 CD labeled: Magnaview. These items are free of charge, but we request that you provide our office with 1 blank CD as a replacement at your earliest convenience.

If you have any questions, please do not hesitate to call me at 271-5071.

Very truly yours,

DEBORAH M. SMITH
Acting United States Attorney

*Chrissy Sherman*

CHRISSY SHERMAN
Legal Assistant for
STEVEN E. SKROCKI
Assistant U.S. Attorney

RECEIVED BY: _____   DATE 3/24/06



**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

*Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*   *Commercial: (907) 271-5071*
*Anchorage, Alaska 99513-7567*        *Fax Number: (907) 271-1500*

March 23, 2006

HAND DELIVERED

Robert C. Bundy
Allen Glendaniel
Dorsey & Whitney, LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501

Re:    United States v. Security Aviation
       3:06-cr-022-JWS

Dear Mr. Bundy,

   We have copied and provided discovery in this case consisting of CDs labeled: FAA CD 001-020. These items are free of charge, but we require that you provide our office with 20 blank CDs as a replacement. Please provide these CDs to our office at your earliest convenience. When you deliver the CDs, please have them sent to my attention.

   If you have any questions, please do not hesitate to call me at 271-5071.

                                        Very truly yours,

                                        DEBORAH M. SMITH
                                        Acting United States Attorney

                                        *[signature: Chrissy Sherman]*
                                        CHRISSY SHERMAN
                                        Legal Assistant for
                                        STEVEN E. SKROCKI
                                        Assistant U.S. Attorney

RECEIVED BY: *[signature]*                DATE 3/23/06

DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN REGARDS TO RECORDS OBTAINED IN SEARCH WARRANT 3:06-MJ-010 & 3:06-MJ-018 AS REQUESTED AS OF MARCH 3, 2006 | RECEIPT FOR COPIES OF DISCOVERY |

I, <u>Koni Ellsworth,</u> on behalf of Avery & Associates, do hereby acknowledge

receipt of the following materials made available to me on March 17, 2006.

Copies of 2 Boxes-Wells Fargo Check Log for Mary C. Avery

***ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE***
**RECIPIENT HAS VERIFIED THE ITEMS RECEIVED
OR WILL DO SO WITHIN 48 HOURS AND**
****IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA****

Date: 3/23/06

KONI ELLSWORTH

DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN REGARDS TO RECORDS ) <br> OBTAINED IN SEARCH WARRANT ) <br> 3:06-MJ-010 & 3:06-MJ-018 AS ) <br> REQUESTED AS OF MARCH 3, 2006 ) | RECEIPT FOR COPIES OF <br> DISCOVERY |

I, <u>Koni Ellsworth,</u> on behalf of Avery & Associates, do hereby acknowledge

receipt of the following materials made available to me on March 14, 2006.

Copies of Black Binder labeled MCA Trust # 1 UBS Bank Stmts "06"
Copies of Black Binder labeled MCA Trust #1 - Qtrly & Payroll Reports FY "04" to ___
Copies of Black Binder labeled MCA Trust #1 Collins & Co. Stmts 1/04 to 12/04
Copies of Green Folder - 2004 Accounting LACO
Copies of Green Folder - MCA Tax & Payroll Info

***ACKNOWLEDGMENT BELOW CONSTITUTES CERTIFICATION THAT THE***
**RECIPIENT HAS VERIFIED THE ITEMS RECEIVED**
**OR WILL DO SO WITHIN 48 HOURS AND**
****IMMEDIATELY NOTIFY PLAINTIFF'S COUNSEL OF ANY ERRATA****

Date: 3/15/06

/KONI ELLSWORTH



U.S. Department of Justice

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567

Commercial: (907) 271-5071
Fax Number: (907) 271-1500

March 30, 2006

**HAND DELIVERED**

Robert C. Bundy
Allen Glendaniel
Dorsey & Whitney, LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501

Re:   United States v. Security Aviation
      3:06-cr-022-JWS

Dear Mr. Bundy,

    We have copied discovery in this case consisting of 2400 copies of times requested by your office in the attached page. The cost for copying these items is $600.00 (2400pages x $0.25/page). Please provide this amount to our office as soon as possible.

    If you have any questions, please do not hesitate to call me at 271-5071.

Very truly yours,

DEBORAH M. SMITH
Acting United States Attorney

*Chrissy Sherman*

CHRISSY SHERMAN
Legal Assistant for
STEVEN E. SKROCKI
Assistant U.S. Attorney

RECEIVED BY: _____  DATE 3/30/06

| Location | Item # | Copy All or Part |
|---|---|---|
| C St | 222 | All |
| C St | 221 | All |
| C St | 229 | All |
| C St | 230 | All |
| C St | 216 | All |
| C St | 213 | All |
| C St | 212 | All |
| C St | 206 | All |
| C St | 205 | All |
| C St | 204 | All |
| C St | 202 | All |
| C St | 198 | All |
| C St | 188 | All |
| C St | 187 | All |
| C St | 182 | Part |
| C St | 174 | Part |
| C St | 173 | All |
| C St | 162 | Part |
| C St | 160 | All |
| C St | 154 | Part |
| C St | 127 | All |
| C St | 125 | All |
| C St | 121 | All |
| C St | 116 | All |
| C St | 113 | All |
| C St | 112 | Part |
| C St | 110 | All |
| C St | 104 | All |
| C St | 103 | All |
| C St | 102 | Part |
| C St | 99 | Part |
| C St | 98 | All |
| Cope (Palmer Hanger) | 13 | Part |
| Cope (Palmer Hanger) | 16 | All |
| Cope (Palmer Hanger) | 22 | Part |
| Cope (Palmer Hanger) | 24 | Part |
| Cope (Palmer Hanger) | 25 | All |
| Cope (Palmer Hanger) | 26 | Part |
| Cope (Palmer Hanger) | 27 | Part |
| Cope (Palmer Hanger) | 38 | All |
| Cope (Palmer Hanger) | 7 | All |
| Cope (Palmer Hanger) | 6 | All |
| Cope (Palmer Hanger) | 2 | All |

2400 copies



**U.S. Department of Justice**

United States Attorney
District of Alaska

Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253  Commercial: (907) 271-5071
Anchorage, Alaska 99513-7567  Fax Number: (907) 271-1500

March 30, 2006

**HAND DELIVERED**

Robert C. Bundy
Allen Glendaniel
Dorsey & Whitney, LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501

Re:  United States v. Security Aviation
     3:06-cr-022-JWS

Dear Mr. Bundy,

We have copied discovery in this case consisting of 2 folders of documents one labeled "Allen H. Smith - Docs provided in 02/21/06 Interview" and the other labeled "James Mendenhall - Docs provided at 3/14/06 Interview". These items are free of charge and available for pickup at the front desk..

If you have any questions, please do not hesitate to call me at 271-5071.

Very truly yours,

DEBORAH M. SMITH
Acting United States Attorney

*(signed)* CHRISSY SHERMAN
Legal Assistant for
STEVEN E. SKROCKI
Assistant U.S. Attorney

RECEIVED BY: _____  DATE 3/30/06