

D. John McKay, Esq.
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska 99501
Phone: (907) 274-3154
Fax:    (907) 272-5646
Alaska Bar No. 7811117
Attorney for Anchorage Daily News
  and for KTUU-TV, Channel 2 News

RECEIVED
AFTER 4:30 P.M.

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:06-cr-00022-JWS-JDR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT F. KANE, a/k/a | ) | **ENTRY OF APPEARANCE** |
| "COMMANDER KANE," and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The undersigned, D. John McKay, of the Law Office of D. John McKay, hereby enters his appearance on behalf of interested party Anchorage Daily News, and requests that all further pleadings and correspondence concerning issues of public access to proceedings or records in this matter be directed to him at the address noted above.

//

//

//

LAW OFFICES OF D. JOHN MCKAY

Dated:  March 30, 2006
      Anchorage, Alaska

      /s/ D. John McKay
      D. John McKay,  ABA No. 7811117
      Law Offices of D. John McKay
      117 E. Cook Ave.
      Anchorage, AK  99501
      (907) 274-3154


      Attorney for Defendant Anchorage Daily
      News, Inc.

*U.S. v. Boehm*, Case No. A04-003 CR (JWS)

Certificate of Service

The undersigned certifies that on the 31st of March, 2006,
a true and correct copy of this document was served on


James N. Barkeley                                    Paul Stockler
Steven Skrocki                                       1309 W. 16th Avenue
Assistant United States Attorney                     Anchorage, Alaska  99501
Federal Building, U.S. Courthouse
222 W. 7th Ave., #9, Rm 253
Anchorage, Alaska  99513-7567                        Kevin Fitzgerald
                                                     Ingaldson, Maassen & Fitzgerald
Robert C. Bundy                                      813 W. 3rd Ave.
Allen F. Clendaniel                                  Anchorage, Alaska 99501
Dorsey & Whitney, LLP
1031 W. Fourth Ave.
Anchorage, Alaska 99501-5907

James L. Kee
Kee, Archer, & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma  73533


by electronic means through the ECF system as indicated on the
Notice of Electronic Filing, or if not confirmed by ECF, by first
class regular mail.

By: /s/ D. John McKay
D. John McKay, ABA #7811117

*U.S. v. Boehm*, Case No. A04-003 CR (JWS)