## AFFIDAVIT OF SA MATTHEW CAMPE IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR FRANKS HEARING

1.   I Matthew Campe, being duly sworn, do hereby depose and state the following:

### INTRODUCTION AND PURPOSE OF AFFIDAVIT

2.   I am employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), Anchorage Field Office. I have been employed as an FBI SA for the last 10 years, and have investigated a variety of criminal violations including mail fraud, wire fraud, bank fraud, money laundering, public corruption, weapons violations, kidnaping and other violations of federal law. I have received specialized training in conducting major financial fraud investigations, money laundering, and public corruption matters. Prior to joining the FBI, I was employed as a SA of the U.S. Army Criminal Investigation Command specializing in criminal investigation of major government procurement fraud and corruption of procurement officials. I hold a Juris Doctorate degree from Indiana University and a Bachelor of Arts degree in Criminology from the Ohio State University.

3.   As of February 1, 2006, the only public record which I had knowledge of regarding the transfer of ownership of Security Aviation, Inc., to Mark J. Avery was a December 5, 2005 filing by Mark J. Avery with the State of Alaska Corporations Section entitled, "Notice of Change of Officers, Directors, or Shareholders." This filing was purportedly signed on December 1, 2005 by Mark J. Avery as "Director/Chairman". Your affiant notes that this form does not state the date of transfer as July 9, 2005. It is further noted that Mark J. Avery signed the form as the "Authorized Person" although the form states clearly that it must be signed by the president or vice-president of the corporation, in this case Steven J. Kapper.

4.   As of February 1, 2006, I was not aware of any Internal Revenue Service

1

EXHIBIT 1
page 1 of 2

Audit regarding the May and Stanley Smith Charitable Trust.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

**MATTHEW CAMPE**
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO before me this 27th day of April 2006,
Anchorage, Alaska.

Notary Public in and for Alaska
My Commission Expires: 10/26/2007

2

EXHIBIT 1
page 2 of 2