| WELLS FARGO BANK, N.A. | **CREDIT APPROVAL PRESENTATION** |
|---|---|
| Commercial Banking Group - AK | Confidential: Internal Use Only |

Date Prepared: 10-04-2005  Last Annual Review: 09-23-2005  Next Annual Review: 10-04-2006
CORE score

| | | | | | | |
|---|---|---|---|---|---|---|
| A | Borrower Name | Borrower Since | NEW | Oldest Account | 2005 | |
| | Security Aviation, Inc. | Year Established | 2005 | PD 71 | ACM | |
| | Borrower Location | Customer Revenue | No Data | | | |
| | Anchorage, AK 995021086 | NAIC Code/Description | 481219 | Other Nonscheduled Air Transportation | | |
| | Ownership: | | | | | |
| | Avery, Mark | 100 % | FICO: 662 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| B | Borrower Name | Borrower Since | NEW | Oldest Account | 1996 | |
| | Mark J Avery | Year Established | No Data | PD 0 | ACM | |
| | Borrower Location | Customer Revenue | $10,358 | | | |
| | Anchorage, AK 99503-3918 | NAIC Code/Description | 814110 | Private Households | | |
| | Ownership: | | | | | |
| | NA | | | | | |

## EXPOSURE RECAP
(000's omitted)

| | | Current | Proposed | Original Amount | Requested/ Existing | Current Outstanding |
|---|---|---|---|---|---|---|
| A.001 | New Rev Line | | | $0 | $500 | $0 |
| A.002 | Existing NonRev Line | | | $500 | $0 | $0 |
| B.001 | Existing BD-Business Platinum Card | | | $8 | $8 | $1 |
| | Total Direct Exposure, Bank | | | $508 | $508 | $1 |
| | Total Direct Exposure, Wells Fargo & Co. | | | $508 | $508 | $1 |
| | Total Operating Exposure | | | $0 | $0 | $0 |

**PURPOSE OF CAP**
New $500M revolving line to payoff temporary $500M non-revolving line.

Borrower has had significant growth since last FYE. Growth is attributed primarily to a large $30MM DOD contract. The new owner is Mark Avery. Mark is well known to the bank and the industry.

**Credit Policy Exceptions and Mitigants:**

| Cited by | | Description | PE Comment |
|---|---|---|---|
| Relationship, Manager | A.001 | Waiver of Other Financial Statements policy RGBK 215 | Waiving tax return on guarantor at the present time. PFS required and guarnatee reqiured. Due to financial strength of borrower as well as strong BS of guarnator will waive TR. Should relationship grow this issue will need to be revisited. |

JobID 366455305
Stage Approved, Credit Fulfillment
Date Printed Oct 24 2005 11:59AM
Page1 of 8

Credit Approval Presentation


DTP17215

EXHIBIT 3
page 1 of 4

**WELLS FARGO BANK, N.A.**  **CREDIT APPROVAL PRESENTATION**
Commercial Banking Group - AK  Confidential: Internal Use Only

## APPROVALS:

| | |
|---|---|
| Sam Arana<br>Lending Manager - BBRC (Ph:208-393-4187)<br>AU: 030007   Area:Boise BBRC | A.001 10-24-2005   Recommend Decline |
| Joseph Kocienda by Beverley Jean Halterman<br>Business Banker (Ph:907-265-2013)<br>AU: 005595   Area:Anchorage, AK Commercial | A.001 10-24-2005   Reverse Recommendation |
| James Brenner<br>Lending Manager (Ph:907-265-2999)<br>AU: 059250   Area:Alaska SRCO | A.001 10-24-2005   Approved with comments |

## APPROVERS Comments/Conditions:

| | | |
|---|---|---|
| James Brenner | A.001 | - RM's comments in the reason for denial area indicate a DSC of .87 which is a typo. RM reports actual DSC of 5.29 based on projected debt service which includes the subject loan. |
| Joseph Kocienda | A.001 | Client has compromised with providing a current Personal Financial Statement and Personal Guarantee. Principle liquid net worth is over $5mm and personal income earned outside of the company is $600m per year. |
| | | Security Aviation performs consistently over the past three years with a DSC of 5.29 and has no debt outside of this unsecured request, which is being provided as a relationship building gesture. Security has acquired over $15mm in Aircraft (assets) over the past 90 days under new ownership and has aquired over $150mm in new government contracts for Medvac and Training. Security Aviation has no additional debt and good DSC with a willingness to further leverage their aircraft within credit policy for tax purposes early next year. |

## Denial Override Explanation:

| COML-Unable to make a credit decision because of incomplete application or missing financial information. | |
|---|---|
| Joseph Kocienda | ECOA Comments |

Client has compromised with providing a current Personal Financial Statement and Personal Guarantee. Principle liquid net worth is over $5mm and personal income earned outside of the company is $600m per year.

Security Aviation performs consistently over the past thre years with a DSC of .87 and has no debt outside of this unsecured request, which is being provided as a relationship building gesture. Security has aquired over $15mm in Aircraft (assets) over the past 90 days under new ownership and has aquired over $150mm in new government contracts for Medvac and Training. Security Aviation has no additional debt and good DSC with a willingness to furhter leverage their aircraft within credit policy for tax pruposes early next year.

JobID  366455305
Stage  Approved, Credit Fulfillment
Date Printed  Oct 24 2005 11:59AM
Page2 of 8

EXHIBIT 3
page 2 of 4

**WELLS FARGO BANK, N.A.**
Commercial Banking Group - AK

**CREDIT APPROVAL PRESENTATION**
Confidential: Internal Use Only

**OPERATING CREDIT FACILITIES**...None

## Business/Industry Analysis
**A.Security Aviation, Inc.**
Securit Aviation is a premier Air charter business which serves various private and public industry sectors including but not limited to Medical Evac, Dept of Defense, Energy sector, and Dept o Energy. Security Aviation is a long time Alaska Business which has operated without debt for over 15 years. The business was recently aquired by local businessman Mark Avery who has pumped millions of dollars into the company to expand the fleet of aricraft from 5 to 22 (including 2 Gulfstream III and 2 Sikorsky muilitary Helicopters). Security Aviation is poised to secure a large portion of domestic and International Medical Evacuation Services as well as provide a major medical training center specializing in remote medvac services that will attract world wide attention. In addition, Security Aviation provides private air charter services to companies like BP, Conoco Phillips, VECO, Alaska Native Corporations, and government agencies to the remote project sites across Alaska as well as the lower 48 states of the United States.

Security Aviation's bookings are 100% full throughout the year including the newly quired aircraft and currently holds medevac contracts with Alaska Regional Hospital and the Yukon Kuskokwim Health Corp.

## Management Analysis
**A.Security Aviation, Inc.**
Stephen "Joe" Kapper - President of Security Aviation has been at the helm of Security Aviation for over three years. Joe has maintained the Security Aviation formula providing quality, personalized service and has managed to grow the business into Medical Exvac services. The company has not incurred any significant debt over the years under Joe's management and has doubled revenue from $2mm to $4mm under his management. The business provided a healthy $1.4mm in net revenue over the three years Joe has managed the company.

Mark Avery is the current owner under the recent Aquistion of Security Aviation in July 2005. Mark is an established businessman and attorney who sepcializes in security transport and medical services for doemstic and international clients. Mark has every intention of leaving the Security Aviation management team in place and providing the right mix of capital to support the succesful formula Joe Kapper has procided over the years.

## Key Risk Factors and Mitigants
Risk Factors:
1. Credit is unsecured.
2. Significant CAP EX requirements with no known source of funding.
3. Significant planned expansion without increased liquidity.
4. Increasing fuel costs.

## Historical Financial Analysis
**WFB Relationship:**

The borrower does not have a depository relationship with WFB. The credit relationship has been limited to a B-card and the NRLOC with total commitments of $508M. The B-Card has been 3X30 with the line being paid as agreed.

The D&B public record search reflects the borrower in good standing in the State of Alaska.

The principal has been a customer of WFB since 1996 with average balances of $314M.

**Borrower Analysis:**

Revenues have been stable for the past two-years at $4.2MM for FYE 2003 and $4.3mm FOR FYE 2004. The interim F/S dated 9/7/2005 reflects revenue growth of 45% on an annualized basis. The borrower has been profitable for the last two-years, but with a declining margin due partially to increasing fuel costs, which were $737M for FYE 2004.

JobID 366455305
Stage Approved, Credit Fulfillment
Date Printed  Oct 24 2005 11:59AM
Page6 of 8

EXHIBIT 3
page 3 of 4

**WELLS FARGO BANK, N.A.**  
Commercial Banking Group - AK

**CREDIT APPROVAL PRESENTATION**  
Confidential: Internal Use Only

---

The balance sheet reflects significant growth in fixed assets with no corresponding debt. The borrower's equity grew from $1.2MM as of FYE 2004 to $16.8MM as of 9/7/2005 as a result of the $15.1MM increase in fixed assets. The source of funds for the acquisition of the assets is the new owner Mr. Avery; it is unknown how these assets were financed. The borrower's leverage as expected with the increase in assets is low at .05 as of FYE 2004 and .02 as of the interim. The adjusted leverage for the proposed debt is .47:1.

The activity ratios reflect the reflect acceptable A/R turns of 33 days as of FYE 2004 and 8 days for payables. Liquidity appears adequate at the previous operating level with W/C of $645M with a current ratio of 14.44X as of FYE 2004.

### Operating Risk
No User Narrative

### Covenant(s)/Loan Agreement(s)
No User Narrative

**COVENANTS**

| Existing | | | New | | | |
|---|---|---|---|---|---|---|
| Covenant # and Type | Freq/Allow Days | Benchmark | Covenant# and Type | Freq/Allow Days | Benchmark | Chg |

### Related/Other CAPs
No User Narrative

**DEPOSIT RECAP**  
(000's omitted)

| Customer | DDA | Savings | TD | AUM | Total |
|---|---|---|---|---|---|
| **Source: CDID** | | | | | |
| B | 314 | 0 | 0 | 0 | 314 |
| Total | 314 | 0 | 0 | 0 | 314 |
| **Source: USER** | | | | | |

**CROSS-SELL INFORMATION**

| Household Customer | | Cross Sell Total |
|---|---|---|
| B | Avery, Mark | 7 |

### Notes
**Recommendation:**

The BBRC recommends a decline due to the lack of financial information for guarantor.

*10/24/05*  
*Banker requested job be returned to request to add guarantor required by loan approver.*

JobID 366455305  
Stage  Approved, Credit Fulfillment  
Date Printed  Oct 24 2005 11:59AM  
Page7 of 8

EXHIBIT 3  
page 4 of 4