Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>        Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**MOTION TO CONTINUE EVIDENTIARY HEARING** |

Security Aviation, by and through undersigned counsel moves to continue the evidentiary hearing in the above matter, currently set for April 18, 2006 for one week, or until April 24 or April 25, 2006.  The evidentiary hearing on Security Aviation's Motion to Suppress the Fruit of the Unconstitutional January 21, 2006 Search of Security Aviation's Palmer Hangar and Request for Evidentiary Hearing is currently set for Monday, April 18, 2006, at 9:30 a.m.

Trial is currently set for May 3, 2006, but by Order from Chambers, dated March 24, 2006 (Clerk's docket Document 69), United States District Court Judge Sedwick indicated that he will "continue the trial to a later date, albeit one within the Speedy Trial Act, window . . . in order to account for other matters on the court's docket and the

complexities arising in this case itself." While Security Aviation has been advised the government intends to withdraw its motion to continue, as noted, the court explained it has other reasons to delay the trial beyond May 3, 2006.

Moreover, and even more importantly, Security Aviation notes that although this court previously ordered the government to produce Brady material "as soon as practicable," the government has failed to fully comply with its obligations under Brady v. Maryland its progeny. For example, the government has failed to produce impeachment information relating to witnesses to be called at the evidentiary hearing (John Behrens, Robert Anthony, Mark Sheets) including statements inconsistent with known facts or with other witnesses' statements, or concerning express or implied promises of favorable treatment by the government in any criminal, civil or administrative proceeding. This information goes directly to the witness credibility and must be produced by the government. See, Brady, 373 U.S. 83; U.S. vs. Bagley, 473 U.S. 667 (1985); Giglio v. U.S., 405 U.S. 150 (1972); Strickler v. Green, 527 U.S. 263, 283, n. 21 (1999); Kyles v. Whitley, 514 U.S. 419, 441-49 (1995).

For reasons contained in the attached Affidavit of Counsel, counsel has other significant and long-standing commitments to the United States Attorney's Office in the matter of other Federal Grand Jury investigations on April 18, 2006. These commitments include the travel of witnesses from Singapore to the United States for interviews with government investigators and potential Grand Jury testimony. These interviews are set to take place on April 18, 2006, and possibly April 19 and 20, 2006. The evidentiary hearing sought to be continued was set while counsel was out of the country on urgent client business from March 22, 2006 through April 9, 2006.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DATED this 10th day of April, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:    /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com
clendaniel.allen@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

MOTION TO CONTINUE EVIDENTIARY HEARING
Page 3 of 4

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of April, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.


 By:     /s/ Robert C. Bundy
        Robert C. Bundy, ABA #7206021
        Allen F. Clendaniel, ABA #0411084
        Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

MOTION TO CONTINUE EVIDENTIARY HEARING
Page 4 of 4

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

4845-9847-2448\1 4/10/2006