Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>   Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**[PROPOSED]**<br>**ORDER CONTINUING**<br>**EVIDENTIARY HEARING** |

  Upon motion of Security Aviation for a continuance of the evidentiary hearing on its Motion to Suppress the Fruit of the Unconstitutional January 21, 2006 Search of Security Aviation's Palmer Hangar presently set for April 18, 2006, at 9:30 a.m., and the Court having considered that motion and any objection thereto,

  IT IS HEREBY ORDERED that the evidentiary hearing on will take place on

_____, 2006, at _____ a.m./p.m.

  DATED this _____ day of _____, 2006, at Anchorage, Alaska.

                                   
                                  The Honorable John D. Roberts
                                  Magistrate Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of April, 2006, a true and correct copy of this document was served on:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building  U.S. Courthouse
222 W. 7th  Ave. #9, Rm 253
Anchorage, Alaska  99513-7567

Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, Alaska  99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma  73533

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:    /s/ Robert C. Bundy
       Robert C. Bundy, ABA #7206021
       Allen F. Clendaniel, ABA #0411084
       Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER CONTINUING EVIDENTIARY HEARING
Page 2 of 2

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

4840-6166-7072\1 4/10/2006