Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>            Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**AFFIDAVIT OF ROBERT C. BUNDY IN SUPPORT OF MOTION TO CONTINUE EVIDENTIARY HEARING** |

STATE OF ALASKA            )
                           ) §§
THIRD JUDICIAL DISTRICT    )

Robert C. Bundy, being first duly sworn, states on oath:

1.      I am counsel for Security Aviation in the above-entitled matter.

2.      I traveled to Singapore for consultation with clients from March 22, 2006 through April 9, 2006.

3.      Employees of that client are traveling from Singapore to the United States to voluntarily participate in witness interviews with representatives of the United States

Attorney's Office, involving the Department of Justice and the United States Coast Guard on April 18, possibly lasting through April 19 and 20, 2006.

4. These interviews have been scheduled for a substantial period of time and involve substantial time and expense for the clients to travel this distance. It is necessary that these interviews go forward in order that the United States can present, if necessary, persons before the Grand Jury whose meeting commences on April 17, 2006.

5. It is my understanding that the government has failed to produce potential Brady material relating to the witnesses to be called at the evidentiary hearing, most importantly evidence of bias, inconsistent statements or government favor to John Behrens, Robert Anthony or Mark Sheets. See Exhibit A, letter of April 7, 2006, from Michael Grisham to James Barkeley.

6. Undersigned counsel has contacted Assistant United States Attorneys Skrocki and Barkley who advised by voice mail message that the government will oppose the Motion to Continue Evidentiary Hearing. I subsequently advised them on the telephone that Security Aviation would be seeking expedited consideration of its Motion to Continue.

_____
Robert C. Bundy, ABA #7206021

SUBSCRIBED AND SWORN to before me this 10 day of April, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 1/20/08

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of April, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building U.S. Courthouse<br>222 W. 7th Ave. #9, Rm 253<br>Anchorage, Alaska 99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska 99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska 99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma 73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:   /s/ Robert C. Bundy
      Robert C. Bundy, ABA #7206021
      Allen F. Clendaniel, ABA #0411084
      Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF ROBERT C. BUNDY

Page 3 of 3
4852-5278-3872\1 4/10/2006

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2