
DORSEY & WHITNEY LLP

MICHAEL A. GRISHAM
(907) 257-7829
grisham.michael@dorsey.com

April 7, 2006

**COPY**

James Barkeley
Assistant U.S. Attorney
Office of the U.S. Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513

Re:   U.S. v. Kane, et al.
      Discovery

Dear Jim:

This letter is to follow up on some discovery issues. First, we recognize and appreciate that progress has been made with respect to getting us the discovery that we need. Nonetheless, there remains some material that we have not been provided.

First, while some Brady material has been produced, we still lack much of what we requested. We renew our request for all material in the government's possession or control favorable to Security Aviation and material to its guilt, innocence, or punishment. Again, this includes: (1) all impeachment information relating to the witnesses to be called by the government (including statements, memorialized or not, that are in any way inconsistent with each other or with the witness's expected testimony; records of conviction, arrests, and police contacts; and prior false statements by the witness in this or another investigation); (2) any information concerning motive, bias, or interest of a potential witness (e.g. express or implied promises of favorable treatment by the government in any potential or actual administrative, civil, or criminal proceeding, or the witness's fear of adverse consequences in any potential or actual financial, administrative, civil, or criminal proceeding. Among the witnesses regarding whom we need this information are: John Behrens, Robert Anthony, Mark Sheets, Allen Smith, Joseph Lamonica, anyone from USA Air (including John Kirlin and Michael Vales), and James Mendenhall.

We also have not received any specific information regarding or description of any offers or grants of immunity (formal or informal), any assurances of non-target status, or any statement of lack of intent to prosecute. This material is subject to production under Brady, as outlined above, and also under Giglio or Kyles v Whiteside. The lack of such information actively interferes with our ability to prepare a defense, and we again request its immediate production.

We appreciate that you have provided one new expert report, along with some background material and photographs. However, we still lack background materials for the report of Mr. Griffith, which was produced on March 30, 2006, and we lack any information at all concerning your proposed expert from Wright & Patterson AFB.


Exhibit A
Page 1 of 2

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 907.276.4557 • F 907.276.4152
1031 WEST FOURTH AVENUE • SUITE 600 • ANCHORAGE, ALASKA 99501-5907
USA   CANADA   EUROPE   ASIA



James Barkeley
April 7, 2006
Page 2

      We also remain concerned regarding the timeliness of your production of these reports. Recall that Mr. Griffith's inspection occurred on February 18, 2006, but no report or other materials were provided until March 30, 2006 – nearly 6 weeks later. Similarly, the first we heard of Mr. Venatari's inspection was when his report was produced only yesterday - despite the fact that his inspection occurred significantly earlier and a 302 existed that contained material details of that inspection. Of course, production of the report or even the 302 alone would have materially assisted our expert with his preparations and inspection work.[1] Finally, our concern regarding your proposed Wright & Patterson AFB expert is not just that we do not have his report - it is the fact that you do not contemplate his work taking place until later this month. We believe that having his initial work take place so late is inherently prejudicial (especially given the time it has taken for you to produce the other expert materials to us), because it will simply not give the defense time to process his report and prepare a response.

Sincerely,

Michael A. Grisham

---

[1] Your representatives were present during yesterday's inspection, and were made aware of the preliminary conclusions at the inspection. A report will be forwarded to you as soon as it is prepared.

Exhibit A
Page 2 of 2

DORSEY & WHITNEY LLP