Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a<br>"COMMANDER KANE," and<br>SECURITY AVIATION, INC.,<br><br>                      Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO CONTINUE HEARING** |

Security Aviation moves this Court for an Order considering Security Aviation's Motion to Continue Evidentiary Hearing on an expedited basis. The evidentiary hearing is currently set for April 18, 2006. Security Aviation has moved to continue that hearing approximately one week, or until April 24 or April 25, 2006. Since the hearing is approximately one week away, this matter must necessarily be heard on an expedited basis. Counsel for the United States Attorney's office, Steven Skrocki and James Barkeley have indicated that they will oppose the principal motion. They have been advised that Security Aviation is seeking expedited consideration of its Motion to

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

Continue the Evidentiary Hearing. The motion is based upon the Affidavit of Robert Bundy filed in support of the Motion to Continue Evidentiary Hearing.

DATED this 10th day of April, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com
clendaniel.allen@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of April, 2006, a true and correct copy of this document was served on:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building  U.S. Courthouse
222 W. 7th Ave. #9, Rm 253
Anchorage, Alaska  99513-7567

Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, Alaska  99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma  73533

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By: /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO CONTINUE EVIDENTIARY HEARING
Page 2 of 2

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2