AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL
RECEIVED
APR 13 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:06-cr-00022-02-JWS |
| SECURITY AVIATION, INC. | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Courtroom 6 |
| Before: Magistrate Judge John D. Roberts | Date and Time<br>Tuesday, March 7, 2006, at 11:00 a.m. |

To answer a(n)
[XX] Indictment  [ ] Information  [ ] Complaint  [ ] Violation Notice  [ ] Probation Violation Petition

```
Brief description of offense:
26:5861(d) - POSSESSION OF AN UNREGISTERED DESTRUCTIVE DEVICE - Count 2
26:5861(d) - ATTEMPTED POSSESSION OF UNREGISTERED DESTRUCTIVE DEVICE -
Count 3
18:922(1)(4) - UNLAWFUL TRANSPORTATION OF A DESTRUCTIVE DEVICE - Count 4
```

| Ida Romack, Clerk of Court | February 22, 2006 at Anchorage, AK |
|---|---|
| Signature of Issuing Officer | Date and Location |
| by *[signature]* Pamela R. Fult  Deputy Clerk | |
| Name and Title of Issuing Officer | |

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]    Date 03/01/2006

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Law office of Robert Bundy, Attorney for Corporation at 1031 W. 4th Ave., Anchorage, AK.

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 4/7/2006
Date

Randy M Johnson
Name of United States Marshal

(by) Deputy United States Marshal

Remarks: Service made by FBI Special Agent Mathew P. Clampet on Attorney Robert C. Bundy on 03/01/2006.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.