D. John McKay, Esq.
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska  99501
Phone:  (907) 274-3154
Fax:     (907) 272-5646
Alaska Bar No. 7811117
Attorney for Anchorage Daily News
  and for KTUU-TV, Channel 2 News

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  ) <br>              Plaintiff,   )<br>  )<br>v.   )<br>  )<br>ROBERT F. KANE, a/k/a   )<br>"COMMANDER KANE," and   )<br>SECURITY AVIATION, INC.,   )<br>  )<br>              Defendants.   )<br>_____ ) | Case No. 3:06-cr-00022-JWS-JDR<br><br><br><br>**ORDER GRANTING ACCESS**<br>**TO HEARING EXHIBITS** |

UPON MOTION OF the Anchorage Daily News and KTUU Channel 2 News, and being advised in the premises,

IT IS HEREBY ORDERED that the U.S. Attorney shall forthwith provide to the Daily News and to KTUU copies of the exhibits admitted in the preliminary hearing in the above-captioned matter, or promptly make said exhibits available for copying by the Press.

Dated:  _____        _____
                                                                Hon. John D. Roberts
                                                                U.S. Magistrate Judge

<u>Certificate of Service</u>
The undersigned certifies that on the 14th of April, 2006,
a true and correct copy of this document was served on


James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building, U.S. Courthouse
222 W. 7th Ave., #9, Rm 253
Anchorage, Alaska 99513-7567

Robert C. Bundy
Allen F. Clendaniel
Dorsey & Whitney, LLP
1031 W. Fourth Ave.
Anchorage, Alaska 99501-5907

James L. Kee
Kee, Archer, & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma 73533

Paul Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501


Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 W. 3rd Ave.
Anchorage, Alaska 99501

by electronic means through the ECF system as indicated on the
Notice of Electronic Filing, or if not confirmed by ECF, by first
class regular mail.



By: /s/ D. John McKay
D. John McKay, ABA #7811117

-2-

*U.S. v. Kane, et al.*, Case No. 3:06-cr-00022 –JWS-JDR
Anchorage Daily News/KTUU Memo In Support of Press Motion to