D. John McKay, Esq.
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska 99501
Phone: (907) 274-3154
Fax:    (907) 272-5646
Alaska Bar No. 7811117
Attorney for Anchorage Daily News
  and for KTUU-TV, Channel 2 News

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                        Plaintiff,          )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>ROBERT F. KANE, a/k/a               )<br>"COMMANDER KANE," and        )<br>SECURITY AVIATION, INC.,         )<br>                                                          )<br>                        Defendants.     )<br>_____) | Case No. 3:06-cr-00022-JWS-JDR<br><br><br><br>**ANCHORAGE DAILY NEWS**<br>**AND KTUU-TV MOTION**<br>**TO INTERVENE** |

Anchorage Daily News ("Daily News") and KTUU Channel 2 News ("KTUU")

(collectively, "Press") hereby move for an order allowing them to intervene in the above-

referenced case for purposes of addressing restrictions on Press and public access to judicial

proceedings and records. This motion is supported by the accompanying memorandum.

Dated:  April 14, 2006                          LAW OFFICES OF D. JOHN MCKAY
            Anchorage, Alaska
                                                                  /s/ D. John McKay
                                                                D. John McKay, ABA No. 7811117
                                                                Law Offices of D. John McKay
                                                                117 E. Cook Ave.
                                                                Anchorage, AK 99501
                                                                (907) 274-3154
                                                                mckay@alaska.net
                                                                Attorney for Press Intervenors

Certificate of Service

The undersigned certifies that on the 14th of April, 2006,
a true and correct copy of this document was served on

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building, U.S. Courthouse<br>222 W. 7th Ave., #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Robert C. Bundy<br>Allen F. Clendaniel<br>Dorsey & Whitney, LLP<br>1031 W. Fourth Ave.<br>Anchorage, Alaska 99501-5907 | Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 W. 3rd Ave.<br>Anchorage, Alaska 99501 |
| James L. Kee<br>Kee, Archer, & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 | |

by electronic means through the ECF system as indicated on the
Notice of Electronic Filing, or if not confirmed by ECF, by first
class regular mail.

By:  /s/  D. John McKay
D. John McKay, ABA #7811117

-2-

*U.S. v. Kane, et al.*, Case No. 3:06-cr-00022 –JWS-JDR