D. John McKay, Esq.
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska 99501
Phone: (907) 274-3154
Fax:    (907) 272-5646
Alaska Bar No. 7811117
Attorney for Anchorage Daily News
  and for KTUU-TV, Channel 2 News

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT F. KANE, a/k/a ) <br> "COMMANDER KANE," and ) <br> SECURITY AVIATION, INC., ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:06-cr-00022-JWS-JDR <br><br> **ORDER GRANTING** <br> **PRESS INTERVENTION** |

UPON MOTION OF the Anchorage Daily News and KTUU Channel 2 News (collectively, the "Press"), and being advised in the premises,

IT IS HEREBY ORDERED that the motion of the Press to intervene in the above captioned matter for the limited purposes of addressing issues concerning Press and public access to judicial proceedings and records and information in this case is hereby GRANTED.

Dated: _____        _____
                                     Hon. John D. Roberts
                                     U.S. Magistrate Judge

<u>Certificate of Service</u>
The undersigned certifies that on the 14th of April, 2006,
a true and correct copy of this document was served on

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building, U.S. Courthouse<br>222 W. 7th Ave., #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Robert C. Bundy<br>Allen F. Clendaniel<br>Dorsey & Whitney, LLP<br>1031 W. Fourth Ave.<br>Anchorage, Alaska 99501-5907 | Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 W. 3rd Ave.<br>Anchorage, Alaska 99501 |
| James L. Kee<br>Kee, Archer, & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 | |

by electronic means through the ECF system as indicated on the
Notice of Electronic Filing, or if not confirmed by ECF, by first
class regular mail.


By:  /s/  D. John McKay
D. John McKay, ABA #7811117

-2-

*U.S. v. Kane, et al.*, Case No. 3:06-cr-00022 –JWS-JDR