DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
         james.barkeley@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S NON-** |
| | ) | **OPPOSITION TO** |
| vs. | ) | **ANCHORAGE DAILY** |
| | ) | **NEWS AND KTUU-TV** |
| ROBERT F. KANE, | ) | **MOTION IN SUPPORT OF** |
| a/k/a "COMMANDER KANE," and | ) | **ACCESS TO EXHIBITS** |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

    The United States files with the court a non-opposition to the motion filed by

the Anchorage Daily News and KTUU-TV with regard to providing them copies of

exhibits used by the United States at the preliminary hearing numbered 1 through

17.

The Anchorage Daily News and KTUU-TV have filed with the court a motion for production of exhibits used during the preliminary hearing in this case and numbered 1-17. Given the amount of time that has since transpired since the hearing, as well as the unsealing of the search warrants in this case, the government does not oppose this request.

RESPECTFULLY SUBMITTED this 17th  day of April, 2006 at Anchorage, Alaska

>                DEBORAH M. SMITH
>                United States Attorney
>
>                s/ Steven. E. Skrocki
>                Assistant U.S. Attorney
>                222 West 7th Ave., #9, Rm. 253
>                Anchorage, AK 99513-7567
>                Phone: (907) 271-5071
>                Fax: (907) 271-1500
>                E-mail: steven.skrocki@usdoj.gov
>
>                s/ James Barkeley
>                Assistant U.S. Attorney
>                222 West 7th Ave., #9, Rm. 253
>                Anchorage, AK 99513-7567
>                Phone: (907) 271-5071
>                Fax: (907) 271-1500
>                E-mail: james.barkeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2006
a copy of the foregoing was served
electronically on Robert Bundy,
Allen Clendaniel, Kevin Fitzgerald,
James Kee, & Paul Sockler.

s/ Steven E. Skrocki