Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>            Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**NOTICE OF INTENT TO USE COURT'S DEPS SYSTEM** |

Defendant Security Aviation hereby gives notice of its intent to make use of the Court's DEPS system for presentation of its case at trial in the above-captioned matter which is scheduled to begin May 15, 2006. Personnel from the office of Dorsey & Whitney LLP are presently scheduled for the required training by the Court on April 24, 2006.

DATED this 17th day of April, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP


By:      /s/ Allen F. Clendaniel
    Robert C. Bundy, ABA #7206021
    Allen F. Clendaniel, ABA #0411084
    DORSEY & WHITNEY LLP
    1031 West Fourth Avenue, Suite 600
    Anchorage, AK 99501-5907
    (907) 276-4557
    bundy.robert@dorsey.com
    clendaniel.allen@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of April, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th  Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.


By:     /s/ Allen F. Clendaniel
    Robert C. Bundy, ABA #7206021
    Allen F. Clendaniel, ABA #0411084
    Dorsey & Whitney, LLP


NOTICE OF INTENT TO USE COURT'S
ELECTRONIC EQUIPMENT

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557