(Rev 4/06)

# LIST OF EXHIBITS

Case No.   3:06-CR-00022-02-JWS          Magistrate Judge:   **JOHN D. ROBERTS**

Title   UNITED STATES OF AMERICA
vs.
SECURITY AVIATION, INC.

Dates of Hearing:   April 20, 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Steve Skrocki | Robert Bundy, Paul Stockler |
| James Barkeley | Allen Frank Clendaniel |
|  | Kevin Fitzgerald |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 4/20 | Document | A | X | | 302 Form |
| | | | | B | X | | Statement/Campe |
| | | | | C | X | | Signed Doc/policy non-disclosure |
| | | | | D | | | |
| | | | | E | X | | paperwork |