Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:06-CR-00022-JWS-JDR-2 |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED]** |
| ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC., | **ORDER GRANTING MOTION TO DISMISS COUNT 3 OF THE FIRST SUPERSEDING INDICTMENT AGAINST DEFENDANT RETURNED BY THE GRAND JURY ON APRIL 18, 2006** |
| Defendants. | |

The Court, having considered Security Aviation's Motion to Dismiss Count 3 of the First Superseding Indictment against Defendant Security Aviation, and any opposition thereto,

HEREBY ORDERS that Count 3 is dismissed.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
The Honorable John D. Roberts
Magistrate Judge

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of April, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building U.S. Courthouse<br>222 W. 7th Ave. #9, Rm 253<br>Anchorage, Alaska 99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska 99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska 99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma 73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By: /s/ Allen F. Clendaniel
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER GRANTING MOTION TO DISMISS                    UNITED STATES OF AMERICA V.
                                                     ROBERT F. KANE and SECURITY AVIATION
Page 2 of 2                                          Case No 3:06-CR-00022-JWS-JDR-2