DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES N. BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S** |
| | ) | **RESPONSE TO** |
| vs. | ) | **DEFENDANT'S MOTION** |
| | ) | **TO DISMISS COUNT** |
| ROBERT F. KANE, | ) | **THREE OF THE FIRST** |
| a/k/a "COMMANDER KANE," and | ) | **SUPERSEDING** |
| SECURITY AVIATION, INC., | ) | **INDICTMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States files with the court its response to the defendant's motion to Dismiss Count 3 of the First Superseding Indictment. The government has filed a separate motion to dismiss at docket 159, thereby rendering the defendant's motion moot.

RESPECTFULLY SUBMITTED this 28<u>th</u>  day of April, 2006 at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Steven. E. Skrocki
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3380
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2006
a copy of the foregoing was served
fax on Robert Bundy,
Allen Clendaniel, Kevin Fitzgerald,
& Paul Sockler.

s/ Steven E. Skrocki