UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,            )
                                     )
         Plaintiff,                  )
                                     )  Case No. 3:06-cr-00022-02-JWS
v.                                   )
                                     )
SECURITY AVIATION, INC.,             )
                                     )
         Defendant.                  )
_____)

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    _X_  The court has granted the motion of the government for dismissal without prejudice;
    ___  The court has granted the motion of the defendant for a Judgment of Acquittal;
    ___  A jury has been waived, and the court has found the defendant NOT GUILTY;
    ___  The jury has returned its verdict, finding the defendant NOT GUILTY;
    ___  (Other reason, or reasons, if any);
of the offense of **Attempted Possession Of Unregistered Destructive Devices** in violation of 26 U.S.C. § 5861(d) as charged in **Count 3** of the **First Superseding Indictment**.

    **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

    **DATED** at Anchorage, Alaska, this 2nd day of May, 2006.

**REDACTED SIGNATURE**

John W. Sedwick
United States District Judge

[306cr22-01-JWS-kane-jod-ct-3.wpd]{DISCHARG.WPD*Rev.07/03}