Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a<br>"COMMANDER KANE," and<br>SECURITY AVIATION, INC.,<br><br>                Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**AFFIDAVIT OF**<br>**CATHERINE MOCK IN SUPPORT**<br>**OF MOTION FOR *IN CAMERA***<br>**JURY VOIR DIRE RE PRETRIAL**<br>**PUBLICITY** |

STATE OF ALASKA                )
                               ) §§
THIRD JUDICIAL DISTRICT        )

Catherine Mock, being first duly sworn, states on oath:

1. I am a secretary with the law firm of Dorsey & Whitney, LLP, which represents Security Aviation, Inc. in the above-entitled matter.

2. On May 3, 2006, I downloaded articles from the Loussac Library database for the Anchorage Daily News regarding Mark Avery, Security Aviation, Inc., and Robert Kane.

3. Attached to this affidavit as Exhibit A are true and correct copies of some of the articles I downloaded.

4. Attached to this affidavit as Exhibit B is a true and correct copy of a Media Summary Report received by Dorsey & Whitney on May 4, 2006 via facsimile from Quality Services of Anchorage, Alaska. This report reflects 121 separate stories which were broadcast on various television stations regarding Mark Avery, Security Aviation, Inc., and Robert Kane.

_____
Catherine Mock

SUBSCRIBED AND SWORN to before me this 5th day of May, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 11-22-06

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF CATHERINE MOCK

Page 2 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 5th day of May, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building U.S. Courthouse<br>222 W. 7th Ave. #9, Rm 253<br>Anchorage, Alaska 99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska 99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska 99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma 73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:  /s/ Robert C. Bundy
    Robert C. Bundy, ABA #7206021
    Allen F. Clendaniel, ABA #0411084
    Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF CATHERINE MOCK

Page 3 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2