## Mock, Cathy

**From:**      infoweb@newsbank.com
**Sent:**      Wednesday, May 03, 2006 2:11 PM
**To:**        Mock, Cathy
**Subject:**   Requested NewsBank Article

Paper: Anchorage Daily News (AK)
Title: Hearing reveals purpose of raids - ROCKET LAUNCHERS: Agents seized weapons at Security Aviation.
Author: TATABOLINE BRANT and RICHARD MAUER
Anchorage Daily News
Staff
Date: February 8, 2006
Section: Main
Page: A1

The one man arrested in the government raids at Security Aviation and related companies had ordered an employee to buy two 16-tube rocket launchers for its fleet of Czech fighter jets, FBI agents testified before a federal magistrate in Anchorage on Tuesday.And when the rocket launchers arrived in crates, the man, Robert F. Kane, a self-styled "commander" with no U.S. military service, boasted to an employee who saw them at the Security hangar at Ted Stevens Anchorage International Airport in October:

"Now I can conduct target practice."

The preliminary hearing Tuesday in the felony weapons possession case against Kane was the first public explanation for the massive raids last week at Security Aviation facilities at airports in Anchorage and Palmer, an office building on C Street housing Regional Protective Services, among other related companies, and at least one home.

No evidence was presented that Kane had obtained rockets for the launchers, which have red writing in Russian and were seized in Palmer Feb. 2. At one point during the 21/2-hour hearing, which will continue today, Kane's attorney, Michael Spaan, suggested Kane was just engaging in harmless "boy talk."

Kane is accused of orchestrating the purchase of the two rocket launchers from an Internet site and having them delivered to Security Aviation. The company and affiliates have purchased about seven two-seat L-39 jets since former Anchorage assistant district attorney Mark Avery bought Security Aviation last summer.

An FBI agent testified that the fuselage of one of the jets had stenciled lettering at the back seat: "Commander R.F. Kane."

A Security Aviation official said two weeks ago that the jets were used in contractual services with the U.S. military but would not elaborate.

Security Aviation president Joseph Kapper didn't return a call seeking comment Tuesday, and the person who answered the phone at Avery and Associates said Mark Avery wouldn't be taking calls.

Spaan, the U.S. Attorney for Alaska during the Reagan administration, suggested that the launchers were an accessory and not even operational. If they were anything otherwise, why would Kane have been so open about them?

1

Kane did at one point show one of the launchers to a top local Transportation Security Administration official, according to the FBI.

"If they were trying to keep it secret, they weren't doing a very good job -- would you agree?" Spaan asked Special Agent Matthew Campe at one point Tuesday.

"Yes," the agent said.

But the prosecution argued later that there was an air of secrecy surrounding the launchers -- Security Aviation employees had to sign confidentiality agreements not to talk about what went on at the business. And, when Kane showed the TSA official the rocket pod launcher, they claim, he said something to the effect of "the FAA could not see this."

The hearing at the U.S. Courthouse in Anchorage drew a large crowd of people who didn't want to comment or identify themselves.

Kane, 37, is not listed in the records as an owner of any of Avery's companies, but FBI agent Derek Espeland testified that Kane is believed to be a "principal" in at least one of them, Regional Protective Services, which owns some of the L-39 jets and stores them at the Security Aviation hangers.

As agents were searching her Eagle River home, Kane's wife volunteered that her husband was paid $20,000 a month by Regional Protective Services, agent Shawn Clapp of the federal Air Marshal Service told the court Tuesday. Agents searched the couple's Eagle River home -- which public records show is owned by one of Avery's companies --during last week's raids.

Inside, in a jacket and briefcase, agents say they found more than $20,000 in $20 and $100 bills, a silencer for a .45-caliber weapon, some international bank cards, a Greek passport for his Filipino wife which she could not explain, official-looking badges and identification cards with Kane's name, and folders emblazoned with images of various American and foreign intelligence agency logos -- the FBI, CIA, Britain's MI-6, the United Nations and something called the National Intelligence Agency. Agents also found numerous American military medals, even though Kane has no record of service, they said.

The FBI said in an affidavit filed in court that Kane has claimed to be affiliated with the U.S. intelligence community since at least 1996, at different times telling people he was a Navy SEAL and other times that he operated under the auspices of the FBI and CIA.

The prosecution suggested in their questioning that Kane was a fraud, saying he had a "pattern of impersonation." Spaan said the government was painting Kane as a "rogue cowboy" when he could have been working for the intelligence community.

The FBI said Kane's wife gave investigators the name of a Miami-based FBI agent whom she described as her husband's case officer. But the agents did not testify whether that tip proved to be true.

Among the items entered into evidence Tuesday was a color photo of Kane in a uniform of the Philippine Coast Guard Auxiliary with ribbons from the U.S. Navy.

Whether Kane worked for the U.S. government is a "subject of huge dispute," prosecutor Steven Skrocki told the court, but he suggested that was an issue for a later hearing or a trial.

Magistrate John Roberts did not let the two sides argue the matter very long, as it strayed from the purpose of the hearing: to determine whether the government had probable cause to hold Kane in jail.

At the heart of that decision was the charge against Kane: failure to register an explosive device.

The prosecution laid out its evidence to the court. They said they had four witnesses -- three former or current Security Aviation employees and the TSA agent -- as well as the two launchers themselves.

One of the former Security Aviation employees told authorities that Kane ordered an administrator at the company to do research on weapons that could be mounted on L-39s. The administrator located two of the launchers on an Internet auction site and Kane ordered their purchase, the former employee told the FBI. The person also told authorities the administrator discussed "hypothetical missions," which included attacks on terrorist camps.

Kane, who is tall with short dark hair and pale skin, sat quietly through the proceedings Tuesday, dressed in an orange prison jumpsuit with his ankles in chains over pink socks and slippers. He appeared tired but calm, at times rubbing his eyes or leaning his head on his hand as his attorney questioned FBI agents.

Daily News reporter Tataboline Brant can be reached at tbrant@adn.com or 257-4321. Daily News reporter Richard Mauer can be reached at mmaeur@adn.com.

Author: TATABOLINE BRANT and RICHARD MAUER
Anchorage Daily News
Staff
Section: Main
Page: A1

Copyright (c) 2006, Anchorage Daily News

**Mock, Cathy**

| | |
|---|---|
| **From:** | infoweb@newsbank.com |
| **Sent:** | Wednesday, May 03, 2006 2:11 PM |
| **To:** | Mock, Cathy |
| **Subject:** | Requested NewsBank Article |

Paper: Anchorage Daily News (AK)
Title: Armory on jet sent tipster to feds - SECURITY AVIATION: Former flight paramedic says she and her husband called authorities.
Author: RICHARD MAUER
Anchorage Daily News
Staff
Date: February 12, 2006
Section: Main
Page: A1

Melissa Bucknall has been a flight paramedic for about a decade, but nothing in her emergency training and experience prepared her for what she saw last summer when her work brought her in contact with the men who had taken over Security Aviation. "It was all very strange to me," she said in an interview recently. "It was like a bunch of big boys playing a game. They all claimed to be FBI agents and ex-CIA, and SWAT teams."

It was months before the Feb. 2 raids by heavily armed federal agents on the air-charter company's Anchorage and Palmer hangars and the Midtown offices of several related companies. And it was before a prosecutor described one of the men Bucknall had encountered, Rob Kane, as a fraud, and a federal magistrate compared the strange facts in the case to a Sidney Sheldon thriller.

Bucknall, working medevac duty for Alaska Regional Hospital, was having her own doubts about the boasts of the men and the purpose of their companies, she said, even as they showed her their caches of weapons.

Early one morning last September, she said, they seemed eager to show off their new jet and their weaponry, despite what she and others describe as their compulsion toward secrecy.

She had just returned to Anchorage from an emergency flight and arrived at the Security hangar on the south side of Ted Stevens Anchorage International Airport around 2 a.m. One of the company's Gulfstream executive jets had just landed too, she said.

"It was real secretive, nobody was supposed to know they were there, they had everything locked. Well, we just happened to come back on a medevac mission at the same time," Bucknall said.

Among those on board the Gulfstream were Kane, the self-styled "commander" who last week FBI agents identified as a "principal" of a string of companies associated with Security Aviation and its owner, Anchorage lawyer Mark Avery. Dennis Hopper, an Anchorage firearms dealer, was also on board the jet, Bucknall said.

Avery, Hopper and Security president Joseph Kapper didn't return numerous calls from the Daily News seeking comment. Kane's attorney also did not return a call. Kane himself is in custody on federal firearms charges, accused of illegal possession of two 16-tube rocket launchers capable of being fitted to Avery's private fleet of Czech L-39 military trainer jets.

There is no evidence that Kane went to the black market to acquire rockets, firing mechanisms or other components that could turn the  trainers into the kind of L-39 ground-attack aircraft acquired by the air forces of Iraq, Libya and Syria in the 1970s.

Federal authorities have seized the L-39s, said FBI spokesman Eric Gonzalez, but neither Gonzalez nor prosecutors would give details about their investigation or what they discovered in the raids.

CACHE OF WEAPONS

Joe Griffith, a former tactical fighter wing commander at Elmendorf Air Force Base and a pilot who has worked for Security Aviation, said the rocket launchers were purchased in the open market. They were only good for show, he said.

At that early morning in September, Kane and Hopper invited Bucknall to board the Gulfstream, a plane with intercontinental range and one of two Avery had recently acquired. They told her they had just arrived from overseas.

"Come see what we have," one of them told her, she recalled.

"They had it set up under the guise of a medevac, with a full bar in it, by the way," she said. The cabin was comfortable, but they were also eager to show off what was under the cabin floor.

When they lifted the carpet and undid the hatch, she saw a compartment filled with weapons: guns on hangers, devices that looked like grenades or smoke bombs, flak jackets -- enough for a half-dozen men to hold off a sizable attacking force.

"They had enough handguns in there to stick in every single pocket they could ever think of," she said. There were two heavy machine guns, the kind that usually mount on a tripod, and at least two belts of large-caliber ammunition for them. She saw assault rifles and ammo clips and silencers, she said.

She said she asked why they needed the weapons. "They said that they were for whenever they transported dignitaries and they took prisoners," she said. "They said they worked for the government, and they took prisoners to interrogate them."

Bucknall had heard that kind of talk before, she said. Kane frequently claimed he was connected to the CIA and FBI, she said, though she found it hard to believe that anyone with legitimate ties to those agencies would boast about it.

C STREET OFFICES

Avery bought Security Aviation in summer 2005, and followed with an acquisition binge of aircraft, including two Gulfstreams, the Czech military training jets, helicopters and other craft. A September article in the Alaska Journal of Commerce said Avery's staff had quickly grown from 28 to 80, including 45 pilots. FAA records show at least 21 aircraft currently registered to Avery's companies.

FAA flight records show the Gulfstreams have made flights to Asia, Europe and the Bahamas.

Bucknall, a former board member of the International Association of Flight Paramedics, got to know Avery and his staff because Security officials were interested in the lucrative

medevac business. She worked as an aviation paramedic for Alaska Regional Hospital. Dr. Donald Hudson, medical director of Regional's Lifeflight aeromedical service and an emergency room physician there, was also in business with Avery. Around the time Avery took over Security, he and Hudson created an emergency medical business called Aero Resources LLC, according to state records.

Hudson didn't return calls by the Daily News to several of his business offices.

When it was established, Aero Resources listed its office as 3230 C St., the headquarters for Avery's operations, though Hudson reported to the Alaska Division of Corporations on Jan. 10 that he took over the business from Avery.

Hopper and Kane had second-floor offices in the C Street building.

Avery's C Street headquarters and Security Aviation's facilities at the Anchorage and Palmer airports were targeted in simultaneous raids Feb. 2 by dozens of heavily armed federal agents. Only Kane has been charged. He remains in jail, denied bail by a federal magistrate who ruled Wednesday that he was a flight risk.

Kane's penchant for boasting surfaced in testimony at his bail hearing last week, with the prosecutor describing him as a "con man" who possessed official-looking badges and identification cards. Kane's attorney asserted Kane in fact had official connections that could be proven at trial.

Bucknall said her work took her to the C Street building several times, most recently in December after she had moved to Dutch Harbor. She said the building, a former branch of First Interstate Bank, was like a fortress. Doors, passageways and the elevator were protected by key cards and keypad devices, with deeper parts of the building requiring increasing levels of clearance to reach, she said.

A document from one of the Avery companies introduced in evidence Wednesday showed that its officials were considering installing armor in two of their Suburbans, at least one Gulfstream jet and a helicopter.

Bucknall said she was always accompanied when she went into the C Street building. She recalled three visits when Hopper was her escort.

Hopper's office was on the second floor, down the hall from a bar with a big-screen TV and leather lounge chairs, and living quarters for pilots needing a place to sleep after long flights, she said. On the wall past Hopper's office was a framed certificate for another Avery company, High Security Aviation, then an L-shaped corner and a room guarded with "a vault lock," she said.

The windowless room was "just floor-to-ceiling weapons," Bucknall said, with an area for a gunsmith to work. "Rob Kane was in the building, but Dennis showed it to me. It was kind of his hangout."

She saw "silenced .22s," she said, and "fully automatic weapons with silencers."

As far as she could see, they all had price tags, she said.

"They were all for sale," she said. "They were running them back and forth when they'd do these international missions -- they would take them with them and he would trade them for goods," she said she was told by Hopper.

3

AN ANONYMOUS TIP

Adding to the aura of government sanction, Avery, Hopper, Kane and other top company officials wore credentials inside the building that carried the White House logo, Bucknall said. "They claimed to have a direct line to George Bush and said they had a government credit card, and that's how they were buying these aircraft," she said.

Hopper once claimed to her that he was a bounty hunter, she said. "He said that he worked for the government and he went to go pick up the bad guys that nobody else could get."

Bucknall said her job as a flight paramedic in Dutch Harbor with Alaska Regional ended in December, when another company replaced the hospital's operation. She began working in the medical clinic there; her husband is a local policeman.

Last month, she said, she and her husband left an anonymous tip about the weapons in a phone message to the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives, but otherwise she has not had any contact with federal law enforcement agencies, she said.

Bucknall said she wouldn't be surprised if others were afraid to come forward. In testimony at Kane's hearing Tuesday, an FBI agent said many of the employees of Avery's companies were required to sign confidentiality pledges.

Bucknall said the tactic was effective.

"I had flight partners go in the same C Street headquarters, and they showed a couple of them these weapons," she said. "They made them sign this confidentiality agreement and then scared the hell out of them. They told them that if they ever told anybody, they would be breaking all these laws and can be arrested."

Daily News reporter Richard Mauer can be reached at rmauer@adn.com or 257-4345. Daily News reporter

Tataboline Brant contributed to this story.

COMING MONDAY: A look at Mark Avery, the Anchorage lawyer and former prosecutor who ran Security Aviation and the string of other businesses now under investigation by federal agents.

Author: RICHARD MAUER
Anchorage Daily News
Staff
Section: Main
Page: A1

Copyright (c) 2006, Anchorage Daily News

## Mock, Cathy

**From:** infoweb@newsbank.com
**Sent:** Wednesday, May 03, 2006 2:10 PM
**To:** Mock, Cathy
**Subject:** Requested NewsBank Article

Paper: Anchorage Daily News (AK)
Title: Feds investigate Avery, trustee of $350 million fund - RAIDS: Security Aviation owner is paid $400,000 yearly to help manage assets.
Author: LISA DEMER
Anchorage Daily News
Staff
Date: February 13, 2006
Section: Main
Page: A1

Just as a mysterious weapons case began unfolding in Anchorage earlier this month, FBI agents 2,000 miles away in California knocked on the door of a 76-year-old retired accountant.They wanted to know about Mark Avery, an Anchorage lawyer who over the past two years had bought or started a string of businesses here. Among the companies: Security Aviation Inc., an Anchorage-based air-charter company that rapidly expanded its fleet of aircraft in recent months.

Teams of armed federal agents raided Avery's Midtown office and airport hangars in Anchorage and Palmer on Feb. 2, seized eight military-style jets connected with Avery's companies and arrested one of his associates for illegally possessing rocket launchers.

It is now clear the probe stretched to the San Francisco area.

N. Dale Matheny, who serves with Avery and another man as trustees for a California-based charitable organization with assets of some $350 million, said federal agents showed up at his San Francisco-area home earlier this month.

"They didn't say what they were trying to find out," Matheny said in an interview last week. The agents asked questions "mainly about Mark and also some about the charitable trust, but then they seemed to let go of that."

The agents seized nothing and had no search warrant, Matheny said. He said he couldn't imagine that Avery, a former prosecutor in Anchorage and San Francisco, had done anything wrong.

"He says he likes to put the bad guys away. Now this is really, I'm sure, just devastating to him," Matheny said.

Avery grew up in a privileged San Francisco family, the youngest child of a celebrated attorney, Luther J. Avery. After the elder Avery died in December 2001, Mark Avery took over his seat on the May and Stanley Smith Charitable Trust. It's a lucrative position, paying each of the three trustees $400,000 a year to award grants that, according to Matheny, mainly go to education programs and totaled more than $11 million in 2005.

Avery has not responded to repeated requests for an interview by the Daily News. In the past, he has declined to talk in detail about the trustees' compensation. Because they were paid so well to manage a charitable trust, he and the other trustees have attracted scattered news coverage, including a Dec. 21, 2003, story in the Boston Globe.

1

"I get sick and tired of people wondering about how much I get paid and why," Avery told the Globe reporter.


BUYING AND BUILDING


Avery is a big man, a gun lover, someone whom several  acquaintances and former colleagues in the city and state prosecutor's offices call a hardworking, nice guy. They say they know nothing about his new line of work.


The Web site for his private law practice, Avery and Associates, says he has expertise in gun laws, guiding laws, trust administration, estate planning and other areas. An old link off the page suggests he used to have another site, www.gun-lawyer.com.


Now Avery is a central figure in an intriguing tale filled with unanswered questions. The FBI isn't revealing much.


The biggest unknown may be this: How did Avery, now 46, get the millions of dollars needed to buy Security Aviation and buy or start up related companies such as Regional Protective Services LLC, as well as expand the companies' fleet of aircraft in recent months?


Not with money from the Smith trust, said Matheny, the trustee who administers it from his office on San Francisco's Market Street. The trust never donated money to, or invested in, any of Avery's businesses in Alaska, he said.


When Avery bought Security Aviation in the summer of 2005, the company was reportedly in trouble. President Joseph Kapper, the stepson of the late founder, Mike O'Neill, said in a story last September in the Alaska Journal of Commerce that there was talk of "turning the lights out and closing the doors."


Avery came in with a fury. He launched into a buying spree, adding a dozen or so aircraft to what had been a fleet of six. The planes include two Gulfstreams, an executive jet with intercontinental range. The Journal of Commerce said Avery's staff grew too, from 28 to 80, including 45 pilots.


Federal Aviation Administration registration records show at least 21 aircraft owned by the company earlier this month. Kapper, the company's president, told the Journal of Commerce this month that Avery owns 18 Security Aviation planes outright.


Avery told the Journal of Commerce that he dreamed of turning the charter operation into one of the nation's top medical evacuation companies.


Besides the air-charter operation, Avery started or took over a string of other Anchorage-based companies, including a paramedic school and a prisoner-monitoring service. He is the sole owner of most of the companies, including Security Aviation, according to filings with the state. Five of the companies have the same initials, RPS: Regional Protective Services, Regional Paramedic Services, Regional Phone Solutions, Regional Professional Services, Regional Property Services. All were based in heavily secured offices at 3230 C St., a former branch of First Interstate Bank of Alaska.


One person has been charged criminally in connection with the Feb. 2 raids. Rob Kane, whom the FBI calls a principal in the Avery companies, has been charged with illegal possession of two 16-tube rocket launchers capable of being fitted to Avery's private fleet of Czech L-39 jets.

A federal magistrate ordered Kane held without bail after a two-day hearing last week in which a prosecutor argued he was a flight risk, describing him as a con man and fraud.

Melissa Bucknall, a flight paramedic who encountered the Security Aviation crew when she was doing medevac duty for Alaska Regional Hospital, said Kane talked about the business money coming from a trust. But he implied it was one that Avery was beneficiary of, she said, not one he managed.

Kane also bragged about government connections with the companies, she said. He and another man with an office in the C Street building, Dennis Hopper, implied that at least some of their activities were taken at the behest of the government, Bucknall said.

SON OF 'CURMUDGEON ATTORNEY'

Avery grew up in San Francisco, in a big house where his mother still lives and that has views of the Pacific Ocean from the upstairs, said his sister, Shelley Avery.

The family lived across a ravine from an old U.S. Public Health Service hospital on the now-closed Presidio U.S. Army post, said Shelley, who now lives in California's Central Valley. During the Vietnam War, wounded soldiers were brought to the hospital by helicopter, an activity that fascinated young Mark, his sister said.

When Luther Avery died in 2001, his obituary in the San Francisco Chronicle described him as one of the nation's pre-eminent tax and estate-planning lawyers. He had a look: beret, bow tie and three-piece suits with reinforced pockets to hold reading material. In a story on Luther's death that appeared on a California law Web site, Mark Avery described his dad as an old-school "curmudgeon attorney."

Luther Avery set up trusts for each of his three children, Shelley said. She said she hasn't kept up closely with Mark and isn't sure how much her brothers received.

"I bought a house, and I don't know what the boys did with theirs," she said.

Mark Avery received his law degree from Golden Gate University School of Law, working for a time as a prosecutor in San Francisco and also as an emergency medical technician in Oakland, according to the Avery and Associates Web site.

In 1996, he came to Alaska for the adventure, said a friend, Alaska state Rep. Ethan Berkowitz of Anchorage. They had grown up just blocks from each other in San Francisco but didn't meet until both were working as interns in the U.S. Attorney's Office there, Berkowitz said.

"He was very trusting and very loyal," said Berkowitz, who is now running for governor.

Before Berkowitz headed to Alaska, Avery helped him  prepare his truck for the journey, and when Avery first ventured north, he slept on Berkowitz's couch. It was during the Democratic legislator's first House race, and Avery --- no Democrat -- volunteered for him.

"If I want to know what a real conservative is thinking, I call Mark Avery and ask him," Berkowitz said.

Avery left to get married in San Francisco, then returned with his wife, Jennifer. They bought a modest East Anchorage duplex. Avery packed the garage with his tools. He had built what Berkowitz called a stunning library for his parents and loves to tinker with engines.

The two haven't kept up much, Berkowitz said. The last time he saw Avery was maybe three or four years ago. They went out to eat when Avery's mother visited, and another time went out to a firing range with a small group of legislators and lawyers.

In December 1996, Avery landed a job as assistant municipal prosecutor and stayed on until March 2000, when he moved over to the Anchorage District Attorney's office where felony cases are tried.

"He took his job very seriously. He was a hard worker. He was really concerned about doing the right thing," said state Sen. Hollis French, who retried a gang rape case with Avery as assistant district attorneys. The first trial ended in a mistrial because of a comment Avery made in opening arguments. The defendants eventually were convicted.

For unknown reasons, in October 2001 Avery quit the state job, which paid him $66,800 a year, and returned to the city post, making a little less. But he stayed only about four months, according to a city spokeswoman, leaving not long after his father's death.

He planned to take over his dad's practice in San Francisco, he said in a story on the California law Web site.

In 2002, the year he took his father's seat on the May and Stanley Smith Charitable Trust, the organization's filing to the Internal Revenue Service listed an address for him in Daly City, Calif., outside San Francisco.

It's not clear how long he remained in California. He continued to apply for Alaska Permanent Fund dividends.

Avery and his wife now live in Eagle River, in a 5,300-square-foot home they own that is valued for property tax purposes at more than $770,000, city records show. They have two children, his sister said.

Early on at least, his work with the Smith Charitable Trust position took 80 percent of his time, he said in a 2003 interview with the San Jose Mercury News, which published a story examining the $400,000 salaries of the trustees. He also was busy with trust clients he inherited from his father, he said.

The salaries are justified because the trust doesn't have regular employees, Matheny said. He has earned extra fees from the Smith trust for accounting and administrative work, as has Avery and Associates for legal work and the third trustee's firm for investment advice.

All three trustees -- Avery, Matheny and another Californian, investment adviser John P. Collins Jr. -- must agree on how the money is spent, Matheny said. They also sign off on investment strategies. They meet quarterly.

"We make grants all over the world, dealing primarily with education," Matheny said.

Any of the three can sign the checks. "The only checks Mark would sign would be grant checks and I don't remember any grants going to Alaska," he said.

4

The trust paid for a science center at a boys' school in Australia and music programs at Dominican religious schools in the Bay area. It helped poor women in South Africa "maybe to raise chickens or do some ceramics they can sell as souvenirs, that sort of thing," Matheny said.

Matheny wouldn't provide a specific listing of groups that have won grants, though. The trust doesn't have to disclose that to the IRS because the bulk of its money originated from outside the United States, he said. The late Stanley Smith, the source of the money, made a fortune mining iron ore in Malaysia, he said.

Daily News reporter Lisa Demer can be reached at ldemer@adn.com or 257-4390. Reporters Tataboline Brant and Richard Mauer contributed to this story.

Author: LISA DEMER
Anchorage Daily News
Staff
Section: Main
Page: A1

Copyright (c) 2006, Anchorage Daily News

## Mock, Cathy

| | |
|---|---|
| **From:** | infoweb@newsbank.com |
| **Sent:** | Wednesday, May 03, 2006 2:08 PM |
| **To:** | Mock, Cathy |
| **Subject:** | Requested NewsBank Article |

Paper: Anchorage Daily News (AK)
Title: Mystery man is at center of Security Aviation probe - TALL TALES: Wild claims about past fail to hold up; defense says U.S. knows more than it admits.
Author: LISA DEMER and RICHARD MAUER
Anchorage Daily News
Staff
Date: February 27, 2006
Section: Main
Page: A1

He has claimed to be a rodeo cowboy, Navy SEAL, bounty hunter, intelligence operative and terrorist fighter. His name was dragged through a sensational Anchorage trial nearly 13 years ago by a defense attorney who portrayed him as the man who should have been charged with murder.Now, as he sits in jail in a case the judge likened to a pulp thriller, a key question is far from answered: Who is Rob Kane?

Despite a past littered with debt, minor criminal charges and, as federal authorities tell it, grandiose lies, Kane somehow made it to the top ranks of Anchorage security and aviation businesses owned by a former prosecutor. Both Kane and Security Aviation Inc., an air charter and medevac business, have been indicted on federal charges of illegally possessing and transporting rocket launchers.

He is being held without bail after a federal judge ruled he was a serious flight risk. During the two-day hearing earlier this month, assistant U.S. attorney Steven Skrocki called him "a con man and a fraud."

But in their first interview with reporters, Kane's attorneys said Saturday that Kane is no phony. They told the Daily News that Kane did freelance "contract work" for U.S. intelligence agencies, though they would provide no details.

James Kee of Duncan, Okla., one of four defense attorneys representing Kane, said the government is trying to discredit Kane to mask the weakness of its case. Kane's whole story, he said, will come out eventually, even if Kee and the other lawyers weren't willing yet to provide details.

"The government knows a lot more about Rob Kane than they told the magistrate," said Key, who is in Anchorage to assist in preparing Kane's defense. "Explanations for all that stuff they say was fake will come out."

Kee said he has known Kane for years, but he won't say how. Kane's defense team includes two former Alaska prosecutors and former U.S. Attorney Mike Spaan of Anchorage.

But whether Kane, 37, ever worked for the U.S. government is a matter of dispute, Skrocki told the judge. An FBI agent said in a sworn statement that Kane has claimed to be a Navy SEAL, though a Web site devoted to exposing the many SEAL imposters lists a Rob Kane as a fraud. He has numerous U.S. military medals even though there's no evidence of service, Skrocki said.

Kane was arrested after Feb. 2 raids of Security Aviation hangars in Palmer and Anchorage

1

and the C Street offices of Security's owner, Mark Avery. The authorities also searched Kane's Eagle River home.

The government seized eight L-39 Czech-built military jets configured as trainers, one of them inscribed "Cmdr. R.F. Kane" on the fuselage outside the rear seat. The rocket launchers could have been mounted on the L-39s but lacked firing components and the rockets themselves to be used, according to testimony. Anyway, the launchers were just for show, a Security Aviation consultant has said.

The case against Kane essentially is over a paperwork issue -- failure to register the rocket launchers, his attorneys say. The Pennsylvania man who sold them to Security Aviation didn't register them either, and he hasn't been charged, they say.

"Instead of talking about the law, they are going to talk about stuff from the past to try to discredit Rob," said another of Kane's lawyers, former state prosecutor Paul Stockler.

VEIL OF SILENCE

Weeks after Kane emerged from private life as the sole person arrested in connection with the Feb. 2 raids, he remains a shadowy figure. Kane's wife and his close business associates, including Avery, have declined requests for interviews. Kane's lawyers wouldn't let him be interviewed. Efforts to speak with his mother, stepfather and father were unsuccessful.

Before the raids, Kane appeared to deliberately keep a low profile outside of the circle that heard his boasts. He intentionally tried to keep his name off company paperwork, according to evidence presented at his detention hearing. His $660,000 home in Eagle River is owned by an Avery company, Regional Property Services LLC. Three vehicles in his driveway late one afternoon last week were all registered to another Avery company, Regional Protective Services LLC.

There are large gaps in what is known about where he lived and when.

Kane was a local kid who went to both Bartlett and Service high schools. The last Anchorage School District record shows him as a Service 11th-grader in 1985-86.

While federal authorities called Kane an imposter, he does have some ties to local law enforcement officers and perhaps to the Tampa field office of the FBI.

Kane's stepfather, Lyle Davis, is a retired Anchorage police officer. When Kane was a kid, Davis introduced him to other police officers, said Anchorage police Sgt. Ted Smith, who testified in support of Kane's release at the detention hearing.

For a while, it seems Kane tried to make it as a rodeo cowboy. When he applied for a Visa Gold Card in 1987, he listed Pepsi as his rodeo sponsor and indicated he was making $15,000 a month through Professional Rodeo Cowboy Association events, according to court filings in a 1993 small claims case over a Visa bill.

Those claims are at best exaggerated. Cowboy association records show that Kane held a rodeo cowboy permit -- the first step toward becoming a card-carrying member -- in 1988, said spokeswoman Ann Bleiker. But he never registered winnings, she said.

As a young man in Alaska, he was accused in four unrelated civil cases of racking up bad debts. He also was charged twice in criminal complaints of assaulting women. One

2

misdemeanor assault conviction later was set aside, a common practice for minor offenses. The other was dropped in connection with his role as a police informant, Smith told the judge at the detention hearing.

Then Kane's name came up in the 1993 murder trial of Jon Woodard, a sensational case in which a Loomis security guard was shot and killed during a well-planned 1992 robbery at Carrs Aurora Village.

Defense lawyer Jim McComas told jurors in the 1993 trial that it was Kane and not his client who shot the Loomis guard.

Just five weeks before the robbery, a bank had won a $48,000 judgment against Kane, McComas noted. After Carrs was robbed, Kane was flush with money for a while and paid off personal loans, the defense lawyer told the jury.

There was no evidence that Kane was involved with the robbery, said former state prosecutors Kevin Fitzgerald and Mary Anne Henry, who handled the case together. Henry said she accounted to the jury for virtually all the $50,000 stolen from Carrs.

Fitzgerald is now part of Kane's defense team.

Kane's stepdad, retired police officer Davis, provided an alibi, testifying that Kane was home in bed when the robbery occurred.

The jury didn't buy McComas' theory, and convicted Woodard. He is serving a 66-year sentence for murder and robbery.

For the next few years, private investigators and creditors kept looking for Kane but had no luck, according to filings in civil cases. Judgments against him topped $270,000.

Information about Kane's life during and after the trial becomes sketchy. There is evidence he lived in Oregon. He ventured to the Philippines, where his wife is from. A photo entered as an exhibit in his bail hearing showed a picture of Kane in the white uniform of the Philippine Coast Guard Auxiliary. A government witness who examined the picture identified the ribbons on Kane's uniform as U.S. Navy decorations that he did not earn.

His lawyers say he was a commander in the Philippine Coast Guard Auxiliary and asserted that he did counter-terrorism training in that country, though they didn't explain his qualifications.

At Kane's detention hearing, testimony by a government witness connected Kane to an FBI agent, Bob Coffin, of the bureau's Clearwater, Fla., office near Tampa. The government witness, who led the search of Kane's home, said Kane's wife told him that Coffin was Kane's case agent.

Repeated calls to Coffin weren't returned.

SECRET AGENT MAN

By the late 1990s, Kane had firmly adopted a secret agent persona, according to a former FBI official who encountered Kane about seven years ago.

Skip Brandon had left the FBI by then and was one of the founding partners of Smith Brandon International, a Washington, D.C., investigations and security consulting company. Brandon's background as deputy assistant director of the FBI, where he had responsibility for national security and counter-terrorism, and his private work with businesses seeking help with overseas intelligence and protection, sometimes led to "strange people" appearing on his doorstep, he said in a recent interview. Kane was one of them, he said.

A mutual acquaintance still in government service -- Brandon wouldn't identify the person or agency -- provided the introduction.

"For some reason, this guy thought we might have something in common with Kane. We didn't really," Brandon said. "One of Rob's big problems is he is a teller of tall tales."

Kane, living in the Pacific Northwest at the time, showed up at Brandon's office in Washington, D.C.

"He was a pleasant fellow but spun some tales that I felt were pretty obviously good stories and kind of interesting but nothing more than that," Brandon said. "If you've been around Rob for more than about 30 seconds, you hear that stuff."

However, Brandon said, a few of Kane's assertions "rang true," such as the possibility he may have helped the FBI somehow.

Over an 18-month period, Kane called him about three or four times, then "dropped off the radar for two or three years." Then, a couple of years ago, Kane called Brandon again.

"He was living in Alaska; he was working with an attorney named Mark Avery." Kane said Avery was interested in setting up a company similar to Smith Brandon in Anchorage that would take advantage of Alaska's connections to Asia, Brandon said.

Avery and Kane were introduced by Kane's mother, a real estate agent who sold Avery a home in Eagle River, according to Stockler, one of Kane's lawyers.

Avery is a former state and city prosecutor, son of a prominent San Francisco tax and estate lawyer, and since last year owner of Security Aviation. Avery rapidly expanded the charter company and started or bought a string of other businesses including a paramedic school.

Avery gave Kane broad authority in the companies he owned. Investigators found an Aug. 10, 2005, memo in which Avery told employees that Kane spoke with Avery's own voice.

Brandon and Avery briefly flirted with the idea of joining forces in an Anchorage office, creating and then dissolving Smith Brandon International--Alaska over a six-week period in 2005, according to state records.

COMPANY POSITION UNCLEAR

In keeping with his man-of-mystery character, Kane's exact position with Avery's various companies is unclear. Kee said he's a consultant. In the indictment, he's described as a "principal with authority, for example, to hire and fire employees, to spend company funds and to purchase aircraft" for Security Aviation, Regional Protective Services, High Security Aviation and Regional Phone Solutions, among others. His wife told a federal agent he was paid $20,000 a month by an Avery company.

4

He clearly was Avery's trusted aide, friend and adviser. In December, when David Bean -- now Security Aviation senior vice president -- was interviewed for a job, Kane joined Avery for the interview, Bean said recently in court, when he, too, offered to supervise Kane should he be released.

Smith, now training sergeant for the Anchorage Police Department, said in an interview that he became reacquainted with Kane -- son of his former colleague -- about a year or so ago and that Kane, along with Avery, seemed to be running the flight business.

Smith said he spoke with them about providing firearms training for flight medics and pilots but hadn't yet done so.

In their searches, federal agents turned up a somewhat menacing vision for the company. In Security Aviation files, they found a logo design for a patch that featured an L-39 jet superimposed over a globe. In one version, the words "Kane's Killers" were inscribed on the edges of the patch, the indictment says.

Kane appeared to have two offices in one wing of the C Street building, FBI special agent Jolene Bronkhorst testified at the detention hearing.

In the main office, with Kane's nickname "Commander" on the door, agents found an account card from the Bank of the Middle East, Bronkhorst testified. They found a blank application for permanent residency in the Bahamas. They turned up business cards from Ukraine, Russia and United Arab Emirates, Bronkhorst testified.

In the smaller office, agents found weapons, including what were described as AK-47-type assault rifles and a .50-caliber sniper rifle with a large scope, the agent said.

Kane is appealing the decision to hold him without bail. He is scheduled to be arraigned today in U.S. District Court. Security Aviation, represented by former U.S. Attorney Bob Bundy, is to be arraigned next week.

Daily News reporter Lisa Demer can be reached at ldemer@adn.com and 257-4390. Richard Mauer can be reached at rmauer@adn.com and 257-4345. Reporter Tataboline Brant contributed to this story.

Author: LISA DEMER and RICHARD MAUER
Anchorage Daily News
Staff
Section: Main
Page: A1

Copyright (c) 2006, Anchorage Daily News

**Mock, Cathy**

| | |
|---|---|
| From: | infoweb@newsbank.com |
| Sent: | Wednesday, May 03, 2006 2:07 PM |
| To: | Mock, Cathy |
| Subject: | Requested NewsBank Article |

Paper: Anchorage Daily News (AK)
Title: Hearing casts light, shadows on Security Aviation man - ROB KANE: Testimony points
to man accused of rocket-launcher possession as recent FBI informant.
Author: RICHARD MAUER and LISA DEMER
Anchorage Daily News
Staff
Date: March 2, 2006
Section: Main
Page: A1

Rob Kane, the Eagle River man accused of illegally possessing two Soviet bloc rocket
launchers, worked as an informant for the FBI as recently as last year, according to
testimony at a new bail hearing Wednesday.Kane, 37, is asking federal Magistrate John
Roberts to reconsider his Feb. 8 decision denying Kane bail as a flight risk. Kane's
attorneys said Kane was willing to post a $100,000 bond and offered Charles Sandberg, the
real estate broker who employs Kane's mother at Next Home Real Estate, as a round-the-
clock custodian.

Time ran out on the hearing Wednesday afternoon and Roberts ordered it continued this
morning. He said his decision would be a "close call."

While the hearing shed some light on Kane, the self-styled commander at Security Aviation,
it also deepened the mystery of what he did for Security owner Mark Avery and raised new
questions about the volumes of money that Avery appeared to have been throwing around.

Interviews and prior court testimony have shown that Kane is probably the No. 2 behind
Avery, who over the past year has spent millions of dollars building an air charter,
medevac and security business anchored to the aviation company. Security Aviation and
related companies, like Regional Protective Services LLC, are all registered with the
state as wholly owned by Avery, a former municipal and state prosecutor who, as recently
as 2004, gave his address as a modest duplex near Russian Jack Park. He now lives off
Eagle River Road.

In addition to the most direct evidence to date that Kane was an informant for Robert
Coffin, an FBI agent in Clearwater, Fla., the testimony and evidence at the hearing
Wednesday did little to cast Security Aviation and related companies as just ordinary
businesses.

* For a birthday present, Avery spent $2.4 million to buy Kane a World War II Corsair F4U-
4, the fearsome, propeller-driven, 460 mph Navy fighter dubbed "Whistling Death" by the
Japanese. Avery had "Rob 'Kandy' Kane" painted on the side of the plane. FAA records list
the Corsair as owned by High Security Aviation LLC, a wholly owned subsidiary of Security
Aviation. Kane is not a licensed pilot and has never been in the U.S. military, according
to testimony.

* Avery paid $711,000 cash for the Eagle River home that Kane and his Filipino wife of
about 10 years, Karen, moved in to. The home is listed in state and city records as being
owned by Avery's Regional Property Services LLC.

* A government search of Kane's computers seized Feb. 2 uncovered scanned images of phony

1

government identification cards, including one for the international airport at Cebu, in the Philippines. Other cards licensed the holder to possess weapons in the Philippines.

\* Contrary to assertions by defense witness Joe Griffith, a former wing commander at Elmendorf Air Force Base and a prominent Anchorage businessman, that the rocket launchers were "demilitarized," the government presented evidence that they were fully operational. There was no evidence that Kane or Security had obtained rockets, though agents found operation manuals and rocket specifications at Security Aviation for the air-to-ground weapons.

Griffith, the former chief executive of Chugach Electric Association, has been a training and business development consultant to Security Aviation since last fall, shortly after Avery bought the company. In testimony on behalf of Kane, Griffith said he was present when the crates containing the rocket launchers arrived at the Security hanger at Ted Stevens Anchorage International Airport.

The 16-tube rocket launchers, with Russian lettering, were designed to be fitted to the L-39 Czech military trainer jets Avery had purchased. Federal agents seized Avery's eight jets in the aftermath of the Feb. 2 raids on Security hangers in Anchorage and Palmer and Avery's company headquarters in a former bank building on C Street.

Griffith said the rocket launchers were not operational and might as well have been turned into coffee tables. But under withering cross-examination by assistant U.S. attorney Steve Skrocki, Griffith acknowledged he was basing his assertion on an advertisement from the man who sold the launchers as well as his own "cursory" examination that didn't even include a close visual inspection. Griffith said many of his assumptions were based on the way similar American launchers were designed, not Soviet-era ones.

A federal agent who participated in the search of Kane's house testified that he was told by an expert from the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives that the launchers' wiring was intact, though some terminals were misnumbered in a common mistake of Soviet equipment. Skrocki suggested that the rocket-control wiring in the jets themselves was also intact, even if the actual cockpit controls were missing.

Griffith said Security Aviation had hoped to contract with the U.S. military to use the jets in "opposition air" combat training, where dissimilar planes are used to simulate actual warfare. Griffith said no such contracts had been signed.

He also said that he had come up with a business idea to train Philippine forces using the L-39 jets. The planes, with a maximum 600-mile range, could not be flown there easily, he said, though he acknowledged they could be transported aboard ships. Or the training could take place elsewhere, he said.

Sandberg was the latest potential custodian presented to Magistrate Roberts by Kane's lawyers. At the last hearing, federal prosecutors questioned the propriety of using the prior suggested custodians: two Security Aviation officials and the wife of an Anchorage police officer who moonlighted at the company.

Sandberg said he has known Kane's mother for years and testified he would carefully oversee Kane's every movement as ordered by the court.

But he acknowledged he also had a strong business connection to Avery. His firm earned the commissions on the purchase of Kane's and Avery's Eagle River homes, and he personally stood to earn another $17,000 commission in September if the contracted purchase of Security's Palmer hanger were consummated.

Sandberg said he knew little about Kane, including what he did for Avery besides keeping irregular hours. He said he had little idea what Kane did to support himself during the time Kane spent in the Philippines.

"He said he was there working with the military. He said he was working with the Philippine police," Sandberg said.

As they had in the earlier hearings, Kane's attorneys tried to introduce evidence that Kane had worked for the U.S. government, but they made little progress after Skrocki argued the matter was irrelevant at a bail hearing and was more suited for trial.

Kevin Fitzgerald, one of Kane's attorneys, argued that Kane didn't present a danger to the community and would not try to flee.

After the hearing recessed, another Kane attorney, James Kee of Duncan, Okla., accused the prosecutor of trying "to pull the wool" over the magistrate's eyes by blocking evidence of Kane's U.S. government connections. Kee said that FBI Agent Coffin had copies of the phony identification cards in his Florida files because Kane had used them in his undercover work. Kee declined to elaborate, though he added that he believes Coffin's superiors were preventing him from speaking to Kane's defense team.

Calls to Coffin's office last week were not returned.

Daily News reporter Richard Mauer can be reached at rmauer@adn.com or 257-4345. Daily News reporter Lisa Demer can be reached at ldemer@adn.com or 257-4390.

Author: RICHARD MAUER and LISA DEMER
Anchorage Daily News
Staff
Section: Main
Page: A1

Copyright (c) 2006, Anchorage Daily News

## Mock, Cathy

**From:** infoweb@newsbank.com
**Sent:** Wednesday, May 03, 2006 2:06 PM
**To:** Mock, Cathy
**Subject:** Requested NewsBank Article

Paper: Anchorage Daily News (AK)
Title: Kane bail pegged at $200,000 - SECURITY AVIATION: Broker will have 24-hour custody of accused.
Author: RICHARD MAUER and LISA DEMER
Anchorage Daily News
Staff
Date: March 3, 2006
Section: Main
Page: A1

A federal judge reversed himself Thursday and set bail for Rob Kane, the Security Aviation "commander" arrested a month ago on charges of possessing illegal Soviet-era rocket launchers.Kane, 37, of Eagle River, was ordered released on $200,000 bail in the 24-hour custody of Charles Sandberg, the real estate broker who employs his mother. A spokesman for the U.S. Marshal's Service said Kane would probably make bail this morning.

"We should've stood up and cheered," a Kane co-worker said as she left the courtroom when the bail hearing ended shortly after noon.

"It's a good thing you didn't," responded a court security officer, one of many detailed at strategic locations around the courtroom.

As at each of Kane's court appearances, the courtroom was filled with employees of Security Aviation, Regional Protective Services and related companies, all of them owned by Anchorage attorney Mark Avery. Kane worked for Avery and was richly rewarded, though what he did for his employer wasn't any clearer after this two-day bail hearing than it was after earlier court sessions.

In releasing him until his trial, scheduled to start May 3, U.S. Magistrate Judge John Roberts ordered Kane to stay away from firearms, airports, computers and witnesses. Roberts said the only identification he could carry is his Alaska driver's license, not any passport or the many phony ID cards and badges found in his possession by the FBI and other government agents during searches of his home and three businesses Feb. 2.

Kane will move into Sandberg's own upstairs bedroom in his zero-lot line home near O'Malley Road and the New Seward Highway. Roberts said Kane will need special permission from federal pretrial services officers when he goes with Sandberg to the Mat-Su Valley office of Sandberg's company, Next Home Real Estate, or anywhere else out of Anchorage.

As Roberts was numerating the restrictions, the only other sound that could be heard in the courtroom was Kane's loud whispering to his attorneys, his back to the judge. Finally Roberts paused midthought. When the whispering stopped, Roberts scolded the defense table for not paying attention as he issued instructions which, if violated, could send Kane back to jail.

Roberts had ruled Feb. 8 that Kane was a flight risk and denied him bail. But Kane got three new lawyers after that hearing and asked Roberts to reconsider. Before announcing his decision Thursday, Roberts said a defendant generally has the right to bail, leaving a heavy burden on the government to prove otherwise.

1

Assistant U.S. attorney Steve Skrocki said nothing had changed in the last two weeks to show Kane was any more responsible. Testimony from four potential custodians, including Sandberg, shed almost no light on Kane's character, employment or personal history, aside from a strong connection to the Philippines, where his wife is from and where he still owns property.

"Nobody knows who Mr. Kane is," Skrocki said. Kane has no known U.S. bank accounts, he said, and has left almost no trace in public records. "He runs on a cash basis."

Avery provided Kane with a house, cars, airplanes and a monthly salary of $20,000. Kane's wife, Karen, received an additional $10,000 monthly allowance from Avery, Skrocki said.

That's $360,000 a year, Skrocki said, but no one knows whether the money is invested or buried in the yard.

Though Kane grew up in Anchorage, his only community ties now appear to be through his employment, Skrocki said. Neither his parents, who live in Anchorage, nor his wife testified on his behalf, Skrocki said.

As strange and perplexing as Skrocki tried to portray Kane, defense lawyer Kevin Fitzgerald tried to make him look normal. At worst, Fitzgerald said, Kane is "a man that thinks very highly of himself."

And Kane isn't the only consultant in Alaska of whom little is known of the work performed, Fitzgerald said. "A certain state senator" also shares that distinction, he noted. That obvious reference to Senate President Ben Stevens, who has reported more than $1.5 million in consulting fees since he took office but has refused to describe his work, elicited a rebuke from the judge.

Fitzgerald argued that the public was never in danger from the rocket launchers, which were designed for use on Czech L-39 military planes. Avery owned a small fleet of L-39s, but they were incapable of launching a rocket attack even if Kane possessed rockets, which he didn't, Fitzgerald said.

Kane has no interest in fleeing, Fitzgerald said, because the charges are weak and he wants to return to his work.

Daily News reporter Richard Mauer can be reached at rmauer@adn.com or 257-4345.

Author: RICHARD MAUER and LISA DEMER
Anchorage Daily News
Staff
Section: Main
Page: A1

Copyright (c) 2006, Anchorage Daily News

**Mock, Cathy**

From:            infoweb@newsbank.com
Sent:            Wednesday, May 03, 2006 2:06 PM
To:              Mock, Cathy
Subject:         Requested NewsBank Article

Paper: Anchorage Daily News (AK)
Title: Kane's wife faces grief of her own - IMMIGRATION: Filipino on fringe of Security
Aviation case marked for deportation.
Author: LISA DEMER and RICHARD MAUER
Anchorage Daily News
Staff
Date: March 4, 2006
Section: Alaska
Page: B1

Karen Kane, whose husband, Rob, was released from jail Friday in the Security Aviation
case, now faces her own troubles with immigration authorities.Karen Kane is from the
southern Philippines island of Mindanao. She overstayed her visitor's visa and has been
placed into deportation proceedings, said Kevin Blackmore, resident agent in charge with
U.S. Immigration and Customs Enforcement.

She will get the chance to make her case on why she should be allowed to remain in the
United States at a hearing before an immigration judge, he said. A date has not yet been
set. She is not in custody.

Blackmore wouldn't comment on what brought Karen Kane to the attention of immigration
authorities. He also wouldn't specify when Kane was told she was being put into
immigration proceedings. Federal agents investigating her husband have testified that she
is from the Philippines.

Rob Kane, 37, was arrested Feb. 2 on charges of illegally possessing rocket launchers. He
walked out of jail Friday morning after posting $200,000 bail. His whereabouts will be
tracked electronically and he will be in the custody of Charles Sandberg, a real estate
broker who employs Kane's mother, Terri Davis.

Kane is a well-paid top official in a string of businesses owned by former state and city
prosecutor Mark Avery that include Security Aviation Inc., Regional Protective Services
LLC and High Security Aviation LLC.

Kane made $20,000 a month and his wife received her own $10,000 a month allowance from
Avery, according to testimony and federal prosecutor Steve Skrocki. Avery paid $711,000
for the couple's Eagle River home, which is in the name of another Avery company, Regional
Property Services, according to court testimony.

Marrying a U.S. citizen can give a foreign-born person the right to live in the United
States -- if the couple files the proper forms.

But if a couple fails to submit the paperwork and immigration authorities start
deportation proceedings, it becomes much more difficult to remain in the United States,
said Russell Ahr, an Immigration and Customs Enforcement spokesman in Phoenix.

Michael Stahl, an immigration lawyer representing Karen Kane, attended one of Rob Kane's
court hearings this week. Stahl said he had not been given permission to speak publicly
about the matter.

1

According to testimony in Rob Kane's bail case, Rob Kane married Karen about 10 years ago. Sandberg testified the couple arrived in Anchorage from the Philippines about a year ago. Rob Kane grew up in Anchorage.

Daily News reporter Lisa Demer can be reached at ldemer@adn.com and 257-4390. Richard Mauer can be reached at rmauer@adn.com and 257-4345.

Author: LISA DEMER and RICHARD MAUER
Anchorage Daily News
Staff
Section: Alaska
Page: B1

Copyright (c) 2006, Anchorage Daily News

**Mock, Cathy**

| | |
|---|---|
| **From:** | infoweb@newsbank.com |
| **Sent:** | Wednesday, May 03, 2006 2:04 PM |
| **To:** | Mock, Cathy |
| **Subject:** | Requested NewsBank Article |

Paper: Anchorage Daily News (AK)
Title: FBI suspected raid on trust in Security Aviation growth - AFFIDAVITS: Prosecutors say ''mountain of information'' led officials to suspect fraud.
Author: LISA DEMER and RICHARD MAUER
Anchorage Daily News
Staff
Date: April 5, 2006
Section: Main
Page: A1

Security Aviation Inc. executives lied about winning massive government contracts for war games and covert operations to cover up what authorities suspected was the real source of their money: a raid on a private trust connected to company owner Mark Avery, federal prosecutors assert in new court filings.Avery and his associate, Rob Kane, led the company in an explosion of growth starting in July 2005, purchasing executive jets, helicopters, Warsaw Pact military planes, vehicles, real estate, boats and businesses in Alaska and Nevada with no apparent worry over costs, financing or payroll. Last fall, Kane said that Security Aviation and another company owned by Avery spent $54 million in 10 days, the government says in one of the new documents.

The latest round of filings in U.S. District Court show that federal authorities had been investigating the pair since at least October.

The new documents, filed this week, are part of the government's efforts to fight off attempts by lawyers for Security Aviation and Kane to suppress evidence seized in searches in February. Security Aviation and Kane are under indictment on charges of illegally possessing and transporting Russian rocket launchers for the '70s-era Czech military jets.

The government's responses are loaded with startling revelations about the government's investigation into Avery's rapid buildup of Security Aviation and related companies. Both sides have lifted snippets out of sworn statements filed by an FBI agent to convince Magistrate Judge John Roberts to issue a series of search warrants between Feb. 1 and Feb. 3. The filings don't give the whole picture, and the affidavits are still under seal. But prosecutors said the affidavits present "a mountain of information" that led them to suspect that fraud was committed against the trust and an Anchorage bank.

The new documents reveal that:

* Kane told a witness he and his Alaska associates "are currently engaged in 'black ops' and that he claimed to be transporting detainees for the U.S. government from overseas." Kane claimed they had Defense Department contracts to serve as opposition forces in training missions and "evacuation contracts with 300 embassies and consulates in the Pacific Rim region."

The Defense Department, the State Department and the Air Force all denied the existence of such contracts, prosecutors wrote.

* Kane boasted, sometimes in outlandish or contradictory terms, about money. He told one former Security Aviation employee on Jan. 26 that "I have more money than God" and another government witness that he was worth $660 million he had inherited from a presidential

adviser who had died the previous year. But he also told a government agent that "Avery is the money man."


* Kane insisted on strict computer security measures including e-mail and data encryption and emergency data destruction systems. "Kane and Avery advised two witnesses that they required extraordinary computer and communications security, including CIA grade encryption, to protect a 'trust' and their companies from unspecified outsiders who will scrutinize multimillion-dollar international wire transfers by Avery and Kane," prosecutors wrote.


* Kane was involved in earlier government investigations involving the "illegal possession of automatic weapons, grenade launchers, and hand grenades, among other items including the use of a rocket launcher in Oregon in 2003," prosecutors wrote. They do not specify whether Kane was a target of those investigations. The rocket launchers in the current case are designed to be mounted on planes, but other types can be shoulder-held.


Avery is one of three trustees for the May and Stanley Smith Charitable Trust, which prosecutors say was the suspected source of a $50 million "loan" that fueled "Avery's extensive and multimillion-dollar investment into Security Aviation and a horde of other business ventures, none of which were charitable in nature."


The government is relying heavily on comments purportedly made by Kane and Avery themselves, in particular assertions that their money came from a trust. While those claims led to the original searches, prosecutors have not said whether they have uncovered evidence showing the Smith trust was plundered to cover Avery and Kane's investments.


The search warrant affidavits by FBI special agent Matthew Campe list both specific and general claims of wire transfers of funds into Avery's businesses through Wells Fargo Bank and other means, says one government filing, by assistant U.S. Attorney Steven Skrocki.


"Both men made mention of a 'trust' and Avery in particular made reference to a 'loan,' " the government says. Investigators suspected when they sought the search warrants that "the source of Avery and Kane's incredible expenditures in such a short period of time, at least $50 million, came from a raid on the May and Stanley Smith Charitable Trust either via the trust itself or through some type of shell company," the government says.


Defense lawyers have said that the money fueling Security Aviation and other businesses is legitimate and the government has overreached in its case involving the rocket launchers. The only criminal charges so far revolve around the fact that Kane and the company failed to register the launchers. Defense lawyers say that's essentially a paperwork issue. On Tuesday, a Security Aviation lawyer declined to comment on the newest government filings.


The Smith trustees each are paid $400,000 a year to administer the trust, which was established by Avery's father, Luther Avery, a celebrated tax and estate lawyer in San Francisco. Mark Avery inherited his seat on the trust after his father died in 2001.


The other two trustees, investment adviser John P. Collins Jr. and retired accountant N. Dale Matheny, are both Californians, and the trust has operated out of Matheny's office on Market Street in San Francisco. According to the new government filing, the trust stopped filing records in California after March 2004 because it had moved. Investigators have been unable to find the main body of the trust, prosecutors wrote.


The trust was valued at nearly $360 million at the end of 2004, and it issued about $8 million in grants that year, according to its last report to the Internal Revenue Service. Matheny, in an earlier telephone interview, denied any money had gone to Avery or his businesses. Efforts to reach Matheny and Collins in recent weeks have been unsuccessful.

2

According to previous news accounts about the trust, Stanley Smith was an orchid collector and Australian war correspondent who made a fortune mining in Malaysia. Smith died in 1982. His widow is May Wong Smith.

The FBI agent, Campe, believes that "Avery and Kane appear to have gone to great lengths to conceal the whereabouts of May Wong Smith," Skrocki wrote. Kane's wife told investigators an "old lady" in the Bahamas was being taken care of by a husband and wife, who are former law enforcement agents, hired by Avery.

Security Aviation and related companies started or bought by Avery had at least 20 separate bank accounts with suspicious wire transfers and online transfers, the government says.

The government also is investigating the circumstances of a loan made last year by Wells Fargo Bank to Security Aviation. The loan officer was Joseph Kocienda, who later went to work for Avery. Kocienda is now financial officer of all the Avery companies, according to a letter filed in court. The Oct. 4 credit report for the loan attributes Security Aviation's growth to a $30 million Department of Defense contract and also refers to over $150 million in new contracts.

In an affidavit in court, Kocienda acknowledged being the source of those statements while he worked for the bank but said he meant to say the company was in negotiations for potential new defense and government contracts.

In a brief telephone interview Tuesday afternoon, Kocienda said he couldn't remember the circumstances of how such a mistake occurred. He said the loan was clearly justified. "To me it was a slam dunk," he said.

But the government says Kocienda's sworn statement is "a model of obfuscation." It makes no sense for an experienced financial officer like Kocienda to make such a blunder, the government says.

"The fact that Kocienda went to work for Security Aviation after his involvement with this particular loan, when the loan was based on false statements, raises more questions than it answers," the prosecution wrote in its filing.

Contact Daily News reporter Lisa Demer at ldemer@adn.com or 257-4390, and reporter Richard Mauer at rmauer@adn.com or 257-4345.

Author: LISA DEMER and RICHARD MAUER
Anchorage Daily News
Staff
Section: Main
Page: A1

Copyright (c) 2006, Anchorage Daily News

## Mock, Cathy

**From:**        infoweb@newsbank.com
**Sent:**        Wednesday, May 03, 2006 2:04 PM
**To:**          Mock, Cathy
**Subject:**     Requested NewsBank Article

Paper: Anchorage Daily News (AK)
Title: Cop warned FBI off Security Aviation, papers say - DOCUMENTS: Warrants, affidavits,
inventories reveal details of inquiry into weapons, financial trust.
Author: RICHARD MAUER and LISA DEMER
Anchorage Daily News
Staff
Date: April 12, 2006
Section: Main
Page: A1

A longtime local cop angrily demanded that the FBI look the other way from the explosive,
unexplained growth of Security Aviation, fearing an investigation would disrupt the money
party that began in the summer of 2005.Stop "putting your nose where it doesn't belong,"
the unnamed cop growled at a federal law enforcement officer, according to a sworn FBI
statement. "A lot of people think this is a good thing. There is a lot of money being
spread around and going through banks in this town -- $162 million at one bank."

The officer's statement, described as a "veiled threat" and a reason for the FBI
investigation to remain covert until it was sprung in a series of armed raids starting
Feb. 2, was contained among more than 800 pages of search warrants, FBI affidavits,
inventories of seized material and related documents unsealed this week in federal court.

The affidavit didn't say which local agency employed the officer, and assistant U.S.
attorney Steve Skrocki declined to elaborate.

After hearing the statement read over the phone on Tuesday, Anchorage deputy police chief
Audie Holloway said he will contact the FBI to find out if it's a member of the Anchorage
Police Department. If so, he said, "we'd do an investigation to see if he did do anything
that was outside of policy."

Small portions of the documents released this week were previously made available in court
documents filed by defense lawyers and prosecutors. But the massive filing, unsealed by
U.S. Magistrate Judge John Roberts at the request of the U.S. Attorney's Office, reveals
many of the facts and suspicions leading up to the Feb. 2 raids and the arrest of Security
Aviation's second-in-command, Rob Kane, on federal weapons charges. Kane and the company
are charged with  illegal possession and transportation of Soviet-era rocket launchers
capable of being mounted on its fleet of Czech-made L-39 Albatross jets.

The defendants say the rocket launchers were just for show and are incapable of being
used. Their trial is scheduled for next month.

Court documents have shown the government also is investigating suspicions of bank fraud,
wire fraud and other financial crimes. No financial fraud charges have been filed.

Bob Bundy, Security Aviation's attorney, said the newly released documents change little.
When the government investigation is complete, he said, it will be clear "everything was
on the up and up."

The freshly unsealed documents say directly for the first time that in addition to Kane

1

two other people were subjects of the government's investigation.

One was Mark Avery, a former city and state prosecutor who last summer bought Security Aviation, an air charter company, and created or acquired a host of related companies in Alaska, Nevada and elsewhere. Avery is also one of three trustees of the nearly $360 million May and Stanley Smith Charitable Trust, a position he inherited from his late father, a noted San Francisco expert on trusts. The FBI said in court documents that it suspected the trust was illegally raided to support Avery's purchases.

The government also named an Anchorage man who repairs and sells firearms, Dennis Hopper, as a subject of its investigation. Hopper has federal licenses to make and sell silencers and machine guns and has told federal witnesses he was involved in "black ops" and classified U.S. government operations. He claimed to have brought "foreign nationals" to Alaska in Security Aviation aircraft, an FBI affidavit said.

Neither Avery nor Hopper has been charged criminally. Hopper's attorney, Brent Cole, said he doesn't believe his client is still under investigation.

"I read that whole affidavit, and I am still trying to figure out what laws were broken. I've never seen anything like it," Cole said. "It's a bunch of hunches and suppositions and maybes."

Reached Tuesday afternoon, Avery declined to reveal much about the case or his defense.

"When someone is in this position, the only strength they have in dealing with litigation and the government is not to tip their hand to the government," Avery said.

The documents, while generally dismissive of Kane's often-voiced claims of a background in law enforcement, special operations and intelligence, nevertheless provided some support for his assertions. The investigation's case officer, FBI special agent Matthew Campe, said in several of the affidavits that the Tampa FBI field office listed Kane as an informant until mid-2005.

"He is no longer acting in that capacity," wrote Campe, who began looking into Kane at least a year ago.

When agents arrived with an arrest warrant at Kane's Eagle River house Feb. 2, his wife, Karen, urged them to verify Kane's connection to the bureau through two FBI agents, Bob Coffin in Clearwater, Fla., near Tampa, and Mark Pinto in Las Vegas.

Coffin has not returned calls placed to his office. Pinto said Tuesday he couldn't comment without approval from a supervisor. A spokesman for the Las Vegas FBI field office said approval wouldn't be given at least until the Anchorage case is resolved.

When agents raided the C Street headquarters of Avery, Kane and Hopper, they found a fax to Kane from Coffin dated Jan. 12, 2005. The seized item inventory didn't say what was in the fax.

The agents also found three separate copies, in different locations, of Pinto's itinerary for a trip from Las Vegas to Anchorage on March 30, 2005. They also found a copy of a letter from the Philippine National Police to Pinto requesting counterterrorism training.

Kane has spent years in the Philippines and his wife is from the southern Philippine island of Mindanao, where at least two insurgent organizations, one affiliated with al-

Qaida, are operating. Kane has boasted he is involved in training counterinsurgency forces.

According to state corporation records, the day before Pinto's scheduled arrival, Avery signed papers establishing Smith Brandon International-Alaska, an affiliate of a Washington, D.C., security company co-founded by Skip Brandon, a former deputy assistant director of the FBI.

In an interview in February, Brandon said Kane had sought him out years ago, but Brandon said he thought Kane was a braggart and had little respect for him. He was more impressed with Avery, whom he met later, he said, and decided to go into business with him before changing his mind.

Brandon helped Avery with the Smith trust, "including moving the woman who was behind the trust," he said in February. "She was old and senile and they wanted to move her to a new home overseas."

The unsealed documents contained numerous references to Brandon, including the move of May Wong Smith from England to the Bahamas. May Smith created the charitable trust in 1989 with the help of Avery's father. Her late husband, Stanley Smith, made a fortune mining in Malaysia.

Agents found a copy of a fax to Brandon in an folder with other items from January 2005. The fax contained copies of passports of Avery, Kane and Hopper. At the end of that month, according to Campe's affidavits, the three men were aboard a chartered plane that flew first to Britain and then, in, early February, to the Bahamas, where they left Smith.

On Tuesday, Brandon said he cannot talk anymore about the case.

Campe said he believed "that May Wong Smith is very aged and may be suffering from Alzheimer's disease, possibly rendering her incapable of cognizant understanding concerning the use of the trust proceeds and corpus." He charged that Avery and Kane "have gone to great lengths to conceal the whereabouts of May Wong Smith."

In a telephone interview Tuesday, Avery said May Smith used to live in the Bahamas and it only made sense for her to return there. She has Alzheimer's and is receiving good care from Brad and Theresa Zimmerman, a former law enforcement couple he hired to watch over her, he said. Brad Zimmerman left his job as court services officer for the Alaska Department of Public Safety in December 2004. His wife may have worked in law enforcement in another state.

May Smith has no family, Avery said, and he is trustee over her own funds as well as the May and Stanley Smith Charitable Trust.

"Her former caretakers became aged and infirm and needed to be replaced and it fell upon me to come up with a new care package for her," Avery said.

Kane's wife told investigators that she overheard a discussion about a $50 million loan that she believe came from a trust Avery was in charge of. Avery said there was no loan.

"There is a business relationship that is not described as a loan and beyond that I am not going to tell you because I would be helping the government," he said. The business relationship was "to provide services for Mrs. Smith and the trusts," Avery said, but he wouldn't explain further.

3

During the Feb. 2 search of Avery's C Street offices, agents found May Smith's prescription vials for an anti-psychotic medicine, a sedative, a narcotic and antihistamines that can be used to treat motion sickness.

Avery said the vials were all empty and he needed them to create a record of her medications. He said he doesn't believe she remains on those medications.

Daily News reporter Richard Mauer can be reached at rmauer@adn.com and 257-4345. Reporter Lisa Demer can be reached at ldemer@adn.com and 257-4390.

Author: RICHARD MAUER and LISA DEMER
Anchorage Daily News
Staff
Section: Main
Page: A1

Copyright (c) 2006, Anchorage Daily News