# Quality Services
# Media Summary Report

(907)274-1056

| Date | Channel | Time | Description |
|------|---------|------|-------------|
| 1/25/06 | 2 | 5:00 PM | Privately owned fighter jet crashed on approach to Ketchikan Airport, killing the pilot. |
| 1/25/06 | 2 | 6:00 PM | Privately owned fighter jet crashed on approach to Ketchikan Airport, killing the pilot. (R-EXP) |
| 1/25/06 | 2 | 10:00 PM | Privately owned fighter jet crashed on approach to Ketchikan Airport, killing the pilot. Red Cross is helping eight families displaced by the crash. (R-EXP) |
| 1/25/06 | 4 | 9:00 PM | Small jet crashed into a trailer park in Ketchikan; pilot was found dead after ejecting. |
| 1/25/06 | 11 | 5:00 PM | Small jet crashed into a trailer park in Ketchikan; pilot was found dead after ejecting. |
| 1/25/06 | 13 | 5:00 PM | Pilot of an experimental aircraft was killed when his plane crashed in Ketchikan. |
| 1/25/06 | 13 | 6:00 PM | Pilot of a privately owned military aircraft was killed when his plane crashed in Ketchikan. (R-EXP) |
| 1/25/06 | 13 | 10:00 PM | Pilot of a privately owned military aircraft was killed when his plane crashed in Ketchikan. (R) |
| 1/26/06 | 2 | 5:00 PM | Pilot Stephen Freeman of San Diego, flying a privately owned fighter jet for the U.S. Customs Service of Homeland Security, was called a hero for guiding the jet away from Ketchikan residents before crashing. |
| 1/26/06 | 2 | 6:00 PM | Pilot Stephen Freeman of San Diego, flying a privately owned fighter jet for the U.S. Customs Service of Homeland Security, was called a hero for guiding the jet away from Ketchikan residents before crashing. (R-EXP) |
| 1/26/06 | 2 | 10:00 PM | Pilot Stephen Freeman of San Diego, flying a privately owned fighter jet for the U.S. Customs Service of Homeland Security, was called a hero for guiding the jet away from Ketchikan residents before crashing. (R-EXP) |
| 1/27/06 | 11 | 5:00 PM | Investigation continues into the crash of a small jet in Ketchikan, which killed pilot Stephen Freeman; woman and her grandson escaped injury when the plane struck their trailer. Congressman Don Young's office was somehow involved in the incident. (Quote) |

(R) repeat of previous story      (R-EXP) expanded version of previous story

Thursday, May 04, 2006                                                                    Page 1 of 2

Exhibit B
Page 1 of 14

| Date | Channel | Time | Description |
|---|---|---|---|
| 1/27/06 | 11 | 6:00 PM | Investigation continues into the crash of a small jet in Ketchikan, which killed pilot Stephen Freeman. (R) |

(R) repeat of previous story     (R-EXP)expanded version of previous story

Thursday, May 04, 2006                                                                              Page 2 of 2

# Quality Services
# Media Summary Report

(907)274-1056

| Date | Channel | Time | Description |
|------|---------|------|-------------|
| 1/25/06 | 11 | 6:00 PM | Jet owned by Michigan-based Red Air crashed into a trailer park in Ketchikan; pilot was found dead after ejecting. Jet was apparently flown to Alaska for possible purchase by Security Aviation. (R-EXP) |
| 1/25/06 | 11 | 10:00 PM | Jet owned by Michigan-based Red Air crashed into a trailer park in Ketchikan; pilot was found dead after ejecting. Jet was apparently flown to Alaska for possible purchase by Security Aviation. Red Cross is helping affected families. (R-EXP) |
| 1/26/06 | 11 | 5:00 PM | Retired Marine Major Stephen Freeman was identified as the pilot killed in the crash of a small jet plane in Ketchikan; plane was apparently being repossessed by Red Air from Security Aviation. |
| 1/26/06 | 11 | 6:00 PM | Retired Marine Major Stephen Freeman was identified as the pilot killed in the crash of a small jet plane in Ketchikan; plane was apparently being repossessed by Red Air from Security Aviation. Red Cross is helping families affected when the plane crashed into a trailer park. Comments by Kelly Hurd. (R-EXP) |
| 1/26/06 | 11 | 10:00 PM | Retired Marine Major Stephen Freeman was identified as the pilot killed in the crash of a small jet plane in Ketchikan; plane was apparently being repossessed by Red Air from Security Aviation. Red Cross is helping families affected when the plane crashed into a trailer park. Comments by Kelly Hurd. (R-EXP) |
| 1/26/06 | 13 | 5:00 PM | Pilot killed in a jet crash in Ketchikan was identified as Stephen Freeman of San Diego; plane was in Alaska because Security Aviation planned to buy it, but decided against it because they did not feel it was airworthy. |
| 1/26/06 | 13 | 6:00 PM | Pilot killed in a jet crash in Ketchikan was identified as Stephen Freeman of San Diego; plane was in Alaska because Security Aviation planned to buy it, but decided against it because they did not feel it was airworthy. (R) |
| 1/26/06 | 13 | 10:00 PM | Pilot killed in a jet crash in Ketchikan was identified as Stephen Freeman of San Diego; plane was in Alaska because Security Aviation planned to buy it, but decided against it because they did not feel it was airworthy. (R) |

(R) repeat of previous story    (R-EXP) expanded version of previous story

| Date | Channel | Time | Description |
|---|---|---|---|
| 1/27/06 | 2 | 5:00 PM | Security Aviation said it wants to set the record straight regarding a privately owned fighter jet that crashed in Ketchikan. Security confirmed it bought five L-39's from Air USA and put deposits on four additional jets; company said the jets arrived in parts and were assembled from a mechanic's memory with no manuals. |
| 1/27/06 | 2 | 6:00 PM | Security Aviation said it wants to set the record straight regarding a privately owned fighter jet that crashed in Ketchikan. Security confirmed it bought five L-39's from Air USA and put deposits on four additional jets; company said the jets arrived in parts and were assembled from a mechanic's memory with no manuals. (R-EXP) |
| 1/27/06 | 2 | 10:00 PM | Security Aviation said it wants to set the record straight regarding a privately owned fighter jet that crashed in Ketchikan. Security confirmed it bought five L-39's from Air USA and put deposits on four additional jets; company said the jets arrived in parts and were assembled from a mechanic's memory with no manuals. (R) |
| 1/27/06 | 11 | 10:00 PM | Security Aviation continues to maintain that a small jet would not have crashed in Ketchikan if attention had been paid to their claims that the plane owned by Red Air was not airworthy. Officials with Congressman Don Young's office said Security Aviation's owner contacted them regarding the safety of the jet. (Quote) |
| 2/2/06 | 2 | 5:00 PM | FBI, ATF, DEA, Air Force, IRS and troopers conducted a search of Security Aviation's hangars in Anchorage and Palmer, as well as the corporate offices, with all operations shut down. Employee Robert Kane was arrested on a weapons related charge, specifically a rocket pod launcher. FBI said today's search and arrest are not connected to the fatal jet crash last week in Ketchikan. |
| 2/2/06 | 2 | 6:00 PM | FBI, ATF, DEA, Air Force, IRS and troopers conducted a search of Security Aviation's hangars in Anchorage and Palmer, as well as the corporate offices, with all operations shut down. Employee Robert Kane was arrested on a weapons related charge, specifically a rocket pod launcher. FBI said today's search and arrest are not connected to the fatal jet crash last week in Ketchikan. (R-EXP) |

(R) repeat of previous story    (R-EXP) expanded version of previous story

Wednesday, May 03, 2006    Page 2 of 10

| Date | Channel | Time | Description |
|---|---|---|---|
| 2/2/06 | 2 | 10:00 PM | FBI, ATF, DEA, Air Force, IRS and troopers conducted a search of Security Aviation's hangars in Anchorage and Palmer, as well as the corporate offices, with all operations shut down. Employee Robert Kane was arrested on a weapons related charge, specifically a rocket pod launcher. FBI said today's search and arrest are not connected to the fatal jet crash last week in Ketchikan. (R) |
| 2/2/06 | 4 | 9:00 PM | FBI arrested Robert Kane when he failed to admit he had a rocket pod launcher after search warrants were served at all Security Aviation locations. |
| 2/2/06 | 11 | 5:00 PM | FBI arrested Robert Kane when he failed to admit he had a rocket pod launcher after search warrants were served at all Security Aviation locations. |
| 2/2/06 | 11 | 6:00 PM | FBI arrested Robert Kane when he failed to admit he had a rocket pod launcher after search warrants were served at all Security Aviation locations. (R) |
| 2/2/06 | 11 | 10:00 PM | FBI arrested Robert Kane when he failed to admit he had a rocket pod launcher after search warrants were served at all Security Aviation locations. (R) |
| 2/2/06 | 13 | 5:00 PM | Security Aviation is on lockdown after federal, state, and local law enforcement agencies served search warrants; employee Robert Kane was charged with failing to register an explosive device. |
| 2/2/06 | 13 | 6:00 PM | Security Aviation is on lockdown after federal, state, and local law enforcement agencies served search warrants; employee Robert Kane was charged with failing to register an explosive deivce. |
| 2/2/06 | 13 | 10:00 PM | Security Aviation is on lockdown after federal, state, and local law enforcement agencies served search warrants; employee Robert Kane was charged with failing to register an explosive device. (R) |
| 2/3/06 | 2 | 5:00 PM | Federal agents continued to search the offices of Security Aviation as well as related companies owned by Mark Avery. Announcement was made that Security Aviation continues to operate normally and is cooperating with law enforcement agencies. |
| 2/3/06 | 2 | 6:00 PM | Federal search of Security Aviation offices and other companies owned by Mark Avery resulted in computers being locked up, including Regional Protective Services, which provides monitoring for defendants out on bail. Anyone on bail using RPS as part of their condition of release must be returned to custody. |

(R) repeat of previous story    (R-EXP)expanded version of previous story

Wednesday, May 03, 2006                                                    Page 3 of 10

Exhibit B
Page 5 of 14

| Date | Channel | Time | Description |
|---|---|---|---|
| 2/3/06 | 2 | 6:00 PM | Federal agents continued to search the offices of Security Aviation. Announcement was made that Security Aviation continues to operate normally and is cooperating with law enforcement agencies. (R) |
| 2/3/06 | 2 | 10:00 PM | Federal search of Security Aviation offices and other companies owned by Mark Avery resulted in computers being locked up, including Regional Protective Services, which provides monitoring for defendants out on bail. Anyone on bail using RPS as part of their condition of release must be returned to custody. (R) |
| 2/3/06 | 2 | 10:00 PM | Federal agents continued to search the offices of Security Aviation. Announcement was made that Security Aviation continues to operate normally and is cooperating with law enforcement agencies. (R) |
| 2/3/06 | 4 | 9:00 PM | Security Aviation President issued a statement clarifying the FBI's arrest of employee, Robert Kane, for failing to register a rocket pod launcher, and saying the company is cooperating thoroughly with law enforcement agencies. |
| 2/3/06 | 11 | 5:00 PM | Security Aviation President issued a statement clarifying the FBI's arrest of employee, Robert Kane, for failing to register a rocket pod launcher, and saying the company is cooperating thoroughly with law enforcement agencies. |
| 2/3/06 | 11 | 6:00 PM | Security Aviation President issued a statement clarifying the FBI's arrest of employee, Robert Kane, for failing to register a rocket pod launcher, and saying the company is cooperating thoroughly with law enforcement agencies. (R) |
| 2/3/06 | 11 | 10:00 PM | Security Aviation President issued a statement clarifying the FBI's arrest of employee, Robert Kane, for failing to register a rocket pod launcher, and saying the company is cooperating thoroughly with law enforcement agencies. (R) |
| 2/3/06 | 13 | 5:00 PM | Security Aviation spokesperson said they do not know why they are under investigation, but believe it is related to their L-39 jet program. |
| 2/3/06 | 13 | 6:00 PM | Security Aviation spokesperson said they do not know why they are under investigation, but believe it is related to their L-39 jet program. (R) |
| 2/3/06 | 13 | 10:00 PM | Security Aviation spokesperson said they do not know why they are under investigation, but believe it is related to their L-39 jet program. (R) |

(R) repeat of previous story    (R-EXP) expanded version of previous story

| Date | Channel | Time | Description |
|---|---|---|---|
| 2/6/06 | 2 | 6:00 PM | Closer Look: History of Security Aviation ownership and a summary of recent events. Comments by CEO Mark Avery on expansion to work with the military, which necessitates the purchase of fighter jets. |
| 2/7/06 | 2 | 5:00 PM | Robert F. Kane was arrested in the federal raid at Security Aviation and related companies. Kane was arraigned today for failure to register two rocket pod launchers. Hearing was continued until Wednesday. Connection with Security Aviation, specifically Regional Protective Services, is unclear. |
| 2/7/06 | 2 | 6:00 PM | Robert F. Kane was arrested in the federal raid at Security Aviation and related companies. Kane was arraigned today for failure to register two rocket pod launchers. Hearing was continued until Wednesday. Connection with Security Aviation, specifically Regional Protective Services, is unclear. (R-EXP) |
| 2/7/06 | 2 | 10:00 PM | Robert F. Kane was arrested in the federal raid at Security Aviation and related companies. Kane was arraigned today for failure to register two rocket pod launchers. Hearing was continued until Wednesday. (R-EXP) |
| 2/8/06 | 2 | 5:00 PM | Federal judge denied bail for Robert Kane who was arrested during the raid of Security Aviation and related companies. (Channel 2 video was of former police officer Cohen and not Robert Kane.) |
| 2/8/06 | 2 | 6:00 PM | Federal judge denied bail for Robert Kane who was arrested during the raid of Security Aviation and related companies. (R-EXP) |
| 2/8/06 | 2 | 10:00 PM | Federal judge denied bail for Robert Kane who was arrested during the raid of Security Aviation and related companies. (R) |
| 2/9/06 | 2 | 5:00 PM | Channel 2 learned there are new claims of international money crimes against Robert Kane. Report said he defrauded investors lured into non-existant or fabricated high value projects of a covert or confidential nature. Security Aviation says it continues to stand behind Kane. |
| 2/9/06 | 2 | 6:00 PM | Channel 2 learned there are new claims of international money crimes against Robert Kane. Report said he defrauded investors lured into non-existant or fabricated high value projects of a covert or confidential nature. Security Aviation says it continues to stand behind Kane. (R-EXP) |

(R) repeat of previous story   (R-EXP) expanded version of previous story

| Date    | Channel | Time     | Description                                                                                                                           |
|---------|---------|----------|---------------------------------------------------------------------------------------------------------------------------------------|
| 2/10/06 | 2       | 10:00 PM | Federal judge denied bail for Robert Kane who was arrested during the raid of Security Aviation and related companies.                |
| 2/12/06 | 4       | 9:00 PM  | Tipster Melissa Bucknall, a flight paramedic who turned Security Aviation in to the FBI, says a weapons cache aboard a jet prompted her to go to the authorities. |
| 2/12/06 | 11      | 5:00 PM  | Tipster Melissa Bucknall, a flight paramedic who turned Security Aviation in to the FBI, says a weapons cache aboard a jet prompted her to go to the authorities. |
| 2/12/06 | 11      | 10:00 PM | Tipster Melissa Bucknall, a flight paramedic who turned Security Aviation in to the FBI, says a weapons cache aboard a jet prompted her to go to the authorities. (R) |
| 2/23/06 | 2       | 5:00 PM  | Security Aviation is facing criminal charges relating to Robert Kane's possession of a rocket pod launcher.                           |
| 2/23/06 | 2       | 6:00 PM  | Security Aviation is facing criminal charges related to Robert Kane's possession of a rocket pod launcher. (R)                        |
| 2/23/06 | 2       | 10:00 PM | Security Aviation is facing criminal charges relating to Robert Kane's possession of a rocket pod launcher. (R-EXP)                   |
| 2/23/06 | 4       | 9:00 PM  | Security Aviation and one of its employees, Robert Kane, are facing federal charges for possessing rocket pod launchers.              |
| 2/23/06 | 11      | 5:00 PM  | Security Aviation and one of its employees, Robert Kane, are facing federal charges for possessing rocket pod launchers.              |
| 2/23/06 | 11      | 6:00 PM  | Security Aviation and one of its employees, Robert Kane, are facing federal charges for possessing rocket pod launchers. (R-EXP)      |
| 2/23/06 | 11      | 10:00 PM | Security Aviation and one of its employees, Robert Kane, are facing federal charges for possessing rocket pod launchers. (R)          |
| 2/23/06 | 13      | 6:00 PM  | Federal charges were filed against Security Aviation and Robert Kane for possession and transportation of two rocket pod launchers.   |
| 2/23/06 | 13      | 10:00 PM | Federal charges were filed against Security Aviation and Robert Kane for possession and transportation of two rocket pod launchers. (R) |
| 2/24/06 | 2       | 6:00 PM  | Closer Look: Interview with Joe Griffith of Security Aviation.                                                                        |

(R) repeat of previous story    (R-EXP) expanded version of previous story

| Date | Channel | Time | Description |
| --- | --- | --- | --- |
| 2/24/06 | 4 | 9:00 PM | Security Aviation officials called yesterday's federal indictment on charges of possessing unregistered destructive devices a surprise. Law Department spokesman says people need to check Alaska law before purchasing off the internet. |
| 2/24/06 | 11 | 5:00 PM | Security Aviation officials called yesterday's federal indictment on charges of possessing unregistered destructive devices a surprise. Law Department spokesman says people need to check Alaska law before purchasing off the internet. |
| 2/24/06 | 11 | 6:00 PM | Security Aviation officials called yesterday's federal indictment on charges of possessing unregistered destructive devices a surprise. Law Department spokesman says people need to check Alaska law before purchasing off the internet. (R) |
| 2/24/06 | 11 | 10:00 PM | Security Aviation officials called yesterday's federal indictment on charges of possessing unregistered destructive devices a surprise. Law Department spokesman says people need to check Alaska law before purchasing off the internet. (R) |
| 2/26/06 | 11 | 10:00 PM | Week in Review: New oil tax plan unveiled; World Championship Sled Dog Race cancelled; Security Aviation indicted on federal charges; Alaska Airlines had cabin pressurization problems; body of Richard Strick was recovered from an avalanche; Iditarod restart moved to Willow. |
| 2/27/06 | 2 | 5:00 PM | Robert Kane of Security Aviation plead not guilty to four charges centered on the possession of rocket pod launchers. |
| 2/27/06 | 2 | 6:00 PM | Robert Kane of Security Aviation plead not guilty to four charges centered on the possession of rocket pod launchers. (R-EXP) |
| 2/27/06 | 2 | 10:00 PM | Robert Kane of Security Aviation plead not guilty to four charges centered on the possession of rocket pod launchers. (R) |
| 3/1/06 | 2 | 6:00 PM | Federal judge is expected to give his decision on granting bail for Robert Kane on Thursday; Kane, an employee of Security Aviation, was arrested for possessing a rocket pod launcher. |
| 3/2/06 | 2 | 5:00 PM | Judge agreed to release Robert Kane on bail; Kane is an employee of Security Aviation. |

(R) repeat of previous story    (R-EXP) expanded version of previous story

Wednesday, May 03, 2006                                                                                    Page 7 of 10

Exhibit B
Page 9 of 14

| Date | Channel | Time | Description |
|---|---|---|---|
| 3/2/06 | 2 | 6:00 PM | Judge agreed to release Robert Kane on bail; Kane is an employee of Security Aviation. (R-EXP) |
| 3/2/06 | 2 | 10:00 PM | Judge agreed to release Robert Kane on bail; Kane is an employee of Security Aviation. (R) |
| 3/3/06 | 4 | 9:00 PM | Robert Kane, a Security Aviation employee arrested for illegal possession of rocket pod launchers, was released on bail. |
| 3/3/06 | 11 | 5:00 PM | Robert Kane, a Security Aviation employee arrested for illegal possesion of rocket pod launchers, was released on bail. |
| 3/3/06 | 11 | 6:00 PM | Robert Kane, a Security Aviation employee arrested for illegal possession of rocketpod launchers, was released on bail. (R) |
| 3/3/06 | 11 | 10:00 PM | Robert Kane, a Security Aviation employee arrested for illegal possession of rocket pod launchers, was released on bail. (R) |
| 3/7/06 | 2 | 5:00 PM | Security Aviation owner Mark Avery appeared in court on behalf of his company, entering a not guilty plea. |
| 3/7/06 | 2 | 6:00 PM | Security Aviation owner Mark Avery appeared in court on behalf of his company, entering a not guilty plea. (R-EXP) |
| 3/7/06 | 2 | 10:00 PM | Security Aviation owner Mark Avery appeared in court on behalf of his company, entering a not guilty plea. (R) |
| 3/29/06 | 11 | 5:00 PM | Federal government has been investigating Security Aviation for bank and wire fraud. Company and one employee have been charged with possessing unregistered rocket launchers. |
| 3/31/06 | 2 | 5:00 PM | Attorneys agreed on new bail conditions for Security Aviation employee Robert Kane. |
| 3/31/06 | 2 | 6:00 PM | Attorneys agreed on new bail conditions for Security Aviation employee Robert Kane. (R) |
| 3/31/06 | 2 | 10:00 PM | Attorneys agreed on new bail conditions for Security Aviation employee Robert Kane. (R) |
| 4/11/06 | 2 | 5:00 PM | Attorney Mark Avery, owner of Security Aviation, is the subject of a criminal investigation and a suspect in several alleged crimes. |
| 4/11/06 | 2 | 6:00 PM | Attorney Mark Avery, owner of Security Aviation, is the subject of a criminal investigation and a suspect in several alleged crimes. (R) |

(R) repeat of previous story    (R-EXP)expanded version of previous story

Wednesday, May 03, 2006                                         Page 8 of 10

| Date | Channel | Time | Description |
|---|---|---|---|
| 4/11/06 | 2 | 10:00 PM | Attorney Mark Avery, owner of Security Aviation, is the subject of a criminal investigation and a suspect in several alleged crimes. (R-EXP) |
| 4/12/06 | 2 | 5:00 PM | Security Aviation employee Robert Kane may have worked for at least two security agencies such as the FBI. Live interview with Kane's attorney Paul Stockler. Six jets are being returned to Security Aviation. |
| 4/12/06 | 2 | 10:00 PM | Security Aviation employee Robert Kane may have worked for at least two security agencies such as the FBI. Live interview with Kane's attorney Paul Stockler. (R) |
| 4/14/06 | 2 | 5:00 PM | Six of eight fighter jets were returned to Security Aviation by the federal government; company is working to get its military contract division back online. |
| 4/14/06 | 2 | 6:00 PM | Six of eight fighter jets were returned to Security Aviation by the federal government; company is working to get its military contract division back online. (R-EXP) |
| 4/14/06 | 2 | 10:00 PM | Six of eight fighter jets were returned to Security Aviation by the federal government; company is working to get its military contract division back online. (R) |
| 4/14/06 | 4 | 9:00 PM | Following an investigation by the FBI for possible weapons violations, Security Aviation had its jet planes returned today. |
| 4/14/06 | 11 | 5:00 PM | Following an investigation by the FBI for possible weapons violations, Security Aviation had its jet planes returned today. |
| 4/14/06 | 11 | 8:00 PM | Following an investigation by the FBI for possible weapons violations, Security Aviation had its jet planes returned today. (R-EXP) |
| 4/14/06 | 11 | 10:00 PM | Following an investigation by the FBI for possible weapons violations, Security Aviation had its jet planes returned today. (R-EXP) |
| 4/14/06 | 13 | 5:00 PM | Most of Security Aviation's fleet of L-39 fighter planes was returned following an FBI investigation for illegal possession and transport of rocket launchers. |
| 4/14/06 | 13 | 6:00 PM | Most of Security Aviation's fleet of L-39 fighter planes were returned following an FBI investigation for illegal possession and transport of rocket launchers. (R) |
| 4/14/06 | 13 | 10:00 PM | Most of Security Aviation's fleet of L-39 fighter planes were returned following an FBI investigation for illegal possession and transport of rocket launchers. (R) |

(R) repeat of previous story     (R-EXP) expanded version of previous story

| Date | Channel | Time | Description |
|------|---------|------|-------------|
| 4/19/06 | 2 | 5:00 PM | Robert Kane of Security Aviation is trying to get evidence thrown out that was taken during a search of his car and home. |
| 4/19/06 | 2 | 6:00 PM | Robert Kane of Security Aviation is trying to get evidence thrown out that was taken during a search of his car and home. (R) |
| 4/20/06 | 2 | 5:00 PM | Robert Kane of Security Aviation claims the government went too far to gather evidence against Kane and Security Aviation. |
| 4/20/06 | 2 | 6:00 PM | Robert Kane of Security Aviation claims the government went too far to gather evidence against Kane and Security Aviation. (R-EXP) |
| 4/20/06 | 2 | 10:00 PM | Robert Kane of Security Aviation claims the government went too far to gather evidence gainst Kane and Security Aviation. (R) |
| 5/2/06 | 2 | 5:00 PM | Federal prosecutors agreed to drop one of the charges against Security Aviation and Robert Kane. |
| 5/2/06 | 2 | 6:00 PM | Federal prosecutors agreed to drop one of the charges against Security Aviation and Robert Kane. (R) |

(R) repeat of previous story    (R-EXP)expanded version of previous story

Wednesday, May 03, 2006

# Quality Services
# Media Summary Report

(907)274-1056

| Date | Channel | Time | Description |
|---|---|---|---|
| 2/9/06 | 2 | 5:00 PM | Robert Kane's name was brought up in the Woodard murder trial in 1993. Kane was never charged with the robbery or murder at that time. |
| 2/9/06 | 2 | 6:00 PM | Robert Kane's name was brought up in the Woodard murder trial in 1993. Kane was never charged with the robbery or murder at that time. (R) |
| 2/13/06 | 2 | 5:00 PM | Tom Rayfield says Robert Kane admitted to being involved in a grocery store robbery in 1993 in which a security guard was murdered; Jon Woodard was convicted of the crime. |
| 2/13/06 | 2 | 6:00 PM | Tom Rayfield says Robert Kane admitted to being involved in a grocery store robbery in 1993 in which a security guard was murdered; Jon Woodard was convicted of the crime. (R-EXP) |

(R) repeat of previous story   (R-EXP) expanded version of previous story

Thursday, May 04, 2006                                                Page 1 of 1

Exhibit B
Page 13 of 14

# Quality Services
## Media Summary Report

(907)274-1056

| Date | Channel | Time | Description |
|------|---------|------|-------------|
| 3/2/06 | 2 | 5:00 PM | Immigration served Karen Kane, wife of Robert Kane, with papers to appear before an immigration judge. |
| 3/2/06 | 2 | 6:00 PM | Immigration served Karen Kane, wife of Robert Kane, with papers to appear before an immigration judge. (R) |

(R) repeat of previous story     (R-EXP) expanded version of previous story

Thursday, May 04, 2006                                                                 Page 1 of 1

Exhibit B
Page 14 of 14