UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )  Plaintiff,  )  )  vs.  )  )  ROBERT F. KANE, a/k/a "COMMANDER  )  KANE," and SECURITY AVIATION, INC.,  )  )  Defendants.  )  _____)  | 3:06-cr-00022 JWS  ORDER FROM CHAMBERS  [Re:  Motion at Docket 180] |

     At docket 180 defendant Security Aviation, Inc. moves for an order permitting individual attorney conducted *voir dire* with respect to the topic of pre-trial publicity in this case.  The court agrees that the unusual pre-trial publicity in this case warrants careful consideration in the selection of the jury.  The court will have present for the jury selection process a much larger than normal pool of prospective jurors.  The court has a plan for addressing the pre-trial publicity issue which is consistent with the request in the motion.  Accordingly, the motion at docket 180 is **GRANTED** as follows:

     1.  The court will conduct its customary *voir dire* on topics other than pre-trial publicity.

     2.  The court will invite challenges for cause related to any topic other than pre-trial publicity.  Any such will be resolved at side bar.

     3.  The court will then give appropriate cautionary instructions not to discuss the case or anything observed in the jury selection process and direct the remaining prospective jurors to go to the Jury Assembly Room.

4.  Next, the court will summon prospective jurors in the order their names were randomly listed by the computer to appear individually in the courtroom for questioning by the court and counsel about pre-trial publicity.

5.  The court will invite challenges for cause to be heard at side bar.

6.  A prospective juror not excused for cause will be sent back to the Jury Assembly Room with appropriate instructions, and the next on the list will be summoned.

7.  The process outlined in paragraphs 4, 5, and 6 will be repeated until there are 28 prospective jurors who have not been excused for cause.

8.  The 28 prospective jurors will be re-called to the courtroom where the jury selection process will be completed in the customary manner pursuant to which each prospective juror will answer the questions on the standard questionnaire, following which peremptory challenges will be exercised, and the court will resolve *any Battson* issue which may arise.

9.  The jury will be sworn, after which any remaining prospective jurors will be dismissed from the Jury Assembly Room.

DATED at Anchorage, Alaska this 8th day of May 2006.

                                                     /s/
                                JOHN W. SEDWICK
              UNITED STATES DISTRICT COURT JUDGE