# Law Office of
# Paul D. Stockler

1309 West 16th Avenue  
Anchorage, Alaska 99501

Telephone: (907) 277-8564  
Facsimile: (907) 272-4877  
e-mail: paulstockler@aol.com

April 28, 2006

**VIA HAND-DELIVERY**

Steven E. Skrocki  
James Barkeley  
Office of the U.S. Attorney, Criminal Division  
222 West 7th Avenue, # 9  
Anchorage, Alaska 99513

Re: *USA v. Kane, et al.*  
Case No. : 3:06-cr-00022 JWS

Dear Steve and Jim:

Enclosed please find Bernd Rehn's Curriculum Vitae (Kane 0001 through Kane 0006) and our expert witness report and/or summary for Bernd Rehn (Kane 0007 through Kane 0051). We reserve the right to add additional experts as needed. We also believe fact witnesses that we call at trial will be able to provide expert testimony which does not require expert disclosure and/or the witnesses will testify consistent with the 302 statements already provided.

If you have any questions or require any additional information, please do not hesitate to contact me.

Very truly yours,

Paul D. Stockler

Enclosures (2)  
cc: (w/encl.)   Robert Bundy  
                Kevin Fitzgerald