Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:  (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>    Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**AFFIDAVIT OF VALLORIE PARLBERG** |

**AFFIDAVIT OF VALLORIE PARLBERG**

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

I, Vallorie Parlberg, first duly sworn, hereby depose and state:

1.  I am a legal secretary employed by Dorsey & Whitney LLP. I am competent to testify to the matters stated below based on my personal knowledge and belief. If called to testify as a witness, I could and would testify as set forth in this affidavit.

2.  On April 5, 2006, I received a voice mail message from Allen Clendaniel asking me to transcribe a voice mail he received on March 31, 2006, from Jim Barkeley.

EXHIBIT B
Page 1 of 3

3.  I hereby certify that the attached memorandum is a true and correct copy of the transcription of the March 31, 2006, voice mail referenced above.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 8th day of May, 2006.

_____
Vallorie Parlberg

SUBSCRIBED AND SWORN before me this 8th day of May, 2006



_____
Notary Public in and for Alaska
My Commission Expires: 8/23/08

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of May, 2006, a true and correct copy of this document was served on:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building U.S. Courthouse
222 W. 7th Ave. #9, Rm 253
Anchorage, Alaska 99513-7567

Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, Alaska 99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma 73533

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:    /s/ Allen F. Clendaniel
       Robert C. Bundy, ABA #7206021
       Allen F. Clendaniel, ABA #0411084
       Dorsey & Whitney, LLP

AFFIDAVIT OF VALLORIE PARLBERG

Page 2 of 2

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2



EXHIBIT B
Page 2 of 3

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557



# MEMORANDUM

| | |
|---|---|
| TO: | File<br>Regional Protective Services / USA v. |
| FROM: | Allen Clendaniel |
| DATE: | April 5, 2006 |
| RE: | Voice Mail Message from Jim Barkeley<br>March 31, 2006 |

Hey Allen this is Jim Barkeley and Steve Skrocki calling on Friday afternoon, march 31st, its about 2:35 p.m. We wanted to let you know at the earliest opportunity we just learned a few moments ago from the FBI that the people who now have been able to start examining Kane's computers have found on one of them I believe it was on his laptop, the source of the email we disclosed to you earlier this week dealing with Smith talking with Mendenhall and forwarding that to Rob Kane and discussing the rocket pods. We just wanted to let you know at the earliest opportunity you really need to get together with counsel for Kane and get immediate access to Kane's computers which were returned to him. The receipt for that is located as an exhibit, I believe its number 7 to our opposition to the motion to compel. The reason you want to look at that right away is just to have an accurate finger on the pulse of your client's condition and the way this case is going, because there is an email in there where Smith, which also of course we did not get this email either from Smith or Mendenhall, Smith is telling Mendenhall and Rob Kane that another set of rocket pods that he, he Smith, is willing to reassembly for the company and Kane, has never been machine cut, is in tack and Smith knows that the company wants it in a hurry and they need to give him a little bit of time but he can assembly it.

So take a look at that, we will be disclosing more to you over the weekend. Just thought you ought to know about that right away. Okay? Cause that has been produced. Thanks.

I'm at 271-3699 and Steve is at 271-3390. Have a good weekend. Goodbye.

---

Phone apparently hung up -- but still on speaker phone. Here is what I heard:

> Yeah..I wanted to report ..... cells.. with regard to this.....instructions in no uncertain detail...no certain terms that (typing sounds in the background) the situation (laughter)..Mr. Smith's situation has ..uh..worsened..oops.

The speaker phone is then hung up.

EXHIBIT B
Page 3 of 3

EXHIBIT A to Affidavit
Page 1 of 1

DORSEY & WHITNEY LLP
4825-0138-5728\1 4/5/2006 12:58 PM