
DORSEY & WHITNEY LLP

ROBERT C. BUNDY
(907) 257-7853
FAX (907) 276-4152
bundy.robert@dorsey.com

April 17, 2006

<u>VIA FACSIMILE</u>

Steven E. Skrocki  
Assistant United States Attorney  
United States Attorney's Office  
222 W. 7th Avenue, #9  
Anchorage, Alaska 99513-7567

James N. Barkeley  
Assistant United States Attorney  
United States Attorney's Office  
222 W. 7th Avenue, #9  
Anchorage, Alaska 99513-7567

Re:   *United States vs. Security Aviation, Inc.*
      3:06-CR-00022-JWS-JDR-2

Gentlemen:

I understand from the FBI 302 you recently provided that Security Aviation, Inc. ("SAI") employee James Mendenhall gave a lengthy statement to the government represented by SA Camp and Assistant United States attorneys Skrocki and Barkeley. The statement was designated a "proffer." I also understand that the government has taken statements from Allen Smith and David Cannavo. With regard to these three statements, we ask that you provide us with the following information pursuant to Federal Rule of Criminal Procedure 16 and *Brady v. Maryland* and its progeny:

1.   Any assurances or statements made to Mr. Mendenhall, Mr. Smith, Mr. Cannavo or their counsel regarding the ability of the government to use his statement against him;

2.   Any statements or assurances given to Mr. Mendenhall, Mr. Smith, Mr. Cannavo or their counsel about the government's assessment of his potential criminal liability;

3.   Any statements or assurances regarding the government's intentions with regard to the prosecution of Mr. Mendenhall, Mr. Smith or Mr. Cannavo;

4.   Any statements or assurances made by the government regarding any factors it would take into consideration in determining whether Mr. Mendenhall, Mr. Smith or Mr. Cannavo, or anyone else, should be prosecuted with respect to the possession, importation, transportation or sale of rocket pods;

5.   Any statements by the government regarding the effect of cooperation or communication by Mr. Mendenhall, Mr. Smith or Mr. Cannavo with any representative of defendant Security Aviation.

DORSEY & WHITNEY LLP • WWW.DORSEY.COM • T 907.276.4557 • F 907.276.4152
1031 WEST FOURTH AVENUE • SUITE 600 • ANCHORAGE, ALASKA 99501-5907
USA  CANADA  EUROPE  ASIA

EXHIBIT C
Page 1 of 2



Steve E. Skrocki
James N. Barkeley
April 17, 2006
Page 2

     6.    Any documents relation to discussions with Mr. Mendenhall, Mr. Smith or Mr. Cannavo regarding any kind of immunity that might be available to them and all information concerning oral discussion of that topic.

    Please let us know about this information as soon as possible.

               Very truly yours,

               Robert C. Bundy

cc:    Mark Avery
       Paul Stockler
       Kevin Fitzgerald