Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>[PROPOSED]<br>ORDER GRANTING SECURITY AVIATION, INC.'S MOTION IN LIMINE TO REQUIRE THE GOVERNMENT TO GRANT USE IMMUNITY TO DEFENSE WITNESSES |
|---|---|

The Court, having considered Security Aviation, Inc.'s Motion in Limine to Require the Government to Grant Use Immunity to Defense Witnesses, James Mendenhall and Allen Smith, and any opposition thereto,

The government is hereby ordered to grant use immunity under 18 U.S.C., § 6002 – 6003 to Security Aviation, Inc.'s witnesses, James Mendenhall and Allen Smith, so that said witnesses may testify at trial.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
The Honorable John W. Sedwick

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of May, 2006, a true and correct copy of this document was served on:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building U.S. Courthouse
222 W. 7th Ave. #9, Rm 253
Anchorage, Alaska 99513-7567

Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, Alaska 99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma 73533

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:   /s/ Allen F. Clendaniel
    Robert C. Bundy, ABA #7206021
    Allen F. Clendaniel, ABA #0411084
    Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER GRANTING MOTION IN LIMINE RE
GRANT USE IMMUNITY DEFENSE WITNESSES

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION

Page 2 of 2
4810-8509-7217\1 5/8/2006

Case No 3:06-CR-00022-JWS-JDR-2