Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**AFFIDAVIT OF ROBERT C. BUNDY IN SUPPORT OF MOTION IN LIMINE TO PRECLUDE THE TESTIMONY OF GOVERNMENT EXPERT CHARLES WATSON** |

STATE OF ALASKA          )
                         ) §§
THIRD JUDICIAL DISTRICT  )

Robert C. Bundy, being first duly sworn, states on oath:

1.    I am counsel for Security Aviation in the above-entitled matter.

2.    On April 13, 2006, I participated in an interview of Charles Watson in relation to the above-entitled matter.

3.  In that interview, Mr. Watson purported to express opinions that were not contained in his report of April 12, 2006 – specifically, that UB-16-57 rockets for the subject rocket pods were "readily available" on the black market and additional components needed to fire the rockets from the subject rocket pods – "snap rings" and "electrical igniters" – were also "readily available" on the black market.

4.  Mr. Watson stated that he has never personally participated in the purchase of any UB-16-57 rockets, snap rings or electrical igniters.

5.  Mr. Watson also stated that he has never seen a UB-16-57 rocket snap ring or an electrical igniter in the United States except in the possession of the United States government.

6.  All of Mr. Watson's information about the supposed availability on the black market comes from the reports of others. When asked about these reports, he stated he could not provide any information about the source or nature of the reports because it was "classified information."

                                                          Robert C. Bundy, ABA #7206021

SUBSCRIBED AND SWORN to before me this 8 day of May, 2006.

                                                          Notary Public in and for Alaska
                                                          My Commission Expires: 1/20/08

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF ROBERT C. BUNDY

Page 2 of 3

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of May, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building U.S. Courthouse<br>222 W. 7th Ave. #9, Rm 253<br>Anchorage, Alaska 99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska 99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska 99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma 73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:   /s/ Robert C. Bundy
     Robert C. Bundy, ABA #7206021
     Allen F. Clendaniel, ABA #0411084
     Dorsey & Whitney, LLP

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF ROBERT C. BUNDY

Page 3 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2