Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>    Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**SECURITY AVIATION, INC.'S OBJECTIONS TO UNITED STATES' PROPOSED VOIR DIRE QUESTIONS** |

    Security Aviation, Inc.'s Objections to United States' Proposed Voir Dire Questions

    Security Aviation, Inc. ("Security Aviation:") objects to the following Voir Dire questions proposed by the government:

    <u>Question 13</u>:  This questions states:  "Congress has made it illegal to possess rocket pod launchers without them being registered."  In fact, Congress has made it illegal to possess an unregistered destructive device.  The very question in this case is whether the pods seized from Security Aviation's hangar are destructive devices.  This

question assume that they are. Therefore, it is improper and would convey a message that the Court believes rocket pod launchers in general require registration. That is not the law.

<u>Question 22</u>. In Question 22 in which the juror is asked whether "individuals should be allowed to possess items like a rocket launcher, bazooka, mortar or other heavy weapons without registering them with the government?" This question seems to link all rocket launchers with bazookas and mortars and calls them "heavy weapons." This implies that the Court has a view that the pods in question in this case are the equivalent of a bazooka or a mortar or "other heavy weapons." In fact, this case with about whether the pods are destructive devices along the lines of mortars and bazookas at all. This question implies that the Court has a view on that issue.

DATED this 8th day of May, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP


By:    /s/ Robert C. Bundy
       Robert C. Bundy, ABA #7206021
       Allen F. Clendaniel, ABA #0411084
       DORSEY & WHITNEY LLP
       1031 West Fourth Avenue, Suite 600
       Anchorage, AK 99501-5907
       (907) 276-4557
       bundy.robert@dorsey.com
       clendaniel.allen@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

OBJECTIONS TO PROPOSED VOIR DIRE

Page 2 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of May, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th  Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:    /s/ Robert C. Bundy
        Robert C. Bundy, ABA #7206021
        Allen F. Clendaniel, ABA #0411084
        Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

OBJECTIONS TO PROPOSED VOIR DIRE                           UNITED STATES OF AMERICA V.
                                                           ROBERT F. KANE and SECURITY AVIATION
Page 3 of 3                                                Case No 3:06-CR-00022-JWS-JDR-2