Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:  (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:06-CR-00022-JWS-JDR-2 |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED]** |
| ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC., | **ORDER GRANTING SECURITY AVIATION, INC.'S MOTION IN LIMINE TO PRECLUDE THE TESTIMONY OF BATF INSPECTOR GARY SCHAIBLE** |
| Defendants. | |

The Court, having considered Security Aviation, Inc.'s Motion in Limine to Preclude the Testimony of BATF Inspector Gary Schaible, and any opposition thereto,

IT IS HEREBY ORDERED that the government may not introduce into evidence the following testimony of BATF Inspector Gary Schaible:

1.  The rocket pods seized from Security Aviation's Palmer hangar are destructive devices as defined by the United States Code;

2.  Other rocket pods have been registered in the National Firearms Registration and Transfer Records.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
The Honorable John W. Sedwick

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of May, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th  Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:    /s/ Robert C. Bundy
         Robert C. Bundy, ABA #7206021
         Allen F. Clendaniel, ABA #0411084
         Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER GRANTING MOTION IN LIMINE RE
GARY SCHAIBLE

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION

Page 2 of 2

Case No 3:06-CR-00022-JWS-JDR-2