Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>        Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**SECURITY AVIATION, INC.'S PROPOSED VOIR DIRE QUESTIONS** |

        Defendant Security Aviation, Inc. ("Security") has moved this Court to conduct individual, *in camera* voir dire examination of jurors with regard to pretrial publicity issues. With regard to other issues, once pretrial publicity matters have been explored, Security requests the Court to put the following questions to jurors:

        1.    **Pretrial Publicity**. Should the Court decline to individually address jurors *in camera*, Security asks that the following questions be propounded to each juror:

      a.      What, if anything, the juror has heard on radio, read in newspapers or seen on television about the case;

      b.      What the juror has heard in casual conversation, or community discussion, or talking with friends or neighbors about the case;

      c.      If the juror has been exposed to pretrial publicity or information, whether the juror has formed any opinions about the merits of the case or the character of Robert Kane or Security Aviation; and

      d.      Whether the juror understands or is able to follow the instruction from the Court that a decision on the case cannot be based on information learned or attitudes formed by the juror outside the court.

2. **Military History**.

      a.      Whether the juror or the juror's spouse served in the military.

      b.      If so, when and in what branch.

      c.      If so, the highest rank attained.

      d.      Whether as a result of military service (or any other reason) the juror has any familiarity with aircraft (including helicopter) weapons systems.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

SECURITY AVIATION, INC.'S PROPOSED VOIR DIRE QUESTIONS
Page 2 of 6

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

3. **Knowledge of Security Aviation, Inc.**

   a. Whether the juror knows anyone associated with Security Aviation, Inc., and if so, who and the nature of the relationship.

   b. Whether the juror has flown with or otherwise utilized the services of Security Aviation.

   c. If so, did the experience make a favorable or unfavorable an impression on the juror.

4. **Attitudes Toward Law Enforcement**.

   a. Whether the juror, family member, or close friend of the juror has ever worked, applied to work, or had training in connection with a law enforcement agency, federal, state or local.

   b. Whether the juror would tend to believe a federal agent or law enforcement officer is more likely to testify truthfully than a civilian witness.

   c. Whether the juror has ever had an occasion to question the judgment of federal, state or local law enforcement officials; if so, the circumstances.

5. **Firearms** .

   a. Whether the juror or anyone in his/her family owns any firearms. If so, what types.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

SECURITY AVIATION, INC.'S PROPOSED         UNITED STATES OF AMERICA V.
VOIR DIRE QUESTIONS                        ROBERT F. KANE and SECURITY AVIATION
Page 3 of 6                                Case No 3:06-CR-00022-JWS-JDR-2

    b.  Whether the juror or his/her spouse belongs to any organizations that are devoted to firearms, such as the National Rifle Association.

    c.  Whether the juror or spouse belongs to any hunting-related organization.

    d.  Whether the juror believes that the federal laws concerning control of firearms should be tougher and, if so, in what way.

    e.  Whether the juror believes that the federal laws concerning firearms are too restrictive and, if so, in what way.

    f.  Whether the juror believes that the paperwork requirements for owning or possessing firearms are too complicated and difficult to comply with.

6.  **Government Records**.

    a.  Whether the juror believes that government records are to be accepted uncritically or whether the juror believes that government records should be subject to the same scrutiny as records of other organizations.

    b.  Whether the juror has had experience in trying to obtain records from the government. If so, whether the experience was productive or unproductive.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

SECURITY AVIATION, INC.'S PROPOSED      UNITED STATES OF AMERICA V.
VOIR DIRE QUESTIONS      ROBERT F. KANE and SECURITY AVIATION
Page 4 of 6      Case No 3:06-CR-00022-JWS-JDR-2

      c.      Whether the juror has had experience in trying to obtain information and advice from government agencies. If so, whether the experience was productive or unproductive.

7. **Internet Use**.

      a.      What jurors have access to the Internet at work or at home?

      b.      Do jurors with Internet access ever "surf" the Internet? If so, seldom, occasionally, frequently?

DATED this 8th day of May, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com
clendaniel.allen@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

SECURITY AVIATION, INC.'S PROPOSED        UNITED STATES OF AMERICA V.
VOIR DIRE QUESTIONS        ROBERT F. KANE and SECURITY AVIATION
Page 5 of 6        Case No 3:06-CR-00022-JWS-JDR-2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of May, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building U.S. Courthouse<br>222 W. 7th Ave. #9, Rm 253<br>Anchorage, Alaska 99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska 99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska 99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma 73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:   /s/ Robert C. Bundy
      Robert C. Bundy, ABA #7206021
      Allen F. Clendaniel, ABA #0411084
      Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

SECURITY AVIATION, INC.'S PROPOSED
VOIR DIRE QUESTIONS
Page 6 of 6

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2