Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:  (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>      Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**MOTION IN LIMINE REGARDING F4-U CORSAIR DVD** |

The government has advised Security Aviation, Inc. ("SAI") that it intends to use a DVD recording of Mark Avery allegedly presenting a F4-U Corsair, a restored World War II aircraft, to Robert Kane. SAI moves that this Court preclude the government from presenting the DVD to the jury on the grounds that it is irrelevant, cumulative and its prejudicial impact outweighs any probative value.

The DVD is a video and audio recording of Mark Avery, owner of SAI, and defendant Robert Kane. The video was taken by Mr. Kane's wife. It shows the pair admiring a restored World War II aircraft, an F4-U Corsair. The aircraft is not in Alaska,

and has never been in Alaska. Portions of the audio are completely inaudible; the rest is difficult to hear. There is no discussion of rocket pods or L-39 jet aircraft.

SAI does not concede the DVD is what the government contends – a presentation of the aircraft to Kane from Avery. But even if it is, it is difficult to understand what the government contends is the DVD's relevance. If it is to show that Mark Avery and Rob Kane were good friends, that has nothing to do with the principal issues in this case: whether the rocket pods seized by the government from SAI's Palmer hangar were destructive devices, and if so, whether SAI knew of their nature as such. Nor is anything on the video probative of Robert Kane's actions or knowledge relating to the rocket pods.

The video has no tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable. *See*, Fed. R. Evid. 401. At best, it is cumulative of much other and more direct evidence of Robert Kane's functions at SAI. It is thus a needless presentation of cumulative evidence. *See*, Fed. R. Evid. 403. The DVD is an obvious attempt by the government to create antipathy toward Kane and Avery based on their wealth or spending habits. Thus, any miniscule relevance that the DVD may have is substantially outweighed by the danger of unfair prejudice. *See*, Fed. R. Evid. 403.

Accordingly, the government should be precluded from showing the DVD to the jury.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

MOTION IN LIMINE REGARDING F4-U CORSAIR

Page 2 of 3

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

DATED this 8th day of May, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com
clendaniel.allen@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of May, 2006, a true and correct copy of this document was served on:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building  U.S. Courthouse
222 W. 7th Ave. #9, Rm 253
Anchorage, Alaska  99513-7567

Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, Alaska  99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma  73533

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By: /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

MOTION IN LIMINE REGARDING F4-U CORSAIR
Page 3 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2