Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>       Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**[PROPOSED]<br>ORDER GRANTING SECURITY AVIATION, INC.'S MOTION IN LIMINE TO EXCLUDE RECORDS OF REGISTRATION OF FIREARMS** |

The Court, having considered Security Aviation, Inc.'s Motion in Limine Re Machine Guns, and any opposition thereto,

IT IS HEREBY ORDERED that the government may not introduce into evidence information regarding Mark Avery's, or any other individual's personal registration of firearms.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
The Honorable John W. Sedwick

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of May, 2006, a true and correct copy of this document was served on:

James N. Barkeley                          Paul D. Stockler
Steven Skrocki                             1309 W. 16th Avenue
Assistant United States Attorney           Anchorage, Alaska 99501
Federal Building  U.S. Courthouse
222 W. 7th  Ave. #9, Rm 253
Anchorage, Alaska 99513-7567

Kevin Fitzgerald                           James L. Kee
Ingaldson, Maassen & Fitzgerald            Kee, Archer & Herberger, P.A.
813 West 3rd Avenue                        1102 Maple Street
Anchorage, Alaska 99501                    Duncan, Oklahoma 73533

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:     /s/ Robert C. Bundy
        Robert C. Bundy, ABA #7206021
        Allen F. Clendaniel, ABA #0411084
        Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER GRANTING MOTION IN LIMINE TO                    UNITED STATES OF AMERICA V.
EXCLUDE RECORDS OF REGISTRATION OF          ROBERT F. KANE and SECURITY AVIATION
FIREARMS