Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**[PROPOSED]<br>ORDER GRANTING SECURITY AVIATION, INC.'S MOTION IN LIMINE RE ALLEGED PRIOR BAD ACTS OF ROBERT KANE** |
|---|---|

The Court, having considered Security Aviation, Inc.'s Motion in Limine Re Alleged Prior Bad Acts of Robert Kane, or, in the Alternative, for Severance, and any opposition thereto,

IT IS HEREBY ORDERED that the trials of defendants are severed.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
The Honorable John W. Sedwick

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of May, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley | Paul D. Stockler |
| Steven Skrocki | 1309 W. 16th Avenue |
| Assistant United States Attorney | Anchorage, Alaska  99501 |
| Federal Building  U.S. Courthouse | |
| 222 W. 7th  Ave. #9, Rm 253 | |
| Anchorage, Alaska  99513-7567 | |
| | |
| Kevin Fitzgerald | James L. Kee |
| Ingaldson, Maassen & Fitzgerald | Kee, Archer & Herberger, P.A. |
| 813 West 3rd Avenue | 1102 Maple Street |
| Anchorage, Alaska  99501 | Duncan, Oklahoma  73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.


  By:       /s/ Robert C. Bundy
        Robert C. Bundy, ABA #7206021
        Allen F. Clendaniel, ABA #0411084
        Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557