DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
       james.barkeley@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | **<u>NOTICE OF FILING</u>** |
| | ) | **<u>REDACTED SUPERSEDING</u>** |
| vs. | ) | **<u>INDICTMENT FOR USE AT</u>** |
| | ) | **<u>TRIAL</u>** |
| ROBERT F. KANE, | ) | |
| a/k/a "COMMANDER KANE," and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

      The United States files with the court a redacted indictment (Exhibit 1) for use by the Court to read to the jury at the beginning of trial. The redacted

indictment deletes the General Allegations provisions in the original as well as Count 3 which has been dismissed after motion by the United States. In providing the court with the redacted indictment absent the general allegations the government recognizes that this court ordinarily refrains from reading the general allegations hence their omission. It will also streamline and narrow the Court's reading of the indictment to the jury and focus the matter on the charges at hand.

In making this redaction, the United States does not in any way view this as limiting any evidence associated with the general allegations at trial and the government will, in fact, seek admission of same.

RESPECTFULLY SUBMITTED this  8th  day of May, 2006 at Anchorage, Alaska.

DEBORAH M. SMITH
United States Attorney

s/ Steven. E. Skrocki
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov

s/ James Barkeley
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: james.barkeley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8th, 2006 a copy of the foregoing was served electronically on Robert Bundy, Allen Clendaniel, Kevin Fitzgerald, James Kee, & Paul Sockler.

s/ Steven E. Skrocki