DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
Email: jim.barkeley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.3:06-cr-022-JWS |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | CONSPIRACY TO RECEIVE AND |
| vs. | ) | POSSESS AN UNREGISTERED |
| | ) | DESTRUCTIVE DEVICE |
| ROBERT F. KANE, | ) | Vio. of 18 U.S.C. §§ 371 and 2 |
| a/k/a "COMMANDER KANE," and | ) | |
| SECURITY AVIATION, INC., | ) | COUNT 2: |
| | ) | POSSESSION OF UNREGISTERED |
| Defendants. | ) | DESTRUCTIVE DEVICES |
| | ) | Vio. of 26 U.S.C. § 5861(d) |
| | ) | |
| | ) | COUNT 3: |
| | ) | UNLAWFUL TRANSPORTATION |
| | ) | OF DESTRUCTIVE DEVICES |
| | ) | Vio. of 18 U.S.C. §§ 922(a)(4) and |
| | ) | 924(a)(1)(B) |
| | ) | |

## (REDACTED FOR USE AT TRIAL)

F I R S T   S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury Charges That:

### COUNT 1

CONSPIRACY TO RECEIVE AND POSSESS
AN UNREGISTERED DESTRUCTIVE DEVICE
Vio. 18 U.S.C. § 371

1. From a time unknown, but beginning on or about September 1, 2005, and continuing to on or about February 2, 2006, in the District of Alaska, and elsewhere, ROBERT F. KANE, a/k/a "Commander Kane", and others known and unknown to the grand jury, did knowingly, willfully and unlawfully combine, conspire, confederate and agree with others known and unknown to the United States, to commit acts in violation of the laws of the United States, namely:

To knowingly receive and possess four (4) 57-mm UB-16-57U rocket pod launchers, a destructive device, without registering the rocket pod launchers in the National Firearms Registration and Transfer Record.

All of which is in violation of Title 26, United States Code, Sections 5861(a) and (d).

2.  In furtherance of the conspiracy, and in order to effect its objects, ROBERT F. KANE, a/k/a "Commander Kane," defendant herein, and others known and unknown to the grand jury, committed, or caused to be committed, the following overt acts:

Overt Act 1:

   At a time unknown to the grand jury, but on or about October 13, 2005, Robert F. Kane did direct Security Aviation, Inc., personnel to locate rocket pods for the L-39 Albatross aircraft.

Overt Act 2:

   At a time unknown to the grand jury, but after October 13, 2005, Robert F. Kane directed personnel at Security Aviation, Inc., to purchase and have shipped to Security Aviation, Inc,. four (4) 57-mm UB-16-57U rocket pods from the State of Pennsylvania.

Overt Act 3:

   At a time unknown to the grand jury, but after September 30, 2005, two 57-mm UB-16-57U rocket pods and two 150-liter drop tanks were shipped from Pennsylvania to an employee of Security Aviation, Inc., for delivery to the Security Aviation hanger at the Ted Stevens Anchorage International Airport.

Overt Act 4:

   At a time unknown, but believed to be after October 13, 2005, the rocket pods arrived at Security Aviation's hanger at 6121 South Airpark Place, Ted Stevens Anchorage International Airport, where they were opened and inspected by

Robert F. Kane. Upon opening the crates containing two of the 57-mm UB-16-57U rocket pod launchers Robert F. Kane stated, "Now I can go target practice."

Overt Act 5:

On or about February 2, 2006 two of the four 57-mm UB-16-57U rocket pod launchers were stored along with 8 L-39 *Albatross* aircraft in a hanger in Palmer, Alaska which was leased by Security Aviation, Inc,.

Overt Act 6:

On or about February 2, 2006, Security Aviation, Inc., and Regional Protective Services, L.L.C., possessed pylons for the L-39 *Albatross* which, when mounted on the L-39 Albatross aircraft would permit mounting of the 57-mm UB-16-57U rocket pod launchers on the *Albatross* aircraft.

All of which is in violation of and contrary to Title 18, United States Code, Section 371, and 18 U.S.C. § 2.

## COUNT 2

### RECEIPT AND POSSESSION OF UNREGISTERED DESTRUCTIVE DEVICES
Vio. 26 U.S.C. § 5861(d)

3.   From a time unknown, but beginning on or about September 1, 2005, and continuing to on or about February 2, 2006, in the District of Alaska, and elsewhere the defendants, ROBERT F. KANE and SECURITY AVIATION, INC., did knowingly receive and possess two rocket pod launchers, specifically two (2) 57-mm UB-16-57U

rocket pod launchers which had not been registered to ROBERT F. KANE and SECURITY AVIATION, INC., in the National Firearms Registration and Transfer Record.

All of which is in violation of and contrary to Title 26, United States Code, § 5861(d).

COUNT 4:

UNLAWFUL TRANSPORTATION OF DESTRUCTIVE DEVICES<br>Vio. of 18 U.S.C. § 922 (a)(4) & 924(a)(1)(B)

4.   From a time unknown, but beginning on or about September 1, 2005, and continuing to on or about February 2, 2006, in the District of Alaska, and elsewhere the defendants, ROBERT F. KANE and SECURITY AVIATION, INC., each not being a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, did knowingly transport in interstate commerce destructive devices, to wit: two rocket pod launchers, specifically two (2) 57-mm UB-16-57U rocket pod launchers, without authorization from the Attorney General of the United States consistent with public safety and necessity.

All of which is in violation of and contrary to Title 18, United States Code,

§ 922 (a)(4) and § 924(a)(1)(B).

    A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

s/ James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov

s/ Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Email: deb.smith@usdoj.gov

DATED:  3/18/06