# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. ROBERT F. KANE, SECURITY AVIATION, INC.

Case No. **3-06-cr-00022-JWS-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

---

### MINUTE ORDER FROM CHAMBERS

### RE: Motion to Suppress All Evidence Seized that Exceeded the Scope of Probable Cause Shown in the Affidavits

Docket No. 72

A Report and Recommendation was filed at Docket No. 177 recommending that the motion to suppress all evidence seized that exceeded the scope of probable cause shown in the affidavits filed by defendant Security Aviation at Docket No. 72, be denied. No objections to the Recommendation having been filed, this matter will now be forwarded to the assigned district judge for his determination.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

May 9, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-cr-00022-JWS-JDR KANE @72 FINAL RR.wpd