Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT F. KANE, a/k/a
"COMMANDER KANE," and
SECURITY AVIATION, INC.,

        Defendants.

Case No. 3:06-CR-00022-JWS-JDR-2

**NOTICE OF DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES**

        Defendant Security Aviation, Inc. ("Security Aviation") hereby gives notice to the Court that Security Aviation and Rob Kane have disclosed to the government the identity of witnesses that will provide expert testimony at trial, a summary of the substance of those witnesses' expert testimony, and the witnesses' expert qualifications. Counsel for Security Aviation disclosed this information in two letters faxed to the government today. Counsel for Security Aviation has been informed that Robert Kane's counsel has also notified the government of another witness that the defense intends to elicit expert testimony from at trial and identified the subject matter of that expert's testimony.

        The government's motion in limine to compel disclosure of the identity of expert

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

witnesses is therefore moot, as the government has been provided with the information that its motion seeks.

DATED this 9th day of May, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/ Allen F. Clendaniel
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com
clendaniel.allen@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of May, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th  Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By: /s/ Allen F. Clendaniel
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

NOTICE OF DEFENDANTS' DISCLOSURE OF EXPERTS
Page 2 of 2

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

4822-2063-9745\1 5/9/2006 3:45 PM