DEBORAH M. SMITH
Acting United States Attorney

STEVEN E. SKROCKI
JAMES N. BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. 3:06-cr-022-JWS |
| ) | |
| Plaintiff,   ) | **NOTICE REGARDING TO** |
| ) | **DEFENDANT'S** |
| vs.   ) | **DISCLOSURE OF EXPERT** |
| ) | **WITNESSES** |
| ROBERT F. KANE,   ) | |
| a/k/a "COMMANDER KANE," and   ) | |
| SECURITY AVIATION, INC.,   ) | |
| ) | |
| Defendants.   ) | |
| ) | |

COMES NOW the United States by and through counsel and files with the court a response to the defendant's Disclosure of Expert Witnesses. The government has received the attached letters from defense counsel (Exhibit 1) and finds that they are not adequate to qualify Evan J. Griffith or John Willie Spencer

as experts nor can, in the government's view, letters to counsel qualify as reports. The government will be filing a separate motion to preclude their testimony as experts on May 10th, 2006.

RESPECTFULLY SUBMITTED this 8th  day of May, 2006 at Anchorage, Alaska

DEBORAH M. SMITH
Acting United States Attorney

s/ Steven. E. Skrocki
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3380
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9th, 2006
a copy of the foregoing was served
fax on Robert Bundy,
Allen Clendaniel, Kevin Fitzgerald,
& Paul Sockler.

s/ Steven E. Skrocki