UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>ROBERT F. KANE, a.k.a.<br>Commander Kane, and SECURITY AVIATION, INC.,<br><br>　　　　　Defendants. | 3-06-cr-00022-JWS-JDR<br><br>**FINAL RECOMMENDATION ON DEFENDANT SECURITY AVIATION'S MOTION TO SUPPRESS EVIDENCE AND REQUEST FOR FRANKS HEARING**<br><br>(Docket Entries 73 & 76) |

　　　　In a recommendation filed at Docket No. 178, I advised that defendant Security Aviation's Motion to Suppress Evidence and Request for a Franks Hearing be denied. The defendant timely filed objections at Docket No. 185. The government filed a response. Docket No. 192. After careful review of the objections, I decline to modify the original recommendation. Accordingly, this matter will be forwarded to the assigned district judge for determination.

　　　　DATED this 9th day of May, 2006 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　/s/ John D. Roberts
　　　　　　　　　　　　　　　　　　JOHN D. ROBERTS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge