Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

              Plaintiff,

v.

ROBERT F. KANE, a/k/a
"COMMANDER KANE," and
SECURITY AVIATION, INC.,

                          Defendants.

Case No. 3:06-CR-00022-JWS-JDR-2

**SECURITY AVIATION, INC.'S CONTINGENT NONOPPOSITION TO ALLEN SMITH'S MOTION TO QUASH**

Defendant Security Aviation, Inc. (Security Aviation") hereby notices its

contingent non opposition to Allen Smith's motion to quash . Security Aviation

contingent non opposition is limited to Smith's Fifth Amendment assertion and does not

extend to his claims that the subpoena is defective.  Security Aviation's non opposition is

contingent on the court's ruling regarding its pending motion seeking an order requiring

the government to grant Smith immunity (Docket 199).  If the court grants the motion,

Smith's Fifth Amendment concerns will be moot because of use immunity and the

subpoena will not be burdensome.

Smith's motion to quash directly supports Security Aviation's motion requesting

an order requiring the government to grant immunity.  D. Scott Dannan's affidavit, in

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

support of Smith's motion, states "Mr. Smith faces criminal prosecution in Alaska and

Pennsylvania based on some of the events that are germane to this case (according to

Assistant U.S. attorney Skrocki)." *See* Dannan affidavit (docket 231).  Smith's refusal to

testify on Fifth Amendment grounds has been caused by the government's conduct.  This

distortation of the fact finding process requires the Court to force the government to grant

Mr. Smith immunity, or in the alternative admit the statements in his "302" report.

DATED this 11th day of May, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:      /s/ Allen F. Clendaniel
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com
clendaniel.allen@dorsey.com

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

SECURITY AVIATION, INC.'S CONTINGENT
NONOPPOSITION TO KANE'S MOTION TO
QUASH

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION

Case No 3:06-CR-00022-JWS-JDR-2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of May, 2006, a true and correct copy of this document was served on:

James N. Barkeley                           Paul D. Stockler
Steven Skrocki                              1309 W. 16th Avenue
Assistant United States Attorney            Anchorage, Alaska  99501
Federal Building  U.S. Courthouse
222 W. 7th  Ave. #9, Rm 253
Anchorage, Alaska  99513-7567

Kevin Fitzgerald                            James L. Kee
Ingaldson, Maassen & Fitzgerald             Kee, Archer & Herberger, P.A.
813 West 3rd Avenue                         1102 Maple Street
Anchorage, Alaska  99501                    Duncan, Oklahoma  73533

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:      /s/ Allen F. Clendaniel
        Robert C. Bundy, ABA #7206021
        Allen F. Clendaniel, ABA #0411084
        Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

SECURITY AVIATION, INC.'S CONTINGENT          UNITED STATES OF AMERICA V.
NONOPPOSITION TO KANE'S MOTION TO             ROBERT F. KANE and SECURITY AVIATION
QUASH
Page 3 of 3                                   Case No 3:06-CR-00022-JWS-JDR-2
4820-2350-7457\1 5/11/2006 11:37 AM