# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 3:06-cr-00022 JWS |
| vs. | ) | ORDER FROM CHAMBERS |
| SECURITY AVIATION, INC., | ) | (Re:   Motion at docket 72) |
| Defendant. | ) | |

  At docket 72, defendant Security Aviation, Inc. moves to suppress evidence which is alleged to be beyond the scope of probable cause supporting search warrants in the following search warrant applications: 3:06-mj-00008, 3:06-mj-00009, 3:06-mj-00010, 3:06-mj-00016, 3:06-mj-00017 JDR and 3:06-mj-00018.  The motion was briefed, and Magistrate Judge John Roberts issued a report at docket 177 recommending that the motion be denied without prejudice to renewal after completion of discovery.  No objections were filed.  This court reviews recommended findings of fact as to which no objection has been taken for clear error, and recommended findings of fact *de novo.*  Applying that standard here, this court is convinced that the recommendation is sound in all respects.  The motion at docket 72 is **DENIED**.

  DATED at Anchorage, Alaska, this 11th day of May 2006.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE