Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>        Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**SECURITY AVIATION, INC.'S PROPOSED SUPPLEMENTAL JURY INSTRUCTIONS** |

      Defendant Security Aviation, Inc. respectfully requests that the jury be instructed in accordance with the attached supplemental jury instruction.

## SUPPLEMENTAL INSTRUCTION NO. 1

### Relevance of "demilitarization"

Members of Jury, there has been reference to the terms, "demilitarization" "demilitarized," and "demilled" in this case. Demilitarization is not the standard for whether the rocket pods at issue are destructive devices. Whether the pods are "demilitarized" or "demilled" is not relevant to whether they are destructive devices. Whether any agency of the United States government or any agency of any foreign government would or would not consider the pods "demilitarized" or "demilled" is also not relevant to whether they are destructive devices. The only relevant standard is the definition of destructive device given to you in an earlier jury instruction. You may only find that the pods are destructive devices if you determine that the pods meet every element of that definition.

Security Aviation's knowledge or belief that the pods were demilitarized is relevant to whether Security Aviation knew that the pods were destructive devices. As you have been previously instructed, if you determine that the pods are destructive devices, you must also find that Security Aviation knew of the pods' features that made the pods destructive devices. Security Aviation's knowledge or belief that the pods were demilitarized by any standard is therefore probative of Security Aviation's knowledge of the pods' features that made the pods destructive devices.

**LEGAL AUTHORITY**: 26 U.S.C. § 5865(f); *United States v. Staples*, 511 U.S 600, 619 (1994); *United States v. Gergen*, 172 F.3d 719, 724 (9th Cir. 1999).

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

SECURITY AVIATIONS INC.'S PROPOSED
SUPPLEMENTAL JURY INSTRUCTIONS

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION

Page 2 of 3                                    Case No 3:06-CR-00022-JWS-JDR-2

DATED this 12th day of May, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By:   /s/ Allen F. Clendaniel
     Robert C. Bundy, ABA #7206021
     Allen F. Clendaniel, ABA #0411084
     DORSEY & WHITNEY LLP
     1031 West Fourth Avenue, Suite 600
     Anchorage, AK 99501-5907
     (907) 276-4557
     bundy.robert@dorsey.com
     clendaniel.allen@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of May, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:     /s/ Allen F. Clendaniel
    Robert C. Bundy, ABA #7206021
    Allen F. Clendaniel, ABA #0411084
    Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

SECURITY AVIATIONS INC.'S PROPOSED
SUPPLEMENTAL JURY INSTRUCTIONS

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION

Page 3 of 3                                   Case No 3:06-CR-00022-JWS-JDR-2
4815-2143-6161\1 5/11/2006 5:22 PM