# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

***UNITED STATES OF AMERICA***    v.    ***ROBERT F. KANE, et al.***

THE HONORABLE JOHN W. SEDWICK      CASE NO. 3:06-cr-00022 (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**      Date: May 12, 2006

---

    At docket 198, defendant Security Aviation, Inc. moves for an order precluding plaintiff's expert, Charles Watson, from giving testimony about the availability of rockets, snap rings, and electrical igniters. In its response at docket 249, the United States points out that it is not planning to introduce evidence on these topics during its case in chief. The United States takes the position that it need not prove the availability of rockets to prove that the rocket launchers were destructive devices. The court has ruled in a very recent order that such is the case. It is the United States' position that snap rings and electrical igniters are not needed to operate the rocket launchers, from which it follows that the United States will not seek to present testimony about the availability of those items in its case in chief in order to show that the rocket launchers were destructive devices. Testimony about the general availability of any of these items would not be relevant to defendants' state of mind, unless it were coupled with a showing of what defendants knew. It is evident that Mr. Watson would not be able to testify about what defendants knew at the time of the alleged crimes.

    Under the circumstances, the motion at docket 198 will be and hereby is **DENIED** as moot.

    If the United States seeks to present testimony from Mr. Watson in rebuttal on the availability of rockets, snap rings, and electrical igniters, the court will revisit the issue.