Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:  (907) 276-4557
Facsimile:   (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**[PROPOSED] ORDER GRANTING SECURITY AVIATION, INC.'S MOTION FOR RECONSIDERATION OF THE ORDER AT DOCKET NUMBER 266 REGARDING MARK AVERY'S FIREARMS REGISTRATION** |

The Court, having considered Security Aviation, Inc.'s Motion for Reconsideration of this Court's Order (Docket 266) regarding Mark Avery's personal registration of weapons, and any opposition thereto,

HEREBY ORDERS that the government may not introduce into evidence information regarding Mark Avery's personal registration of firearms. This Order modifies the Court's previous Order at Docket 266.

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
The Honorable John W. Sedwick

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of May, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:    /s/ Allen F. Clendaniel
       Robert C. Bundy, ABA #7206021
       Allen F. Clendaniel, ABA #0411084
       Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER GRANTING MOTION IN LIMINE TO EXCLUDE RECORDS OF REGISTRATION OF FIREARMS
UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION
Page 2 of 2                                                                                 Case No 3:06-CR-00022-JWS-JDR-2