Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>　　　　Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**SECURITY AVIATION, INC.'S MOTION FOR RECONSIDERATION OF ORDER RE SMITH'S MOTION TO QUASH** |

　　　Defendant Security Aviation, Inc. ("Security Aviation") moves the Court to reconsider its Order (Docket 265) granting Allen Smith's Motion to Quash the subpoena.

　　　The government has informed counsel for Security Aviation that the government is now going to grant Allen Smith "use immunity." This makes Security Aviation's motion at Docket 199 moot, as both Smith and Jim Mendenhall will be able to testify at trial. It also renders moot Smith's Fifth Amendment self-incrimination concern raised in his Motion to Quash.

The Court's Order granting the Motion to Quash the subpoena noted two grounds of support for its order.  The first, that the subpoena was oppressive and burdensome given that Smith was going to refuse to testify on Fifth Amendment grounds, is no longer an issue.  The Court also granted the motion, however, on the ground that service was defective.  Smith alleged in his motion (Docket 229) that service was defective.  Security Aviation failed to address this ground in its contingent non opposition.[1]  The Court's Order notes that Security Aviation should have had access to an affidavit of service.  Attached as Exhibit A to this Motion for Reconsideration is the Affidavit of Service.  The affidavit shows that the subpoena was properly personally served on Smith.

Given that the government is going to grant immunity to Smith and that service was proper, Security Aviation asks this Court to withdraw its Order granting Smith's Motion to Quash the subpoena.  This will be more efficient and less costly than requiring Security Aviation to serve Smith with an additional subpoena.  Security Aviation, therefore, respectfully requests this court to withdraw its Order and reinstate the subpoena already properly served on Smith.

---

[1]  In the haste of trial preparation and given the short time in which to respond to the Motion to Quash (less than 24 hours), Security Aviation chose to focus on Smith's substantive Fifth Amendment challenge to the subpoena.  Security Aviation apologizes to the Court for not locating and attaching the Affidavit in its original response to Smith's motion to quash.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

SECURITY AVIATION, INC.'S MOTION FOR
RECONSIDERATION OF ORDER RE SMITH'S
MOTION TO QUASH
Page 2 of 3

UNITED STATES OF AMERICA V.
ROBERT F. KANE and SECURITY AVIATION
Case No 3:06-CR-00022-JWS-JDR-2

DATED this 15th day of May, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/ Allen F. Clendaniel
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
bundy.robert@dorsey.com
clendaniel.allen@dorsey.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of May, 2006, a true and correct copy of this document was served on:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building  U.S. Courthouse
222 W. 7th Ave. #9, Rm 253
Anchorage, Alaska  99513-7567

Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, Alaska  99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma  73533

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By: /s/ Allen F. Clendaniel
Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

SECURITY AVIATION, INC.'S MOTION FOR RECONSIDERATION OF ORDER RE SMITH'S MOTION TO QUASH

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION

Page 3 of 3

Case No 3:06-CR-00022-JWS-JDR-2