UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Hearing Date: **05/18/2006** |
| Plaintiff/Petitioner | CAUSE NO. **3:06-CR-00022JWSJDR2** |
| vs. **ROBERT F. KANE AKA "COMMANDER KANE, AND SECURITY AVIATION, INC.,** | AFFIDAVIT OF SERVICE OF: **SUBPOENA; LETTER; WITNESS FEE CHECK** |
| Defendant/Respondent | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **26th day of April, 2006, at 9:20 AM**, at the address of **2625 CHURCH Road, GLENSIDE Montgomery County, PA**; this affiant served the above described documents upon **ALLEN H. SMITH, III** by then and there personally delivering true and correct copy(ies) thereof, by then presenting to and leaving the same with **ALLEN H. SMITH, III, WHITE MALE, BROWN HAIR, 40-50 YEARS, 5-10 TALL, 180 POUNDS** person of suitable age and discretion who stated the above address to be the residence and usual place of abode or verified place of employment of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of _____ that the statement above is true and correct.

_[signature]_
**RICHARD DOUGHERTY**

SUBSCRIBED AND SWORN to before me this 26th day of April, 2006

_[signature]_
NOTARY PUBLIC in and for the State of **Pennsylvania**

ABC's Client Name
**PFI MISC D**
**479855-3**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHAEL B. GERSTEIN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 28, 2009

ABC Tracking #:**8020033**

Exhibit A
Page 1 of 2

**PFI** PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104    www.pfiserves.com
800 232-8854    206 521-9000    fax: 800 734-6859

**RECEIVED**
MAY - 2 2006

# PROCESS SERVICE INVOICE

DORSEY & WHITNEY L.L.P.
ANCHORAGE

| Bill To: | DORSEY & WHITNEY, LLP |
| | 1031 W 4TH AVE. |
| | STE 600 |
| | ANCHORAGE, AK 99501 |

Account #: 103004        Phone: 907 257-7808
Client Attn:
Order Attn: MICHELE DROEGE

INVOICE #: **8020033**

DATE: May 1 2006
BILL REF: 479855-3

**AMOUNT DUE : $0.00**

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA AT ANCHORAGE |
| CASE NAME: | UNITED STATES OF AMERICA vs. ROBERT F. KANE AKA "COMMANDER KANE, AND SECURITY AVIATION, INC., |
| CASE NUMBER: | 3:06-CR-00022JWSJDR2    HEARING DATE: May 18 2006 |
| SERVEE: | ALLEN H. SMITH, III |
| PERSON SERVED: | ALLEN H. SMITH, III  WHITE MALE, BROWN HAIR, 40-50 YEARS, 5-10 TALL, 180 POUNDS |
| SERVICE DATE: | Apr 26 2006  9:20AM    SERVED BY: RICHARD DOUGHERTY |
| SERVICE ADDRESS: | 2625 CHURCH RD GLENSIDE, PA |
| DOCUMENTS: | SUBPOENA; LETTER; WITNESS FEE CHECK |
| SERVICE NOTE | |

BAD ADDRESS LIST

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| PFI Rush Fee | | 50.00 |
| PFI SERVED | | 75.00 |
| | SUB TOTAL | 125.00 |
| | PREPAID RETAINER | 125.00 |
| | AMOUNT DUE | 0.00 |

Exhibit A
Page 2 of 2

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

Page 1 of 1
OR_PFI_INV