Robert C. Bundy, ABA #7206021
Allen F. Clendaniel, ABA #0411084
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Telephone:   (907) 276-4557
Facsimile:    (907) 276-4152

Attorneys for SECURITY AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT F. KANE, a/k/a "COMMANDER KANE," and SECURITY AVIATION, INC.,<br><br>　　　　　Defendants. | Case No. 3:06-CR-00022-JWS-JDR-2<br><br>**[PROPOSED]**<br>**ORDER GRANTING SECURITY AVIATION, INC.'S MOTION FOR RECONSIDERATION OF ORDER RE SMITH'S MOTION TO QUASH** |

　　　　The Court, having considered Security Aviation, Inc.'s Motion for Reconsideration of this Court's Order regarding Allen Smith's Motion to Quash, and any opposition thereto,

　　　　HEREBY ORDERS that the Order granting Allen Smith's Motion to Quash the subpoena is withdrawn. The subpoena issued regarding Allen Smith on April 18, 2006, is valid. Defendant Security Aviation does not need to serve Allen Smith an additional subpoena.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

DATED this _____ day of _____, 2006, at Anchorage, Alaska.

---

The Honorable John W. Sedwick

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of May, 2006, a true and correct copy of this document was served on:

| | |
|---|---|
| James N. Barkeley<br>Steven Skrocki<br>Assistant United States Attorney<br>Federal Building  U.S. Courthouse<br>222 W. 7th  Ave. #9, Rm 253<br>Anchorage, Alaska  99513-7567 | Paul D. Stockler<br>1309 W. 16th Avenue<br>Anchorage, Alaska  99501 |
| Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald<br>813 West 3rd Avenue<br>Anchorage, Alaska  99501 | James L. Kee<br>Kee, Archer & Herberger, P.A.<br>1102 Maple Street<br>Duncan, Oklahoma  73533 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

By:     /s/ Allen F. Clendaniel
      Robert C. Bundy, ABA #7206021
      Allen F. Clendaniel, ABA #0411084
      Dorsey & Whitney, LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER GRANTING MOTION FOR RECONSIDERATION RE SMITH'S MOTION TO QUASH

UNITED STATES OF AMERICA V. ROBERT F. KANE and SECURITY AVIATION

Page 2 of 2

Case No 3:06-CR-00022-JWS-JDR-2

4819-7894-3233\1 5/15/2006 7:53 AM