**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>   UNITED STATES OF AMERICA   </u>   v.   <u>   ROBERT F. KANE, et al.   </u>

THE HONORABLE JOHN W. SEDWICK       CASE NO.   <u>   3:06-cr-00022-JWS   </u>

   <u>Deputy Clerk</u>                   <u>Official Recorder</u>

   <u> Pam Richter            </u>      <u>                          </u>

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The court heard argument on the motion for reconsideration at docket 271 at the final pre-trial conference. The court **REVISED** its analysis in its order at docket 266 of the probative value of the evidence of Mr. Avery's registration of machine guns. It is suggested that anyone, including judges of a court of appeals, who wishes to evaluate the decision to permit introduction of the evidence should consider the transcript of the final pre-trial conference when doing so.

DATE:<u> May 15, 2006  </u>

ENTERED AT JUDGE'S DIRECTION
INITIALS:<u> prr </u>
Deputy Clerk

[FORMS*IA*]