MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *ROBERT F. KANE, et al.*

THE HONORABLE JOHN W. SEDWICK            CASE NO. 3:06-cr-00022 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date:  May 15, 2006

      The motion at docket 272 filed by defendant Security Aviation, Inc. asks the court to reconsider that portion of its order at docket 265 which granted the motion at docket 229 and quashed the subpoena for Allen H. Smith, III.  The motion at docket 272 is based on the fact that the United States has recently granted use immunity to Mr. Smith.  It is also based on the belated presentation by Security of an affidavit showing that the subpoena was, in fact, personally served on Mr. Smith.  Given the circumstances of last minute motion practice on the eve of trial, the court finds good cause for Secruity's failure to present the affidavit of service with its original response to the motion at docket 229.

      Based upon the matters described above, and to avoid multiplying the proceedings necessary to secure Mr. Smith's attendance at trial, **that part of the order at docket 265 which addressed the motion at docket 229 is VACATED.**  The motion at docket **229 is DENIED**.  The subpoena is in full effect.   Allen H. Smith, III shall comply therewith.

      Nothing in this order affects the court's disposition of the motion at docket 199 also addressed in the order at docket 265.