IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| vs. | ) |
| ROBERT F. KANE and<br>SECURITY AVIATION, INC. | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:06-cr-022-JWS-JDR-2 |

## MOTION FOR RECONSIDERATION

Allen H. Smith, III by and through his attorneys D. Scott Dattan and Duane D. Werb, moves this court to reconsider its Order (Docket 274) denying as moot the Motion in Limine of Defendant Security Aviation, Inc. to compel the Government to grant use immunity to Mr. Smith and to reconsider its Order (Docket 275) granting Security's motion for reconsideration of the order quashing Mr. Smith's subpoena.

//

//

//

//

//

//

//

//

This motion is supported by the Affidavit of Allen H. Smith, III and the Memorandum filed herewith.

Dated this 16th day of May, 2006.

>s/D. Scott Dattan
>Attorney for Defendant, Allen H. Smith, III
>2600 Denali Street, Suite 460
>Anchorage, Alaska  99503
>Phone:  907-276-8008
>E-Mail:  dattan@alaska.net
>Alaska Bar No:  8411111

>-AND-

>Duane D. Werb (DE No.1042)
>300 Delaware Avenue, 13th Floor
>P. O. Box 25046
>Wilmington, DE 19899
>Telephone: (302) 652-1100
>Facsimile:   (302) 652-1111
>E-mail: dwerb@werbsullivan.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 16th day of May, 2006, a true and correct copy of this document was served on:

James N. Barkeley
Steven E. Skrocki
Assistant U.S. Attorney
Federal Building U.S. Courthouse
222 W. 7th Ave. #9, Rm 253
Anchorage, Alaska  99513-7567

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgeral
813 West 3rd Avenue
Anchorage, Alaska  99501

Paul Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501

Robert Bundy
Allen F. Clendaniel
Dorsey & Whitney LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska  99501

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma  73533

s/D. Scott Dattan