IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ROBERT F. KANE and SECURITY AVIATION, INC. | ) ) ) |
| Defendant. | ) ) |
| _____) | Case No. 3:06-cr-022-JWS-JDR-2 |

# ORDER ON SMITH'S
# MOTION FOR RECONSIDERATION

The motion for reconsideration at docket _____ filed on behalf of Allen H. Smith, III is GRANTED. This court finds good cause to hold a Kastigar Hearing on _____, 2006 at _____.

DATED: _____          _____
                                        JOHN W. SEDWICK
                                        U.S. DISTRICT JUDGE