IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ROBERT F. KANE and ) | |
| SECURITY AVIATION, INC. ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No.  3:06-cr-022-JWS-JDR-2 |

### ORDER ON SMITH'S
### MOTION FOR RECONSIDERATION

The motion for reconsideration at docket _____ filed on behalf of Allen H. Smith, III is GRANTED.  This court finds good cause to hold a Kastigar Hearing on _____, 2006 at _____.


DATED: _____          _____
                                        JOHN W. SEDWICK
                                        U.S. DISTRICT JUDGE