(Rev. 10-6-95)



- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  02/28/2006

    DAVID P. CANNAVO, 1270 Caldwell Corner Road, Townsend, Delaware (DE), telephone number (302)378-1396, and cellular telephone number (302)528-1601, was interviewed at the Ft. Washington Office of the FBI. Also present during the interview were SA Gregory Wright and SA Eric Frye, Bureau of Alcohol, Tobacco, and Firearms (BATF), Philadelphia, Pennsylvania (PA), and SA Michael McMenamin, Bureau of Immigration and Customs Enforcement, Philadelphia, PA. Representing CANNAVO were JOSEPH M. LAMONACA, Esquire, 127 Commons Court, Chadds Ford, PA, telephone number (610)558-3376, and cellular telephone number (302)388-2621, and DUANE D. WERB, Esquire, 300 Delaware Avenue, Suite 1300, Wilmington, DE, telephone number (302)652-1100, and cellular telephone number (302)218-6486.

    CANNAVO was served a grand jury subpoena requiring his appearance on Tuesday, March 21, 2006, before a federal grand jury, Anchorage, Alaska, with specified forms and documents. CANNAVO and his attorneys were advised to contact the federal prosecutor for further instructions and travel arrangements.

    By way of background, DAVID P. CANNAVO, is a W/M, DOB 08/29/1955, SOC 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, and DE OLN 1026757, residing with his wife and family at 1270 Caldwell Corner Road, Townsend, DE. CANNAVO is the owner and sole operator of AERO ENTERPRISES, Inc., Townsend, DE, in business to purchase, restore, and refurbish aircraft for air shows, museums, and private collectors. CANNAVO is also the sole owner of RED EAGLE AVIONICS, New Castle County Airport, Wilmington, DE, in business to install and/or repair avionics for civilian aircraft. Prior to 1995, CANNAVO was involved with AERO TAXI, an air charter service company operated from New Castle County Airport, Wilmington, by his father and brother.

    CANNAVO has purchased airplanes from former eastern bloc countries to include the Czech Republic, the Ukraine, and Estonia. CANNAVO estimates having imported close to 100 aircraft since 1991, approximately seventy percent being surplus military airplanes and parts. His purchases are normally special orders from buyers requesting a specific type of aircraft. CANNAVO uses overseas contacts to locate an aircraft. CANNAVO personally inspects the aircraft prior to a contract agreement

Investigation on  02/27/2006  at  Ft. Washington, PA

File #  272D-AN-14342-302
    SA John V. Schaefer
by  SA Michael J. McMenamin (JTTF)

Date dictated  02/28/2006

EXHIBIT A
Page 1 of 5

272D-AN-14342-302

Continuation of FD-302 of ___David P. Cannavo___ , On __02/27/2006__ , Page __2__

committing to the purchase. CANNAVO pays for the purchase usually by wire transfer to the selling company. He also pays the shipping charges and obtains all appropriate licensing and certification for importing aircraft and/or parts.

Depending on the specific request of a buyer, CANNAVO will assemble the aircraft, making any necessary repairs and adjustments to satisfy FAA aircraft certification requirements. Some buyers choose to make their own repairs and adjustments. CANNAVO notifies the buyer his aircraft shipment has arrived and arrangements for transport are made. Depending on the condition of the aircraft, an L-39 could go for retail anywhere between $160,000 and $300,000. CANNAVO is registered with BATF as an importer of munitions, as shown on ATF Form 4587, Arms Import License, registration number A-90-230-0829. He provided a copy of an ATF Form 6, Application and Permit for Importation of Firearms, Ammunition, and Implements of War, registration number A-26-226-0829, expiration date 08/26/2006.

The majority of CANNAVO imports are broken down into the major components and packed into forty foot shipping containers for importation. The exporting country is responsible for assuring all aircraft components and parts are demilitarized (demiled) prior to export. There is no duty tax required for Czech Republic or Ukraine used airplanes or parts. The majority of CANNAVO'S shipments are cleared through U.S. Customs at Baltimore Harbor, Baltimore, Maryland (MD). John S. Conner, a U.S. Customs Broker, Baltimore, generally handles CANNAVO'S paperwork for his imports. CANNAVO has never been challenged by U.S. Customs about the demil status of his imports.

CANNAVO estimates purchasing and importing almost forty Czech Republic L-39 military jet fighter aircraft since 1991. The L-39 is one of the more popular aircraft because it was built as a trainer for mechanics and it is easy to fly. It is a popular aircraft for air shows, museums, private collectors, and occasionally subcontracted for military training use.

In response to questions relating to Allen Smith, CANNAVO met Smith in 1995. They were both aviation enthusiasts and Smith owned an L-39 he was putting together. CANNAVO assisted Smith with parts, training, and FAA certification for his aircraft. In 1996 or 1997, Smith was in the market for two rocket pods for his L-39. CANNAVO had two pods from an aircraft

EXHIBIT A
Page 2 of 5

PODS000000225

Case 3:06-cr-00022-HRH   Document 291-2   Filed 05/22/2006   Page 3 of 5
FD-302a (Rev. 10-6-95)

272D-AN-14342-302

Continuation of FD-302 of __David P. Cannavo__ , On __02/27/2006__, Page __3__

he purchased from the Czech Republic in 1991 or 1992. These were just taking space in a corner of CANNAVO'S hanger. CANNAVO sold the pods to Smith sometime in 1996 or 1997, along with other aircraft parts. CANNAVO believes Smith paid $600 or $700 by personal check for all of the parts, including the two pods. There was no importation or demil paperwork for the rocket pods as they were considered parts of the airplane when they were imported.

CANNAVO described the pods as miscellaneous airplane spare parts, de-miled in the Czech Republic, imported to the U.S., and checked through U.S. Customs with the aircraft. CANNAVO has never had any problems with importing rocket tubes or military armament as nothing in military condition is allowed for export from former eastern bloc countries, to include the Czech Republic. All military hardware must be removed and cleared prior to export. The UB-16 pods are sheet metal fairing tubes originally designed to contain military rockets. All of the mounting bolts, clips, wires, electronics, squibs, and locking rings were absent. It was obvious they were inert and it was CANNAVO'S understanding Smith wanted the pods to mount to his L-39 for display at air shows. Prior to any air show, FAA regulators inspect all aircraft to determine there are no problems associated with any aircraft. If there had been a problem with the rocket pods on Smith's L-39 and any dummy rockets, FAA would have flagged it. CANNAVO does not recall selling Smith additional pods or drop tanks. He believes Smith got drop tanks when he purchased the L-39 he uses for air shows. CANNAVO did not track the serial number of the pods he sold to Smith. If the serial numbers of the pods recovered in Anchorage are still intact, they may be traceable to a particular aircraft.

Sometime near the later part of 2005, Smith asked if CANNAVO had any pods for sale as he had a buyer interested in purchasing two additional rocket pods for an L-39. CANNAVO attempted to locate two rocket pods in good condition for Smith, but was unsuccessful. CANNAVO had twelve pods in his warehouse that were part of a shipment of two SU-25 military jet aircraft he purchased from the Czech Republic, imported into the U.S. sometime around September 2004. The SU-25s were shipped intact as they are too large to be broken down into forty foot containers. The twelve pods were included in a container with parts for both airplanes. This shipment should be on record being inspected by U.S. Customs, Baltimore, Md. The rocket pods

EXHIBIT A
Page 3 of 5

PODS000000226

272D-AN-14342-302

Continuation of FD-302 of ___David P. Cannavo___ , On _02/27/2006_ , Page __4__

would have been obvious to Customs when the container was opened for inspection. The pods were damaged and CANNAVO had no use for them. He stored them in his warehouse.

Prior to February 2006, CANNAVO never heard of or had any contact with anyone associated with Security Aviation, Anchorage, Alaska. He learned about the Anchorage investigation after Smith called him about the original rocket pods he purchased in 1996 or 1997. Smith was concerned because someone from Anchorage had communicated with him asking for any documentation relating to the two rocket pods he sold Security Aviation. CANNAVO learned an L-39 had crashed in Alaska and the FBI was investigating illegal weapons. He also read newspaper articles from the Anchorage Daily News on the internet relating to the investigation.

After learning of the Anchorage investigation, CANNAVO mentioned to Smith he was going to take his twelve pods to a scrap dealer in New Jersey. Smith told CANNAVO he had two remaining rocket pods he was concerned with. On February 14, 2006, CANNAVO loaded the twelve rocket pods into his twenty-foot trailer, drove to Wilmington, where he met Smith. Smith transferred the two rocket pods from his car onto CANNAVO'S trailer. CANNAVO drove his trailer to a scrap yard at Gloucester Point, 603 Water Street, Gloucester, New Jersey. All fourteen pods were removed from the trailer, placed into a yard bucket, crushed, and placed into a container to be smelted as 99% contaminated scrap aluminum. CANNAVO witnessed the crushed pods being placed into the scrap container. He did not witness the smelting as the yard would not haul the scrap container away until it was filled with aluminum. The actual smelting is done off site.

CANNAVO is unaware of any private individuals in the U.S. in the possession of military weapons and hardware. He identified the following four U.S. companies involved with importing military aircraft and parts:

1.  AIR USA;
    Quincy, Illinois
    (owner Don Kirkland)

2.  WORLDWIDE WARBIRDS;
    Phoenix, Arizona

EXHIBIT A
Page 4 of 5

272D-AN-14342-302

Continuation of FD-302 of ___David P. Cannavo___ , On 02/27/2006 , Page  5

    3. SPYDER AVIATION;
       Savannah, Georgia

    4. INTERNATIONAL JETS; (no longer in business)
       Gadsden, Alabama

    CANNAVO and his attorneys expressed their cooperation in this matter stating that everything has been legally complied with respect to the purchase, shipment, and sale of these aircraft and parts. He noted there are no records available prior to 1995. CANNAVO will attempt to locate any records relating to the shipment of two SU-25s deck cargo and one container for September 2004. U.S. Customs should also have a record/bill of lading for this shipment.

EXHIBIT A
Page 5 of 5

PODS000000228