FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription    02/21/2006

███████████████, 2625 Church Road, Glenside,
Pennsylvania (PA), telephone number (215)887-0826, and cellular
telephone number (610)202-4855, was interviewed at the Ft.
Washington Office of the FBI. Also present during the interview
were two attorneys representing SMITH and his company,
ASTRADYNE, Inc., Glenside, PA. JOSEPH M. LAMONACA, Esquire, 127
Commons Court, Chadds Ford, PA, telephone number (610)558-3376,
and cellular telephone number (302)388-2621, is an attorney
specializing in Aviation Law. DUANE D. WERB, Esquire, 300
Delaware Avenue, Suite 1300, Wilmington, Delaware, telephone
number (302)652-1100, and cellular telephone number (302)218-
6486, is a practicing criminal attorney.

For identification, SMITH provided a valid Pennsylvania
Driver's License, PA OLN 13590813. Both SMITH and attorney
LAMONICA were served a Federal Grand Jury(FGJ) subpoena directed
to SMITH requiring his appearance on Tuesday, February 21, 2006,
before a FGJ, Anchorage, Alaska, with specified records and
documents. LAMONICA was advised to contact the federal
prosecutor in this matter for further instructions and travel
arrangements.

By way of background, ALLEN H. SMITH, III, is a
divorced W/M, DOB 12/17/1948, SOC 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, residing by
himself at 2625 Church Road, Glenside, PA. Since January 2005,
SMITH has been employed as an Executive Director, Technical
Services Division, TENGION, (a pharmaceutical biotech company),
2200 Renaissance Blvd., Suite 150, King of Prussia, PA,
telephone number (610)292-8364, ext 110. SMITH is also
president and sole operator of ASTRADYNE, Inc., Glenside, PA,
telephone number (215)887-6289. SMITH developed ASTRADYNE in
1992 as a hobby/business highlighting flight instruction, air
show performances, aircraft repair/restoration, and sales of
fabric patches, pilot supplies, check hats, and aviator
memorabilia.

███████ owns two aircraft, a Beachcraft T-34, and an Aero
███████ military fighter jet. Both aircraft are housed in two
hangers leased by Smith at Northeast Philadelphia Airport,
Philadelphia, PA. He manages an eBay website store, ████████
Warbirds USA, with approximately 450 items for sale, including

Investigation on    02/17/2006    at Ft. Washington, PA

File #  272D-AN-14342-302
        SA John V. Schaefer

by      SA Daniel E. O'Donnell

Date dictated    02/21/2006

EXHIBIT *B*
Page __1__ of __3__

FD-302a (Rev. 10-6-95)

272D-AN-14342

Continuation of FD-302 of ___Allen H. Smith_____ , On 02/17/2006 , Page __2__

two de-militarized ZUNI rocket launcher pods designed to fit the L-39 jet fighter.

SMITH was asked a series of questions relating to his acquisition of military rocket launcher pods, and the sale of two 16-tube pods to Security Aviation, Anchorage, Alaska. SMITH expressed his willingness to cooperate in this matter. SMITH became familiar with Security Aviation in September 2005. His only point of contact at Security Aviation was JIM MENDENHALL, who purchased fabric L-39 patches from SMITH as advertised on eBay. Sometime during the middle of September 2005, MENDENHALL purchased and paid SMITH for the patches. After receiving the patches from SMITH, MENDENHALL inquired if SMITH had anything else for sale associated with the L-39. SMITH responded he had external fuel drop tanks and referred MENDENHALL to his website, noting there were other items listed.

In addition to the patches, SMITH sold MENDENHALL four drop tanks, and two ZUNI rocket launcher pods. They were in negotiations for the sale of two additional pods, but that sale never materialized. SMITH will supply his documentation for the sales to MENDENHALL. MENDENHALL was the only person SMITH dealt with at Security Aviation. SMITH was of the opinion Security Aviation had government contracts for testing civilian and military domestic defense systems. MENDENHALL seemed more knowledgeable than SMITH about the pods stating they were UB-16 rocket pods, rather than what SMITH referred to as ZUNI rocket pods.

SMITH purchased the pods for $1500 each, as is, in 1997 or 1998 from a dealer, DAVID CANNAVO, Delaware Supply, Wilmington, Delaware. SMITH characterized the pods as strictly ornamental as they were de-militarize, meaning the locking rings, squibs, and all electronic components had been removed. SMITH purchased the pods from CANNAVO in good faith that they were declared and cleared through U.S. Customs when CANNAVO brought them into the United States. Smith has no paperwork showing the pods were de-militarized. He believes CANNAVO should have the appropriate documentation.

SMITH arranged for crating to transport the drop tanks and rocket pods. Security Aviation made arrangements for ground shipment from Pennsylvania to Alaska. MENDENHALL used DANZA International Freight Hauler for ground transport by truck in three days. They were not shipped by FedEx or DHL. SMITH



EXHIBIT B
Page 2 of 3

FD-302a (Rev. 10-6-95)

272D-AN-14342

Continuation of FD-302 of ___Allen H. Smith_____ , On _02/17/2006_ , Page ___3___

received a down payment of $5000 for the four drop tanks and two
pods.  The drop tanks were approximately $1800 each.  The pods
were approximately $2800 each.  Security Aviation was billed by
SMITH for constructing the crates for shipment.  All payments
were by wire transfer directly into SMITH'S Wachovia Bank
account.  SMITH and attorney LAMONICA provided copies of
photographs he had taken of the pods in various stages of
crating prior to their shipment to Alaska.

SMITH in unaware of any specific licensing or permits
required to sell these pods.  SMITH has not sold rocket launcher
pods to any other buyers.  These two were listed for sale on
SMITH'S eBay store website for more than two years, advertized
as authentic, de-militarized, and in excellent condition.
SMITH'S understanding of their intended use at Security Aviation
was primarily decorative.  SMITH kept two additional pods he
purchased from CANNAVO in his hanger at Northeast Philadelphia
Airport.  These two pods were his personal property, also de-
militarized, in perfect condition, and not for sale.  SMITH made
red dummy rockets for placement into the tubes that were
essentially for show.

Prior to this interview, SMITH and his attorney's were
aware of a federal investigation involving Security Aviation
after reading articles published in the Anchorage Daily News.
After learning the nature of the investigation involved federal
firearms charges to include illegal possession of two 16 tube
rocket launchers capable of being fitted to an L-39 military jet
aircraft, SMITH closed his website and had ZUNI rocket pods
removed from his eBay web store.

On February 14, 2006, SMITH removed the two remaining
launcher pods from his hanger at the Northeast Philadelphia
Airport and returned them to CANNAVO in Delaware to be
destroyed.  SMITH did not witness their destruction.  He assumes
CANNAVO destroyed any pods he possessed as well.  SMITH offered
no explanation of why he destroyed his personal pods if he
legitimately believed they were legal to possess and/or sell.



EXHIBIT B
Page 3 of 3