(Rev 4/06)

Plaintiff's
**LIST OF EXHIBITS**

------------------------------------------------------------------------------------------------------------------

Case No. __3:06-CR-00022-01-02-JWS_____    Judge: __**JOHN W. SEDWICK**_____

Title _____UNITED STATES OF AMERICA_____

vs.

_____ROBERT F. KANE and SECURITY AVIATION, INC._____

Dates of Trial: _____May 15, 2006   Thru   May _26_ , 2006_____

Deputy Clerk/Recorder: Caroline Edmiston_____

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Steve Skrocki | Kevin T. Fitzgerald, Paul Stockler, James L. Kee Michael R. Spaan for Defendant Kane |
| James Barkeley | Robert C. Bundy and Allen F. Clendaniel for defendant Security Aviation, Inc. |
|  |  |

---------------------------------------------------------**EXHIBITS**---------------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**Case No: 3:06-CR-00022-01-02-JWS**     **Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| O-1 | X | 5/23 | Patch | | | | |
| O-2 | | | | | | | |
| O-3 | x | 5/17 | Albatros photo flying w/ info | | | | |
| O-4 | | | | | | | |
| O-5 | x | 5/19 | Photo Rocket pod | | | | |
| O-6 | x | 5/18 | Photo G3 | | | | |
| O-7 | x | 5/18 | Photo G2 | | | | |
| O-8 | | | | | | | |
| O-9 | | | | | | | |
| O-10 | x | 5/19 | photo Venator | | | | |
| O-11 | x | 5/19 | Box w/ pipes | | | | |
| O-12 | | | | | | | |
| O-13 | x | 5/22 | photo aircraft L39s | | | | |
| O-14 | | | | | | | |
| O-15 | | | | | | | |
| O-16 | x | 5/22 | Photo airplane P-51 | | | | |
| O-17 | x | 5/22 | Photo airplane corsair | | | | |
| O-18 | | | | | | | |
| O-19 | X | 5/22 | Declaration | | | | |
| O-20 | x | 5/22 | email | | | | |

Case No: 3:06-CR-00022-01-02-JWS      Judge: JOHN W. SEDWICK

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 0-21 | X | 5/22 | Letter to Mr. Harris | | | | |
| 0-22 | X | 5/22 | | | | | |
| 0-23 | | | | | | | |
| 0-24 | X | 5/23 | Patch | | | | |
| 0-25 | X | 5/23 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 0-12 | X | 5/23 | Patch - Argonauts | | | | |
| 0-13 | X | 5/23 | Def. of Argonaut | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:06-CR-00022-01-02-JWS     Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 2-1 | | | | | | | |
| | | | | | | | |
| 3-1 | | | | | | | |
| | | | | | | | |
| 4-1 | x | 5/17/06 | Non-Disclosure Agreement | | | | |
| 4-2 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:06-CR-00022-01-02-JWS    Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 6-1 | X | 5/23 | Photo Crates | | | | |
| 6-2 | X | | | | | | |
| 6-3 | X | 5/23 | Photo Crate label | | | | |
| 6-4 | X | 5/23 | Photo Rocket Pod | | | | |
| 6-5 | X | 5/23 | Photo Rocket Pod | | | | |
| 6-6 | X | | | | | | |
| 6-7 | X | | removed from Photo Crate Evid | | | | |
| 6-8 | | | | | | | |
| 6-9 | | | | | | | |
| 6-10 | | | | | | | |
| 6-11 | | | | | | | |
| 6-12 | | | | | | | |
| 6-13 | | | | | | | |
| 6-14 | X | 5/23 | email to Mr. Kane | | | | |
| 6-15 | X | 5/23 | email sent to allen smith | | | | |
| 6-16 | X | 5/23 | email sent to Mr. Smith | | | | |
| 6-17 | X | 5/23 | email re: drop tanks to Kane | | | | |
| 6-18 | | | | | | | |
| 6-19 | X | 5/23 | email re: photos | | | | |
| 6-20 | X | 5/23 | email 10/26 | | | | |

Case No: 3:06-CR-00022-01-02-JWS        Judge: JOHN W. SEDWICK

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 6-21 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

List of Exhibits

**Case No: 3:06-CR-00022-01-02-JWS    Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 7-1 | | | | | | | |
| 7-2 | | | | | | | |
| 7-3 | | | | | | | |
| 7-4 | | | | | | | |
| 7-5 | | | | | | | |
| 7-6 | | | | | | | |
| 7-7 | | | | | | | |
| 7-8 | | | | | | | |
| 7-9 | | | | | | | |
| 7-10 | | | | | | | |
| 7-11 | | | | | | | |
| 7-12 | | | | | | | |
| 7-13 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Case No: 3:06-CR-00022-01-02-JWS          Judge: JOHN W. SEDWICK

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 8-1 | X | 5/23 | S-5 RUCKET ROCKET | | | | |
| 8-2 | X | 5/24 | rocket | | | | |
| 8-3 | | | | | | | |
| 8-4 | X | 5/23 | Transfer Funds Sheet | | | | |
| 8-5 | | | | | | | |
| 8-6 | | | | | | | |
| 8-7 | | | | | | | |
| 8-8 | | | | | | | |
| 8-9 | | | | | | | |
| 8-10 | | | | | | | |
| 8-11 | X | 5/17/06 | Photo of office | | | | |
| 8-12 | | | | | | | |
| 8-13 | | | | | | | |
| 8-14 | | | | | | | |
| 8-15 | | | | | | | |
| 8-16 | | | | | | | |
| 8-17 | | | | | | | |
| 8-18 | | | | | | | |
| 8-19 | | | | | | | |
| 8-20 | | | | | | | |

Case No: 3:06-CR-00022-01-02-JWS     Judge: JOHN W. SEDWICK

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 8-21 | | | | | | | |
| 8-22 | | | | | | | |
| 8-23 | | | | | | | |
| 8-24 | | | | | | | |
| 8-25 | | | | | | | |
| 8-26 | | | | | | | |
| 8-27 | | | | | | | |
| 8-28 | | | | | | | |
| 8-29 | | | | | | | |
| 8-30 | | | | | | | |
| 8-31 | | | | | | | |
| 8-32 | | | | | | | |
| 8-33 | | | | | | | |
| 8-34 | | | | | | | |
| 8-35 | | | | | | | |
| 8-36 | | | | | | | |
| 8-37 | | | | | | | |
| 8-38 | | | | | | | |
| 8-39 | 5/23 | 5/23 | eBay AD Rocket Pods | | | | |
| | | | | | | | |

**Case No: 3:06-CR-00022-01-02-JWS     Judge: JOHN W. SEDWICK**

| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|------|----|----|------------------------|------|----|----|------------------------|
| 9-ID | X | | | | | | |
| 9-1 | X | 5-16 A/S | ROCKET Launcher / | | | | |
| 9-2 | X | 5-16 A/S | Rocket Launcher 2 | | | | |
| 9-3 | X | 5-16 A/S | Volumes Manuels Armament | | | | |
| 9-4 | X | 5-16 A/S | Volumes Manuels Armament | | | | |
| 9-5 | X | 5/16 | | | | | |
| 9-6 | X | 5/16 | | | | | |
| 9-7 | X | 5/16 | | | | | |
| 9-8 | X | 5/16 | | | | | |
| 9-9 | X | 5/16 | | | | | |
| 9-10 | X | 5/16 | | | | | |
| 9-11 | X | 5-16 A/S | | | | | |
| 9-12 | X | 5 16 A/S | | | | | |
| 9-13 | X | 5 16 A/S | | | | | |
| 9-14 | X | 5-16 A/S | | | | | |
| 9-15 | X | 5-16 A/S | | | | | |
| | | | | | | | |
| (PG19) 9-3 | X | 5/18 | | | | | |
| (18+5) 9-3 | X | 5/18 | | | | | |
| (499) 9-3 | X | 5/18 | | | | | |

**Case No: 3:06-CR-00022-01-02-JWS     Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 12-1 | X | 5/18 | Photo - B5 Rocket | | | | |
| 12-2 | X | 5/18 | Photo - S5 Rocket Nozzle | | | | |
| | | | | | | | |
| | | | | | | | |
| 13-1 | | | | | | | |
| 13-2 | | | | | | | |
| 13-3 | X | 5/18 | Certification | | | | |
| 14-1 | V | 5/23 | | | | | |
| | | | | | | | |
| 18-1 | X | 5/23 | wire transfer Sheet | | | | |
| 18-2 | X | | | | | | |
| 18-3 | V | 5/23 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:06-CR-00022-01-02-JWS**    **Judge: JOHN W. SEDWICK**

| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 19-1 | X | 5/19 | Aircraft Hangar w/ Planes | | | | |
| 19-2 | X | 5/19 | Photo gun site / weapons | | | | |
| 19-3 | X | 5/19 | Gun site system photo | | | | |
| 19-4 | X | 5/19 | Photo - Airplane | | | | |
| 19-5 | X | 5/19 | Photo - airplane | | | | |
| 19-6 | X | | Photo - airplane | | | | |
| 19-7 | X | 5/22 | Photo - airplane | | | | |
| 19-8 | | | | | | | |
| 19-9 | | | | | | | |
| 19-10 | | | | | | | |
| 19-11 | | | | | | | |
| 19-12 | | | | | | | |
| 19-13 | | | | | | | |
| 19-14 | X | 5/19 | Photo airplane | | | | |
| 19-15 | | | | | | | |
| 19-16 | | | | | | | |
| 19-17 | | | | | | | |
| 19-18 | X | | Photo airplane | | | | |
| 19-19 | | | | | | | |
| 19-20 | | | | | | | |

**PLAINTIFF**　　　　　　　　　　**DEFENDANT**

**Case No: 3:06-CR-00022-01-02-JWS    Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX# | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 19-21 | | | | | | | |
| 19-22 | X | 5/19 | Photo airplane | | | | |
| 19-23 | | | | | | | |
| 19-24 | X | 5/19 | Photo airplane | | | | |
| 19-25 | X | 5/19 | Photo airplane | | | | |
| 19-26 | X | 5/19 | Photo airplane | | | | |
| 19-27 | | | | | | | |
| 19-28 | | | | | | | |
| 19-29 | | | | | | | |
| 19-30 | X | 5/19 | Photo wires | | | | |
| 19-31 | | | | | | | |
| 19-32 | X | 5/19 | Photo - wires | | | | |
| 19-33 | X | 5/19 | Photo | | | | |
| 19-34 | X | | Photo | | | | |
| 19-35 | X | 5/19 | Photo | | | | |
| 19-36 | | | | | | | |
| 19-37 | X | 5/19 | Photo jet | | | | |
| 19-38 | X | 5/19 | Photo | | | | |
| 19-39 | | | | | | | |
| 19-40 | | | | | | | |

**Case No: 3:06-CR-00022-01-02-JWS    Judge: JOHN W. SEDWICK**

| | | | PLAINTIFF | | | | DEFENDANT |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 19-41 | X | 5/22 | Photo airplane | | | | |
| 19.42 | X | 5/22 | Photo airplane | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Continuation
List of Exhibits

Page: 15

**Case No: 3:06-CR-00022-01-02-JWS    Judge: JOHN W. SEDWICK**

| | PLAINTIFF | | | | DEFENDANT | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 20-1 | X | 5/23 | training Proposal | | | | |
| 20-2 | X | 5/23 | Draft | | | | |
| 20-3 | | | | | | | |
| 20-4 | | | | | | | |
| 20-5 | | | | | | | |
| 20-6 | | | | | | | |
| 20-7 | | | | | | | |
| 20-8 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Case No: 3:06-CR-00022-01-02-JWS    Judge: JOHN W. SEDWICK

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 21-1 | | | | | | | |
| 21-2 | X | 5/22 | Letter to Security Aviation | | | | |
| 21-3 | | | | | | | |
| 21-4 | | | | | | | |
| 21-5 | | | | | | | |
| 21-6 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 22-1 | | | | | | | |
| 22-2 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |