Defendant's

(Rev 4/06)
# LIST OF EXHIBITS

----------------------------------------------------------------------------------------------------------

Case No. 3:06-CR-00022-01-02-JWS      Judge:    **JOHN W. SEDWICK**

Title      UNITED STATES OF AMERICA

vs.

ROBERT F. KANE and SECURITY AVIATION, INC.

Dates of Trial:     May 15, 2006   Thru   May $\mathcal{26}$ , 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Steve Skrocki | Kevin T. Fitzgerald, Paul Stockler, James L. Kee Michael R. Spaan for Defendant Kane |
| James Barkeley | Robert C. Bundy and Allen F. Clendaniel for defendant Security Aviation, Inc. |
| | |

----------------------------------------------------------------EXHIBITS----------------------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| . | | | | A-1 | | | ebay Ad |
| | | | | A-2 | | | 5/10/06 ebay AD |
| | | | | | | | |
| | | | | | | | |
| | | | | AA | | | |
| | | | | AB | | | |
| | | | | AC | | | |
| | | | | AD | x | 5/22 | Photo- Controls |
| | | | | AE | | | |
| | | | | AF | | | |

**Case No: 3:06-CR-00022-01-02-JWS      Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | AG | | | |
| | | | | AH | | | |
| | | | | AI | | | |
| | | | | AJ | X | 5/19 | website - ATF |
| | | | | AK | X | | photo grenade launcher |
| | | | | AL | | | |
| | | | | AM | | | |
| | | | | AN | X | 5/17 | underwriting prospectus Excerpts |
| | | | | AO | | | |
| | | | | AP | | | |
| | | | | AQ | | | |
| | | | | AR | | | |
| | | | | AS | | | |
| | | | | AT | | | |
| | | | | AU | | | |
| | | | | AV | | | |
| | | | | AW | | | |
| | | | | AX | X | 5/24 | correspondence Presentation |
| | | | | AY | | | |
| | | | | AZ | | | |

List of Exhibits

**Case No: 3:06-CR-00022-01-02-JWS**    **Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B 1 | | | |
| | | | | B-2 | X | 5/23 | email |
| | | | | B-3 | X | 5/23 | email re patches |
| | | | | B-4 | | | |
| | | | | B-5 | | | |
| | | | | B-6 | X | 5/23 | email |
| | | | | B-7 | | | |
| | | | | B-8 | X | 5/23 | email 9/21/05 |
| | | | | B-9 | X | 5/23 | email |
| | | | | B-10 | | | |
| | | | | B-11 | | | |
| | | | | B-12 | X | 5/23 | email |
| | | | | B-13 | | | |
| | | | | B-14 | X | 5/23 | email |
| | | | | B-15 | | | |
| | | | | B-16 | X | 5/23 | email |
| | | | | B-17 | | | |
| | | | | B-18 | | | |
| | | | | B-19 | X | 5/23 | email |
| | | | | B-20 | | | |

Case No: 3:06-CR-00022-01-02-JWS    Judge: JOHN W. SEDWICK

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|  |  |  |  | B-21 |  |  |  |
|  |  |  |  | B-22 |  |  |  |
|  |  |  |  | B-23 |  |  |  |
|  |  |  |  | B-24 |  |  |  |
|  |  |  |  | B-25 |  |  |  |
|  |  |  |  | B-26 |  |  |  |
|  |  |  |  | B-27 |  |  |  |
|  |  |  |  | B-28 | X | 5/23 | eMail |
|  |  |  |  | B-29 |  |  |  |
|  |  |  |  | B-30 |  |  |  |
|  |  |  |  | B-31 |  |  |  |
|  |  |  |  | B-32 | X | 5/23 | eMail |
|  |  |  |  | B-33 |  |  |  |
|  |  |  |  | B-34 |  |  |  |
|  |  |  |  | B-35 | X | 5/23 | eMail |
|  |  |  |  | B-36 |  |  |  |
|  |  |  |  | B-37 |  |  |  |
|  |  |  |  | B-38 |  |  |  |
|  |  |  |  | B-39 |  |  |  |
|  |  |  |  | B-40 |  |  |  |

**Case No: 3:06-CR-00022-01-02-JWS      Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | B-41 | | | |
| | | | | | | | |
| | | | | B-I | X | 5/24 | photo |
| | | | | B-K | X | 5/24 | photo |
| | | | | B-M | Y | 5/23 | email photo |
| | | | | B-N | X | 5/24 | photo |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

List of Exhibits

**Case No: 3:06-CR-00022-01-02-JWS        Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | C | | | |
| | | | | CP | | | |
| | | | | CQ | | | |
| | | | | CR-2 | x | | Report 302 |
| | | | | CF | x | 5/19 | report summary |
| | | | | CF-1 | x | 5/19 | Report Summary |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | D | | | |
| | | | | DF | x | 5/18 | Posting website |
| | | | | DH | x | 5/22 | email re-employment |
| | | | | DI | x | | |
| | | | | DJ | x | 5/23 | |
| | | | | DR | x | 5/24 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

List of Exhibits

Page: _____

| Case No: 3:06-CR-00022-01-02-JWS | | | | Judge: JOHN W. SEDWICK | | | |
|---|---|---|---|---|---|---|---|

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | E-1 | | | |
| | | | | E-2 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Case No: 3:06-CR-00022-01-02-JWS | | | Judge: JOHN W. SEDWICK | | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | F-1 | | | |
| | | | | F-2 | | | |
| | | | | F-3 | | | |
| | | | | F-4 | | | |
| | | | | F-5 | | | |
| | | | | F-6 | | | |
| | | | | F-7 | | | |
| | | | | F-8 | | | |
| | | | | F-9 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:06-CR-00022-01-02-JWS**        **Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | G-1 | X | 5/17 | Large photo of Security Av. hanger |
| | | | | G | X | 5/24 | Photo Security Aviation Hangar |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:06-CR-00022-01-02-JWS**     **Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | H-1 | | | |
| | | | | H-2 | | | |
| | | | | H-3 | | | |
| | | | | H-4 | X | 5/18 | Photo Rocket pod |
| | | | | H-5 | | | |
| | | | | H-6 | X | 5/17 | Photo |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Case No: 3:06-CR-00022-01-02-JWS          Judge: JOHN W. SEDWICK

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | A | X | 5/23 | Photo - ebay |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Case No: 3:06-CR-00022-01-02-JWS**     **Judge: JOHN W. SEDWICK**

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | I | | | |
| | | | | J | | | |
| | | | | K | | | |
| | | | | L | | | |
| | | | | M | | | |
| | | | | N | | | |
| | | | | O | | | |
| | | | | P | | | |
| | | | | Q | | | |
| | | | | R | | | |
| | | | | S | | | |
| | | | | T | | | |
| | | | | U | X | 5/22 | Photo - Gunsite |
| | | | | V | | | |
| | | | | W | | | |
| | | | | X | | | |
| | | | | Y | | | |
| | | | | Z | | | |
| | | | | | | | |
| | | | | | | | |