UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERT F. KANE, and<br>SECURITY AVIATION, INC.,<br><br>        Defendants. | 3:06-cr-00022 JWS<br><br>VERDICT - Count 2 |

We, the jury in the above-captioned case, find defendant **SECURITY AVIATION, INC.** [not guilty / guilty] ___Not Guilty___ of possession of unregistered destructive devices in violation of Title 26 United States Code, Section 5861(d), as charged in Count 2 of the Indictment.

DATED this _26_ day of _May_ 2006.

REDACTED SIGNATURE
_____
JURY FOREPERSON