UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 3:06-cr-00022 JWS |
| ) | |
| vs. ) | VERDICT - Count 4 |
| ) | |
| ROBERT F. KANE, and ) | |
| SECURITY AVIATION, INC., ) | |
| ) | |
| Defendants. ) | |

We, the jury in the above-captioned case, find defendant **SECURITY AVIATION, INC.** [not guilty / guilty] ___Not Guilty___ of unlawful transportation of destructive devices in violation of Title 18 United States Code, Sections 922(a)(4) and 924(a)(1)(B), as charged in Count 4 of the Indictment.

DATED this _26_ day of _May_ 2006.

REDACTED SIGNATURE
JURY FOREPERSON