UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
       Plaintiff )
) Case No. 3:06-CR-00022-02-JWS
v. )
)
SECURITY AVIATION INC., )
)
       Defendant )
)

**JUDGMENT OF DISCHARGE**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

      _X_ The jury has returned its verdict, finding the defendant NOT GUILTY of the offense of Possession of Unregistered Destructive Devises as charged in count 2 of the First Superseding Indictment.

      _X_ The jury has returned its verdict, finding the defendant NOT GUILTY of the offense of Unlawful Transportation of Destructive Devices as charged in count 4 of the First Superseding Indictment.

      **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged.

      **DATED** at Anchorage, Alaska, this 30th day of May 2006.

REDACTED SIGNATURE

JOHN W. SEDWICK
United States District Judge

[JudgmentDischarge.frm]{DISCHARG.WPD*Rev.07/03}