D. John McKay, Esq.
Law Offices of D. John McKay
117 E. Cook Ave.
Anchorage, Alaska  99501
Phone:  (907) 274-3154
Fax:     (907) 272-5646
Alaska Bar No. 7811117

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                             )<br>            Plaintiff,                              )<br>                                                             )<br>v.                                                         )<br>                                                             )<br>ROBERT F. KANE and                       )<br>SECURITY AVIATION, INC.             )<br>                                                             )<br>            Defendants.                       )<br>_____)  | Case No. 3:06-cr-00022-JWS<br><br><br><br>**ANCHORAGE DAILY NEWS**<br>**AND KTUU-TV MOTION  FOR**<br>**ACCESS TO TRIAL EXHIBITS** |

Anchorage Daily News ("Daily News") and KTUU Channel 2 News ("KTUU"), (collectively referred to herein as the "Press"), by and through undersigned counsel, hereby request that the court order the Press be given prompt access to inspect and copy the exhibits introduced and admitted into evidence in the trial of this matter (the "Exhibits"). This motion is supported by the accompanying memorandum, and the declaration of Lisa Demer.  A proposed order is submitted herewith.

Dated:  June 15, 2006  
       Anchorage, Alaska

LAW OFFICES OF D. JOHN MCKAY  
  /s/ D. John McKay  
D. John McKay,  ABA No. 7811117  
117 E. Cook Ave.  
Anchorage, AK  99501  
(907) 274-3154  
mckay@alaska.net  
Attorney for Anchorage Daily News, Inc.  
and KTUU-TV

Certificate of Service

The undersigned certifies that on the 16th of June, 2006,
a true and correct copy of this document was served on

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
Federal Building, U.S. Courthouse
222 W. 7th Ave., #9, Rm 253
Anchorage, Alaska  99513-7567

Robert C. Bundy
Allen F. Clendaniel
Dorsey & Whitney, LLP
1031 W. Fourth Ave.
Anchorage, Alaska 99501-5907

James L. Kee
Kee, Archer, & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma  73533

Paul Stockler
1309 W. 16th Avenue
Anchorage, Alaska  99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 W. 3rd Ave.
Anchorage, Alaska 99501

by electronic means through the ECF system as indicated on the
Notice of Electronic Filing, or if not confirmed by ECF, by first
class regular mail.

By: /s/ D. John McKay
D. John McKay, ABA #7811117