IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT F. KANE,<br>and SECURITY AVIATION, INC.,<br><br>    Defendants. | ) No. 3:06-cr-022-JWS<br>)<br>) [Proposed] ORDER<br>) GRANTING MOTION FOR<br>) ENLARGEMENT OF TIME<br>) FOR FILING OF<br>) GOVERNMENT'S<br>) OPPOSITION TO<br>) DEFENDANT KANE'S<br>) MOTION FOR RETURN OF<br>) PROPERTY<br>)<br>) |

For good cause shown, and given the non-opposition thereto by counsel for the defendant, the government shall have until October 20, 2006, within which to file a response to the defendant's motion for return of property.

IT IS SO ORDERED.

_____          _____
    (DATE)                                             JOHN W. SEDWICK
                                                      United States District Court Judge