Michael K. Nave, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:     (907) 793-2200
Fax:        (907) 793-2299
E-mail:    nave@guessrudd.com

Attorneys for Air USA, Inc., Red Air, Inc.
and Donald W. Kirlin

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ROBERT F. KANE, and ) | |
| SECURITY AVIATION, INC. ) | |
| ) | Case No. 3:06-cr-00022-JWS |
| Defendants. ) | |
| ) | |

**LIMITED ENTRY OF APPEARANCE**

COME NOW Air USA, Inc., Red Air, Inc., and Donald W. Kirlin, by and

through their counsel, Guess & Rudd P.C., and enter their limited appearance in the

above-captioned action for the limited purpose of seeing and/or copying certain exhibits

in this matter.  *See*, Motion dated October 13, 2006, filed herewith.

*USA v. Robert F. Kane and Security Aviation, Inc..*; Case No. 3:06-cr-00022-JWS
Limited Entry of Appearance
Page 1 of 3

DATED this ___ day of October, 2006.

        GUESS & RUDD P.C.
        Attorneys for Air USA, Inc., Red Air, Inc.,
        and Donald W. Kirlin


    By:    s/Michael K. Nave
        Guess & Rudd P.C.
        510 L Street, Suite 700
        Anchorage, Alaska  99501
        Phone: 907-793-2200
        Fax:   907-793-2299
        Email: nave@guessrudd.com
        Alaska Bar No. 8907044

**CERTIFICATE OF SERVICE**

On the _____ day of October, 2006, a true and correct copy of the foregoing was

□ **mailed** □ **hand-delivered** □ **faxed** to:

James N. Barkeley
Steven Skrocki
Assistant United States Attorney
222 W. 7th Ave., #9, Room 253
Anchorage, Alaska 99513-7567

Robert C. Bundy
Allen Clendaniel
Dorsey & Whitney, LLP
1031 W. 4th Avenue
Anchorage, Alaska 99501-5907

James L. Kee
Kee, Archer & Herberger, P.A.
1102 Maple Street
Duncan, Oklahoma 73533

Paul Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 W. 3rd Avenue
Anchorage, Alaska 99501

GUESS & RUDD P.C.


By:  S/Michael K. Nave
F:\DATA\6034\1\PLDGS (SA vs Air USA)limited entry.doc

*USA v. Robert F. Kane and Security Aviation, Inc.*.; Case No. 3:06-cr-00022-JWS
Limited Entry of Appearance
Page 3 of 3