IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>                    Plaintiff, )<br>                               )<br>         vs.                   )<br>                               )<br>ROBERT F. KANE and SECURITY    )<br>AVIATION, INC.,                )<br>                               )<br>                    Defendants.)<br>_____) | No. 3:06-cr-0022-HRH |

O R D E R

Access to Trial Exhibits

     Air USA, Inc., Donald Kirlin, and Red Air, Inc., having moved for an order allowing them to access exhibits entered into evidence at trial in this matter,[1] and the court being full advised in the premises, and the motion being unopposed by any party,

     It is hereby ORDERED that the motion is GRANTED.  It is FURTHER ORDERED:

     (1)  Counsel for each party shall make the exhibits in his possession available for inspection by representatives of Air USA, Inc., Red Air, Inc., and Donald Kirlin at a mutually agreeable time and location within the next 20 days;

---

    [1]    Clerk's Docket No. 333.

(2)  If an exhibit exists in electronic format, then Air USA, Inc., Red Air, Inc., and Donald Kirlin may view it and copy it in that format;

(3)  If Air USA, Inc., Red Air, Inc., and Donald Kirlin wish to make copies of an exhibit, they shall arrange for the copying.

DATED at Anchorage, Alaska, this <u>6th</u> day of November, 2006.

<u>/s/ H. Russel Holland</u><br>
United States District Judge